**NO. 26-4017**

**UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

---

COASTAL RANCHES CONSERVANCY
*Plaintiff–Appellant,*

vs.

TAVARES
*Defendant–Appellee*

---

Appeal from the United States District Court for the Central District of California
Civil Case No. 2:24-cv-00468-DSF-RAO
Hon. Dale Fisher

---

# PLAINTIFF-APPELLANT'S EXCERPTS OF RECORD VOLUME 6 OF 8

---

Erica A. Maharg (CA 297396)
Theresa M. Trillo (CA 349989)
Aqua Terra Aeris Law Group
8 Rio Vista Ave.
Oakland, California 94611
Phone: (510) 473-8793
Email: eam@atalawgroup.com

*Attorneys for Plaintiff-Appellant*
*COASTAL RANCHES CONSERVANCY*

Daniel Cooper (CA 153576)
Sycamore Law
1004 B O'Reilly Avenue
San Francisco, California 94129
Phone: (415) 360-2962
Email: daniel@sycamore.law

*Attorneys for Plaintiff-Appellant*
*COASTAL RANCHES CONSERVANCY*

October 13, 2026

## Steelhead Relocation Data Form

### Capture Site Information

Location: Gaviota Creek 34.51760, -120.21806

Rescue Date: 9/16/2019 Time Period: 10:09 - 11:50

Personnel Present During Rescue (Affiliation): Mo Gomez - SCHR

Kyle Evans - CDFW; Tomille Redman - PSMFC; Doug Campbell - Coastal Ranch Conservancy

Dustin Geisen - CDFW; Dane St George - CDFW; Sarah Stolzman, Barret Holland - CAl Trans

Flow entering habitat? N Inflow channel width: N/A Inflow depth: N/A

Max depth: 1.6 ft Length: 48 ft Width: 11.5 ft

Temp: 59.98 °F DO: 3.26 mg/L Cond: 1.970 mS/cm3

Capture: Seine / Dip Net / Electrofishing (circled) (Initial V: 120 Hz: 30 Pulse: STD PDC Duty Cycle: 30)

Steelhead Transported in: Cooler w/ aerator (circled) / Buckets / Hatchery Truck

Number of Steelhead Rescued: >400 mm Ø 200-400 mm 4 <200 mm Ø

Observed Mortalities: >400 mm Ø 200-400 mm Ø <200 mm Ø

Tissue Samples Taken: YES (circled) / NO Description: Fin Clip

### Relocation Site Information

Same Watershed: YES (circled) / NO Relocate (circle one): Upstream / Downstream (circled) / Estuary / Ocean

Location Description: Plunge pool formed by concrete grade control structure

Access: Trail that can be accesed by highway 101 pull out

GPS Coordinates: 34.48756, -120.22710

Relocation Habitat Type (circle one): POOL (circled) / GLIDE / RIFFLE

Maximum Depth: 8.5 ft Average depth: 5 ft

Length: 64 ft Average Width: 25 ft

Temperature (@ 0.3m above substrate): 63.69 Time of Day: 12:10

Temperature Logger Installed: Y (circled) / N Description: 0.15 mile upstream in a previous watch pool

Dissolved Oxygen: 9.34 mg/L Time of Day: 12:10

Cover Present (circle all that apply): LWD / RIPARIAN (circled) / BOULDER (circled) / UNDERCUT (circled) / BRIDGE

Will site monitoring occur: Y (circled) / N Who will monitor: CDFW

Description of monitoring activities: Winter redd surveys, Summer juvenile snorkel surveys

Comments: Bubble Curtain, Root Mass, Aquatic Vegetation available in relocation Pool

6-ER-0972

# STEELHEAD CAPTURE & MONITORING FORM

DATE 9/16/19

WATERSHED Gaviota

TRIBUTARY Gaviota Creek

REACH GAV 1

CREW Kyle Evans, Tonitlle Redmon, Dustin Gerin, Dana St George

TEMP 15.57 °C DO 3.26 mg/L COND 1.970 uS/cm

LAT 34.48757 LONG -120.22714

CAPTURE METHOD Electrofishing

FINAL SETTINGS (V, Hz, Pulse, Duty Cycle) 120V, 30 Hz, Standard wave PDC, 30 EFFORT 420 (2 passes) sec

## Steelhead Data

| Fish # | Length (mm) | Weight (g) | Mark / Tag / Comment (PIT = last 10 digits) |
|---|---|---|---|
| 1 | 272 | | |
| 2 | 227 | | |
| 3 | 313 | | |
| 4 | 305 | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |

| Fish # | Length (mm) | Weight (g) | Mark / Tag / Comment (PIT = last 10 digits) |
|---|---|---|---|
| 26 | | | |
| 27 | | | |
| 28 | | | |
| 29 | | | |
| 30 | | | |
| 31 | | | |
| 32 | | | |
| 33 | | | |
| 34 | | | |
| 35 | | | |
| 36 | | | |
| 37 | | | |
| 38 | | | |
| 39 | | | |
| 40 | | | |
| 41 | | | |
| 42 | | | |
| 43 | | | |
| 44 | | | |
| 45 | | | |
| 46 | | | |
| 47 | | | |
| 48 | | | |
| 49 | | | |
| 50 | | | |

*indicates scale sample collected from fish

_______ = Page total scale samples

✓indicates DNA sample collected from fish

4 = Page total DNA samples

# Gaviota Creek Scour Emergency Project



# Biological Assessment (NOAA/NMFS)

On State Route 101, between post miles 47.1 and 47.7, in Santa Barbara County

District 5- SLO-101 PM 47.1-47.7

Project Number 0523000150 / EA 05-1R140

May 2024

Caltrans
CALIFORNIA DEPARTMENT OF TRANSPORTATION

# Biological Assessment

On State Route 101, between post miles 47.1 and 47.7, in Santa Barbara County

District 5- SLO-101 PM 47.1-47.7

Project Number 0523000150 / EA 05-1R140

May 2024

STATE OF CALIFORNIA
Department of Transportation

Prepared By: Paul Andreano Date: 5/28/24
Paul Andreano
Senior Environmental Scientist (Specialist)
California Department of Transportation- District 5
Environmental Stewardship Branch
(805) 721-2655

Approved By: Sunny McBride Date: 5/30/2024
Sunny McBride
Senior Environmental Scientist (Supervisor)
California Department of Transportation- District 5
Environmental Stewardship Branch
(805) 440-9575

The environmental review, consultation, and any other actions required by applicable Federal environmental laws for this project are being, or have been, carried out by Caltrans pursuant to 23 U.S.C. 327 and the Memorandum of Understanding dated December 23, 2016 and executed by FHWA and Caltrans.

## Summary of Findings, Conclusions, and Determinations

The purpose of this Biological Assessment (BA) is to provide technical information and to review the project in sufficient detail to determine to what extent the project may have affected threatened, endangered, or proposed species. The California Department of Transportation (Caltrans), as assigned by the Federal Highway Administration (FHWA), has prepared this BA under its assumption of responsibility at 23 United States Code (USC) 327(a)(2)(A). The Biological Assessment is also prepared in accordance with 50 Code of Federal Regulations (CFR) 402, legal requirements found in Section 7 (a)(2) of the Endangered Species Act (16 USC 1536(c)) and with FHWA and Caltrans regulation, policy and guidance. This BA was prepared following completion of an emergency construction project.

Catastrophic rainstorm events during January and February 2023 caused significant damage to southbound and northbound State Route (SR-) 101 between post miles (PM) 47.1 and 47.7 along Gaviota Creek, in Santa Barbara County. The slope failures were first identified by Caltrans on January 23, 2023, and the Gaviota Creek Scour Emergency Project (Project) was initiated.

On June 13, 2023, Caltrans obtained a Regional General Permit Verification No. 63 – *Repair and Protection Activities in Emergency Situations* (RGP-63) from the US Army Corps of Engineers (ACOE). The RGP-63 requires certain terms and conditions to be met including recommended minimization and avoidance measures for Southern California steelhead, as provided by NMFS, and "after-the-fact" Section 7 consultation with NMFS "as soon as practicable, once the emergency has been alleviated, per 50 CFR §402.05".

On the June 16, 2023, Caltrans determined that the Project met the criteria for a (National Environmental Protection Act) NEPA Categorical Exclusion (CE) under 23 Code of Federal Regulations 771.117(C)(9i), emergency repairs.

The Project began construction in June 2023 and work within Gaviota Creek was completed in March 2024. Project construction is scheduled to be complete in May 2024, with final landscaping to be installed during July 2024.

The Project constructed a 576-foot-long secant pile wall and installed rock slope protection (RSP) to repair the revetment and embankment supporting southbound SR-101, between PM 47.1 and 47.2.

The Project also installed RSP at three locations upstream from the secant pile wall (at PM 47.3, 47.5 and 47.7), where significant scour damage to existing revetments and embankment support along northbound and southbound SR-101 also occurred.

Federally endangered Southern California steelhead (*Oncorhynchus mykiss*) and designated steelhead critical habitat were adversely affected by the Project. These adverse effects are attributed to the water diversion and dewatering that required relocation of steelhead and resulted in take of three steelhead fry, the placement of RSP within and above the streambed that permanently impacted 0.036 acre (1,568 square feet; 125 linear feet) of steelhead critical habitat, and the temporary loss of service to 0.336 acre (14,375 square feet; 267 linear feet) of steelhead critical habitat that resulted from dewatering, vegetation removal, equipment access, and landscaping.

With the submission of this BA, Caltrans is initiating a request for formal Section 7 consultation with the NMFS to obtain a Biological Opinion on the effects determinations for Southern California steelhead, and critical habitat, as described in this BA.

The FESA Section 7 effects determination is that the Project may affect, and is likely to adversely affect, Southern California steelhead (*Oncorhynchus mykiss*). The basis for this determination is that steelhead presence has been confirmed in the action area and take of the species occurred during dewatering activities.

The FESA Section 7 effects determination is that the Project may affect, and is likely to adversely affect, Southern California steelhead (*Oncorhynchus mykiss*) critical habitat. The basis for this determination is that Gaviota Creek is designated critical habitat for the species, and the project resulted in adverse modification of steelhead critical habitat.

There is no essential fish habitat (EFH) for federally managed species in Gaviota Creek; therefore, there will be no effect on EFH. A hydroacoustic analysis of pile driving sound levels was not conducted because pile driving was not necessary to construct this Project.

This BA does not address federally listed species other than Southern California steelhead. A separate BA will be submitted for federally listed species under the jurisdiction of U.S. Fish and Wildlife Service (USFWS).

# Table of Contents

**Summary of Findings, Conclusions, and Determinations...............................*i***
**Chapter 1. Introduction........................................................................1**
1.1. Project History ........................................................................1
1.2. Purpose and Need ......................................................................3
1.3. Project Description ...................................................................3
1.3.1. Project Summary ....................................................................3
1.3.2. Construction Work Schedule..........................................................1
1.3.3. Stream Diversion and Dewatering.....................................................4
1.4. Summary of Consultation to Date.......................................................10
1.5. Document Preparation History ..........................................................11
**Chapter 2. Study Methods .......................................................................10**
2.1. Listed, Candidate, and Proposed Species Potentially in the Action Area.................10
2.2. Studies Required ......................................................................11
2.3. Personnel and Survey Dates ............................................................11
2.4. Agency Coordination and Professional Contacts..........................................12
**Chapter 3. Results: Environmental Setting ......................................................13**
3.1. Description of the Existing Biological and Physical Conditions....13
3.1.1. Project Area .........................................................................13
3.1.2. Physical and Biological Conditions in the Project Area................................13
3.1.3. Biological Conditions on the Biological Study Area.....................................14
3.1.4. Migration and Travel Corridors..........................................................16
3.1.5. Federally Designated Critical Habitat....................................................18
3.1.6. Invasive Species ......................................................................19
**Chapter 4. Results: Biological Resources, Discussion of Impacts and Mitigation.........................21**
4.1. Habitats and Natural Communities of Special Concern .............21
4.2. Federally-Listed or Proposed Animal Species ..............................26
4.2.1. Discussion of Southern California Steelhead DPS (*Oncorhynchus mykiss*)..............26
4.2.2. Discussion of Southern California Steelhead DPS Critical Habitat34
4.3. Take Analysis ..........................................................................36
4.3.1. Temporal Impacts Associated with Dewatering and Diverting Gaviota Creek...............37
4.3.2. Jeopardy Analysis ......................................................................38
4.4. Mitigation Strategy and Monitoring Plan....................................39
4.4.1. Temporary Landscaping .................................................................39
4.4.2. Mitigation Project.....................................................................39
4.4.3. Monitoring.............................................................................40
**Chapter 5. Conclusions and Determination..................................................42**
5.1. Conclusions............................................................................42
5.2. FESA Section 7 Effects Determinations...................................42
**Chapter 6. References ..........................................................................43**

Appendix A Project Plans....47
Appendix B Interagency Emergency Notification Form (ENF)....48
Appendix C RGP 63....49
Appendix D CE/CE....50
Appendix E Water Diversion and Dewatering Plan....51
Appendix F Winterization Plan....52
Appendix G Landscape Plans....53
Appendix H Federal Species Lists....54
Appendix I List of Spices Observed....55
Appendix J Photo Documentation....56
Appendix K SWCA Environmental Consultants Project Report....57

# Chapter 1. Introduction

The purpose of this Biological Assessment (BA) is to provide technical information and review the Gaviota Creek Scour Emergency Project in sufficient detail to determine to what extent the project affected federally threatened Southern California steelhead (*Oncorhynchus mykiss*). This BA was developed "after-the-fact", following the year -long emergency construction project.

This BA was prepared in accordance with legal requirements found in Section 7(a)(2) of the Federal Endangered Species Act (FESA) (United States Code Title 16, Section 1536(c)) and with Federal Highway Administration (FHWA) and California Department of Transportation (Caltrans) regulation, policy, and guidance. This document presents technical information upon which later decisions regarding project impacts are developed. Caltrans has been delegated the authority to act as the lead federal agency under the FESA for Section 7 consultations on FHWA funded projects. FHWA is the source of funding for this project.

## 1.1. Project History

Catastrophic rainstorm events between January 8 and 16, 2023 caused significant damage to southbound and northbound State Route (SR-)101 between post miles (PM) 47.1 and 47.7 in Santa Barbara County (Figure 1). The slope failures were first identified by Caltrans on January 23, 2023.

Between PM 47.1 and 47.2, approximately 80 linear feet of sacked concrete wall (stream bank protection) was undermined and failed due to the increased flows through Gaviota Creek. The failed sacked concrete wall subsequently caused the highway embankment to erode leaving the southbound concrete barrier unsupported.

Sacked concrete wall failures occurred upstream and downstream of the unsupported barrier, affecting approximately 550 linear feet of stream bank/roadway embankment. The height between the roadway surface and the creek bed averages 20 feet and the existing slope behind the barrier (the slope below the roadway) is very steep (ranging from vertical to 0.5:1).

Additional scour locations caused by the January 2023 storm events were discovered upstream at PM 47.3, 47.5 and 47.7, and assessed to be threats to the roadway above.

**Figure 1. Project location map**




Caltrans ultimately determined that a secant pile retaining wall was the only way to stabilize the slope and support the roadway between PM 47.1 and 47.2.

Upstream, the three additional locations (PM 47.3, 47.5 and 47.7) required placement of rock slope protection (RSP) to prevent further erosion and undermining of the roadway embankments. Project plans are included as Appendix A.

Caltrans issued an interagency Emergency Notification Form (ENF) (Appendix B) on May 18, 2023, and subsequently received a Regional General Permit for emergency construction from the Army Corps of Engineers on June 13, 2023. (Appendix C), which included Avoidance and Minimization Measures for Southern California steelhead (*Oncorhynchus mykiss*) from the National Marine Fisheries Service (NMFS).

On June 16, 2023, Caltrans prepared a joint National Environmental Protection Act (NEPA)/California Environmental Quality Act Categorical Exclusion/ Statutory Exemption determination, which also included NMFS' measures for Southern California steelhead (Appendix D).

## 1.2. Purpose and Need

The purpose of the Gaviota Creek Scour Emergency Project was to stabilize the roadway along Gaviota Creek by constructing a secant pile wall and placing RSP to prevent further scouring and loss of embankment that supports the roadway. The project was needed to protect the roadway from failure.

## 1.3. Project Description

### 1.3.1. Project Summary

Extreme flows in Gaviota Creek adjacent to SR-101 damaged existing revetments and caused creek scouring that resulted in over-steepened slopes which compromised the stability of the highway (Figure 2).

**Figure 2. Failed sacked concrete and scour at PM 47.15. March 2023.**



Between PM 47.1 and 47.2, approximately 550 feet of creek bank and revetments were damaged leaving little to protect the highway

embankment from continued scour, potentially risking the loss of shoulder, lane, or the entire roadbed of southbound SR-101.

The project constructed a 576-foot-long secant pile wall between PM 47.1 and 47.2 and installed RSP to repair the revetment and embankment supporting the southbound SR-101, between PM 47.1 and 47.2 (Figure 3).

**Figure 3. Completed secant pile wall at PM 47.15 with temporary catwalk still in place. January 2024.**



Additionally, three scour locations upstream of the secant pile wall (PM 47.3 PM 47.5, and PM 47.7) needed RSP placed on the steep slopes of the creek bank to prevent further scour and potential loss of the roadway embankment. These locations were discovered within two weeks of the damage at PM 47.1-47.2, and this damage was also attributed to the January 2023 storms. RSP was placed in these three locations to protect the creek banks from further scour and roadway embankment failure.

At PM 47.3, RSP placement occurred along northbound SR-101 where sacked concrete was hollowed out at the outlet of a culvert immediately adjacent to Gaviota Creek (Figure 4). The sacked concrete was undermined and hollowed out and RSP was placed to fill the voids and provide protection for the creek bank and avoid further undermining of the sacked concrete slope (Figure 5).

**Figure 4. Failed sacked concrete at PM 47.3. May 2023.**



**Figure 5. Final RSP placement at PM 47.3, following removal of RSP that cascaded into the creek. December 2023.**



At PM 47.5, RSP placement was conducted where significant scour occurred adjacent to southbound SR-101 because of the January 2023 storms (Figure 6 and Figure 7).

**Figure 6. Scour at PM 47.5. March 2023.**



**Figure 7. RSP placed at PM 47.5 to remediate scour. October 2023.**



At PM 47.7**:** RSP placement was conducted where sacked concrete along the upper creek banks was eroded adjacent southbound SR-101. However, sacked concrete was still intact along the toe of the creek bank, therefore RSP was placed above the ordinary high-water mark (OHWM) to provide stability to the creek bank (Figure 8 and Figure 9).

**Figure 8. Erosion and loss of sacked concrete PM 47.7 that resulted from January 2023 storms.**



**Figure 9. RSP placed at PM 47.7 to remediate scour. October 2023.**



To construct the secant pile wall between PM 47.1 and 47.2, diversion and dewatering of Gaviota Creek was required for equipment access. CalPortland (CPC), the primary contractor, provided Caltrans with a Water Diversion and Dewatering Plan (Appendix E). Diversion of Gaviota Creek began in July 2023.

With the water diversion system in place, CPC first laid down wetland fabric to delineate the natural stream bed original ground, then placed approximately 5,000 cubic yards of clean fill dirt on the east bank and in the channel of Gaviota Creek to construct a temporary access road beneath the secant pile wall. Approximately 400 cubic yards of RSP was placed in failed sacked concrete locations immediately adjacent to the secant wall to protect the new structure from scour.

Water diversion and dewatering was not required for RSP placement at the tree locations upstream.

As winter 2023-2024 approached, CPC provided Caltrans with a Winterization Plan for the Project (Appendix F), and work on the Project was accelerated to 24 hours per day in order to remove the diversion and dewatering system removed prior to winter flows. The diversion system was finally removed in November 2023.

In January 2024, Caltrans applied an erosion control seed mix and planted approximately 150 arroyo willow stakes in an effort to stabilize the bare soil that comprised the east bank of Gaviota Creek between PM 47.1 and 47.2 at the secant wall site. Storms in February 2024 washed away almost all this landscaping, and a second application of hydroseed erosion control and planting of willow cuttings along the east bank of Gaviota Creek occurred in March 2024.

With in-channel work completed in late March 2024, construction focused on the roadway and barriers above Gaviota Creek. During April and May 2024, CPC restored the roadway within the work area and applied overlay material so that median barriers were completely replaced, and southbound lanes follow their original path.

Hydroseed will be applied to median and shoulder areas adjacent to the secant wall in July 2024.

### 1.3.2. Construction Work Schedule

Construction of the project began in June 2023. Diversion and dewatering of Gaviota Creek began on July 14, 2023, and ended on November 22, 2023. Construction of the project will be completed in July 2024.

Table 1 lists significant construction milestones, by date.

**Table 1. Timeline of construction milestones**

| Date | Construction Milestone |
|---|---|
| May 22, 2023 | Contractor CalPortland (CPC) developed Water Diversion and Dewatering Plan and submitted to Caltrans. |
| May 30, 2023 | CPC mobilized and began placing temporary K-rail for proposed detour lane. |
| June 5, 2023 | CPC began median clearing vegetation and construction of temporary detour lane. |
| June 18, 2023 | CPC began placing 36-inch diameter diversion pipe and constructing cofferdams in Gaviota Creek. |
| June 22, 2023 | CPC began clearing and grubbing vegetation on banks of Gaviota Creek to create work area. |
| June 26, 2023 | CPC installed temporary dewatering system at Gaviota Creek. |
| July 1, 2023 | CPC completed installation of AquaDam and temporary diversion system; diversion pumps monitored 24 hours/day. |
| July 5, 2023 | Malcom Drilling (subcontractor) began to mobilize drilling equipment and stage above Gaviota Creek on SR-101. |
| July 11 to July 13, 2023 | Aquatic species relocation by SWCA Environmental. |
| July 15, 2023 | Diversion and dewatering of Gaviota Creek fully implemented; creek in project area is dry. |
| July 19 to August 4, 2023 | Delivery of HP/ W-steel piles and welding operations begin. |
| July 31 to September 9, 2023 | Drilling of primary piles by Malcom Drilling. |
| September 13 to October 17, 2023 | Drilling of secondary piles by Malcom Drilling. |
| October 4, 2023 | CPC Installed 48-inch drainage system in headwalls. |
| October 16, 2023 | Pile drilling operations complete. |
| October 20, 2023 | Malcom Drilling demobilizes from project site. |
| October 25, 2023 | CPC began excavation for pile cap (first third). |

| Date | Construction Milestone |
|---|---|
| October 26, 2023 | Malcom Drilling started installation of horizontal drill (used for drainage). |
| November 4, 2023 | CPC placed, formed & poured second and third pile cap. |
| November 6, 2023 | CPC began installing overhanging brackets for catwalk. |
| November 13, 2023 | CPC began installation of RSP along secant pile wall within Gaviota Creek. |
| November 19 to November 22, 2023 | Water diversion system removal. |
| November 20, 2023 | CPC removes excess RSP from PM 47.3. |
| November 27 to December 6, 2023 | CPC removed temporary fill from Gaviota Creek. |
| December 6, 2023 | First half of new barrier slab formed and poured by CPC. |
| December 15, 2023 | CPC repositions native rock and RSP at grade control structure. |
| December 18, 2023 | Lamassu (subcontractor) CIPP-lined the existing 48-inch CMP pipe in secant pile wall. |
| January 12, 2024 | Second half of new barrier slab formed and poured by CPC. |
| January 16, 2024 | Caltrans Landscape Architecture planted 150 arroyo willow (*Salix lasiolepis*) cuttings along east bank of Gaviota Creek (these were subsequently washed away in a February 2024 storm). |
| January 29 to February 16, 2024 | Type 842 barrier slab formed and poured by CPC. |
| February 26, 2024 | CPC begins to grind AC shoulder. |
| February 27, 2024 | CPC begins to pave barrier slab and shoulder. |
| March 18, 2024 | CPC begins to remove catwalk. |
| March 13 to March 26, 2024 | CPC completed median barrier transitions for northbound and southbound lanes. |

| Date | Construction Milestone |
|---|---|
| March 27, 2024 | Hydroseed application and second planting of arroyo willow cuttings completed by Caltrans. |
| March 28, 2024 | CPC relocated drainage culvert inlet and outlet. |
| April 2, 2024 | CPC began grinding southbound AC outside shoulder along median barrier. |
| April 3, 2024 | CPC paved barrier slab AC shoulder. |
| April 22, 2024 | CPC removed detour lane and reset temporary K-rail; applied striping. |
| April 25, 2024 | CPC restored median and ground out median temporary detour lane. |
| April 29, 2024 | CPC removed Class II Base and DG. |
| May 1, 2024 | CPC restored center median crossing. |
| May 7, 2024 | CPC completed center median grading. |
| *May 18 through May 28th, 2024* | CPC will construct center median barrier slab. |
| *July 2024* | Hydroseed will be applied to center median and revision of drainage inlets will take place (after median barrier slab is constructed). |

### 1.3.3. Stream Diversion and Dewatering

A diversion and dewatering system were required to construct the temporary fill slope utilized to complete in-creek work. Approximately 650-feet of the creek was dewatered to allow for temporary fill placement, so construction equipment has adequate access to install the piles for the secant wall. Details of the diversion and dewatering process are explained further in the construction contractor's Diversion and Dewatering Plan (Appendix D.)

Prior to the installation of the diversion system, contractor-supplied biologists from SWCA Consulting conducted numerous preconstruction surveys to assess wildlife presence (specifically fish and amphibian species) within the diversion area. Biologists removed algal mats and debris to help with future relocation efforts by removing cryptic refuge locations while dewatering occurred.

On July 11, dewatering activities began with the temporary installation of an upstream AquaDam. The AquaDam effectively isolated the work area, while a pump diversion system used three 12-inch pumps that were installed (with suction screens and best management practices (BMPs) to ensure fish and wildlife would not become entrapped) to divert flow. The water pumped from this system first entered an open top settling tank located at the top of the bank, and then flowed through a sand media filtration system before discharging downstream through a 36-inch pipe (Figure 10).

With the AquaDam adequately diverting upstream flows, the water levels in the diverted area began to drop. However, many pools persisted in the deeper sections of the channel. Monitoring (by biologists) of the diversion and relocation of aquatic and semi-aquatic species occurred continually while installation of the system was taking place.

**Figure 10. Looking downstream in upper portion secant pile wall project area with temporary (pumped) water diversion in place. July 12, 2023.**



To dewater the pool areas, submersible pumps were used to pull water, starting from the furthest upstream pools, working towards the diversion outlet. Each of these pumps was placed in a basket wrapped with wire-mesh to prevent fish and wildlife from entering. SWCA biologists used seine nets, dipnets and hand capture to remove species within the area. Relocated species were placed in a bucket of water with bubbling units to maintain dissolved oxygen levels and immediately walked downstream to suitable

habitat. Relocated individuals were deposited over a 300-foot section of creek, downstream of the action area, to avoid overcrowding. No invasive aquatic species were detected during these activities.

Once the water dropped to a low enough level to ensure that all species had been relocated, a cofferdam was installed across the creek channel with large gravel bags wrapped in plastic. The cofferdam was installed to passively divert surface flow directly into a 36-inch diameter pipe that gravity flows downstream to the outlet located at the end of the construction area (Figure 11).

**Figure 11. Looking downstream in upper portion of secant pile wall project area with coffer dam and 36-inch diversion pipe in place. August 2023.**



When the coffer dam was completed, the gravity fed 36-inch diversion pipe was installed and supported against the western bank of the creek (Figure 12). The contractor laid down wetland fabric to delineate the original ground, then began to gradually fill the work area below the secant wall with temporary fill.

The discharge end of the 36-inch pipe was oriented to dissipate flow, settle solids, and prevent scour. The downstream pipe outlet was reconstructed on October 5, 2023, to avoid discharge on to rock, and to outlet into a small plunge pool.

**Figure 12. View of 36-inch diversion pipe with first course of temporary fill added, looking downstream in upper portion of secant pile wall project area. August 2023.**



The initial installation of the diversion and dewatering system occurred between July 11 and July 13, 2023. A total of 16 steelhead were captured and relocated during this process, including one adult and 15 juveniles (≥ 10 inches). Despite the best efforts of the biological monitors during capture and relocation, three mortalities of steelhead fry occurred. These individuals took refuge in algal mats and were not identified before water levels dropped too low. See Appendix K for a summary of methodology and species relocated by the biological monitors during dewatering activities.

Upon successful installation of the diversion system, fabric was laid down on the banks and bed of the creek prior to placement of any temporary fills to prevent sediment from being left behind when temporary fills were removed. Once the fabric was placed, temporary fill was placed along the creek banks and in the creek channel to provide a platform from which drill rig equipment could operate (Figure 13).

**Figure 13. Temporary fill in Gaviota Creek. The diversion pipe is visible to the right of the frame at the base of the cliff. September 2023.**



Once the piles were installed, horizontal pipes were drilled to alleviate hydraulic pressure which requires continued access to the creek side of the bank, utilizing the temporary fill. Damaged sacked concrete was removed concurrently with removal of the temporary fill (Figure 14). Additional sacked concrete up and down stream was also removed.

Once the temporary fill was removed (Figure 15), the creek diversion system was removed, with biological monitors present. Removal of the diversion structures was initiated on November 19, 2023, and completed on November 22, 2023. Upon completion of instream work, the contractor removed all equipment and any infrastructure associated with dewatering.

Temporary erosion and sedimentation occurred due to the temporary fill in the active channel, which likely affected water quality in the short-term, but the onsite use of settling tanks and BMPs mitigated this issue during installation. While the placement of a cofferdam and temporary diversion of flows resulted in temporary loss of service for steelhead, the extent and effect of this activity at this time of the year were estimated to be relatively minor.

**Figure 14. Removal of temporary fill from Gaviota Creek bed. October 2023.**



**Figure 15. Removal of temporary fill from Gaviota Creek bed complete. November 2023.**



Caltrans Stormwater Pollution Prevention Plan best management practices (BMPs) were implemented to reduce the amount of sediment and/or turbidity introduced into the creek. In addition, all equipment maintenance, material

storage, concrete washouts and sanitary facilities were located outside of creek limits and at least 100 feet from drainage facilities and watercourses. With these measures in place, take of steelhead was not anticipated due to water quality impacts.

Weekly monitoring of receiving waters at the discharge location occurred during the dewatering/diversion period. Samples were collected and turbidity levels analyzed for any increase due to the diversion system. Where natural turbidity was between 0-50 nephelometric turbidity units (NTU), the increase did not exceed 10%. Where natural turbidity was greater than 100 NTU, increases did not exceed 10%. Weekly monitoring and maintenance reports were due to the Central Coast Water Board each week during the period where the system was in place, and the final report was completed and submitted after the temporary diversion system was removed. Throughout construction, no values from both upstream and downstream sampling resulted in a value of greater than 2.5 NTU.

## 1.4. Summary of Consultation to Date

**May 4, 2023:** Caltrans sent an Emergency Notification Form (ENF) to Federal, State, and Local agencies announcing the emergency at Gaviota Creek and requested approval to build the emergency project.

**May 18, 2023:** Caltrans sent an updated ENF to Federal, State, and Local agencies with additional repair locations at PM 47.3, 47.5, and 47.7, updated cross sections, and updated cut and fill quantities.

**August 17, 2023:** Paul Andreano (Caltrans) contacted Jay Ogawa (NMFS) via telephone to report the three steelhead mortalities that occurred as a result of dewatering activities in Gaviota Creek.

**August 17, 2023:** Jess Fisher (NMFS) contacted Sunny McBride (Caltrans) to request a site visit.

**August 18, 2023:** At Jay Ogawa's request, Paul Andreano contacted Jess Fisher (NOAA/NMFS) via email to report the three steelhead mortalities that occurred as a result of dewatering activities in Gaviota Creek.

**August 22, 2023:** Paul Andreano met with Jess Fisher and Jenny Aleman-Zometa (ACOE) at the project site to discuss the project impacts and the post-construction Section 7 process. At this meeting Jess Fisher recommended that Caltrans reconfigure the rocks below dewatering outlet pipe, and the rocks were removed the following week.

**September 13, 2023:** Sunny McBride and Paul Andreano met virtually with Jess Fischer, Jenny Aleman-Zometa, and Mark Elvin (USFWS) to provide an update on the events that occurred surrounding the steelhead mortalities in Gaviota Creek. At this meeting, both agencies (USFWS and NMFS) stated that Section 7 consultation would be required after the project was completed.

**January 22, 2024:** Paul Andreano met with Jess Fisher at the project site to discuss the project impacts and the post-construction Section 7 requirement. At this time, work along the bank was still ongoing, and Jess Fisher suggested that temporary impacts to steelhead were still accumulating as long as the catwalk remained, and work continued on the bank.

**May 23, 2023:** Sunny McBride and Jenny Aleman-Zometa received a letter from NMFS requesting that Caltrans and the Army Corps initiate formal Section 7(a)(2) consultation with NMFS.

## 1.5. Document Preparation History

**BA Preparation and Assembly:** Caltrans Senior Environmental Scientist (Specialist) Paul Andreano (805-721-2655); Paul_Andreano@dot.ca.gov.

**BA Final Approval:** Caltrans Senior Environmental Scientist (Supervisor) Sunny McBride (805-440-9575); Sunny.McBride@dot.ca.gov.

# Chapter 2. Study Methods

## 2.1. Listed, Candidate, and Proposed Species Potentially in the Action Area

Table 2 includes the species addressed by this BA.

**Table 2. Listed, Candidate, and Proposed Invertebrate and Vertebrate Species Potentially in the Action Area**

| Common / Scientific Name | Federal / State / Other Status | General Habitat Description | Habitat Present/ Absent | Rationale |
|---|---|---|---|---|
| Southern California steelhead DPS<br>*Oncorhynchus mykiss* | FT / SCE / SSC | Federal listing includes watersheds from the Santa Maria River in northern Santa Barbara County southward to the United States-Mexico border, including various coastal streams, rivers, and estuaries along this stretch of coastline. | HP, CH, P | Suitable habitat in Action Area.<br>Focused aquatic surveys were not conducted but the species is known to occur at this location.<br>FESA Effects Determination is the project may affect and is likely to adversely affect Southern California steelhead.<br>FESA Effects Determination is the project may affect and is likely to adversely affect Southern California steelhead critical habitat. |

**Status Codes**:

***Federal***
**FE** = Federal Endangered
**FT** = Federal Threatened
**FC** = Federal Candidate
**FD** = Federal Delisted

***State***
**SE** = State Endangered
**SCE**= State Candidate Endangered
**ST** = State Threatened
**SR** = State Rare

***California Department of Fish and Wildlife***
**SSC** = California Species of Special Concern
**WL** = CDFW Watch List species
**SA** = Included on CNDDB Special Animals List (also protected under CEQA)

***Habitat Present/Absent:***

**Absent [A]**-no habitat present, and no further work needed.
**Habitat Present [HP]**-habitat is or may be present.
**Present [P]**-the species is present.
**Critical Habitat [CH]** – the project footprint is located within a designated critical habitat unit but does not necessarily mean that appropriate habitat is present.

## 2.2. Studies Required

Based on official species lists from NMFS and USFWS (Appendix H), CNDDB output, literature review, and other Caltrans projects in the vicinity, the Southern California steelhead Distinct Population Segment (DPS) was identified as a federally listed species with the potential to occur within the project boundaries. This BA addresses Southern California steelhead only. The Southern California steelhead DPS was listed as endangered under the Endangered Species Act by NOAA Fisheries on August 18, 1997 (NOAA 1997).

Gaviota Creek is known to support steelhead. Surveys conducted in 1991, 1995, 1996, and 2001 by Caltrans, all confirmed the presence of steelhead (Caltrans 2014). Literature from NMFS and researchers (NMFS 2005, Titus et al. 2010, Becker and Reining 2008) adds to the confirmation of steelhead presence in Gaviota Creek.

A list of species observed in the action area during general reconnaissance-level wildlife and botanical surveys is included as Appendix I. Photo documentation of the Project area is included as Appendix J.

## 2.3. Personnel and Survey Dates

Table 3 summarizes biological survey efforts conducted to date.

**Table 3. Survey tasks, dates, personnel, and methodology**

| Study or Survey | Date | Personnel | Methodology |
|---|---|---|---|
| Botanical Survey; Reconnaissance Wildlife Survey | April 27, 2023 | Caltrans | USFWS (2000) and CDFW (CDFG 2009) for plants; no protocol for wildlife. |
| Botanical Survey; Reconnaissance Wildlife Survey | May 29, 2023 | Caltrans | USFWS (2000) and CDFW (CDFG 2009) for plants; no protocol for wildlife. |
| Biological Monitoring | June 2023-April 2024 | SWCA Environmental Consultants | On-site biological monitoring by qualified biologists occurred daily during all work activities. |

## 2.4. Agency Coordination and Professional Contacts

The following summarizes other agency coordination and professional contacts in addition to the coordination previously summarized in Chapter 1.3.

**June 13, 2023:** Caltrans submitted a 1610 Notification to California Department of Fish and Wildlife (CDFW) to notify them of the need to impact 1600 jurisdiction, divert and dewater Gaviota Creek, and the possibility of relocating steelhead for the Emergency Project.

**July 19, 2023:** Erika Cleugh (CDFW Senior Environmental Scientist [Supervisor]) conducted a site visit to the Emergency Project site. No personnel from Caltrans Environmental were present.

**August 16, 2023:** Sunny McBride (Caltrans Senior Environmental Scientist [Supervisor]) met with representatives of Santa Barbara County on site to discuss the emergency project and subsequent impacts to habitat and listed species.

**October 13, 2023:** Caltrans submitted 2081 Incidental Take Permit Application for southern steelhead to CDFW.

**December 12, 2023:** CDFW responded to Caltrans that "although adequate information has been received for CDFW to consider the Application complete, additional information, discussion, and mitigation measures may be required before a Permit can be issued". CDFW provided a list of questions for Caltrans to respond to.

**March 12, 2024:** Caltrans responds to CDFW's request for more project information via email.

# Chapter 3. Results: Environmental Setting

## 3.1. Description of the Existing Biological and Physical Conditions

### 3.1.1. Project Area

The term "Project area" is used synonymously with the term "action area" in this document. The project area is defined as the area that may be directly, indirectly, temporarily, or permanently impacted by construction and construction-related activities (Figures 17-19).

The size of the Project area/action area is approximately 0.72 acre (31,363 square feet) and includes polygons encompassing the emergency secant wall work area, as well as the three scour locations upstream.

### 3.1.2. Physical and Biological Conditions in the Project Area

The Project occurred along SR-101 at Gaviota Creek in Santa Barbara County (near sea level). In the winter months, from December to February, average high temperatures range from the mid-60s to low 70s degrees Fahrenheit (around 18-23° Celsius), while average low temperatures range from the mid-40s to low 50s degrees Fahrenheit (around 7-12° Celsius). During the summer months, from June to August, average high temperatures range from the mid-60s to low 70s degrees Fahrenheit (around 18-23° Celsius), while average low temperatures generally range from the mid-50s to low 60s degrees Fahrenheit (around 12-17° Celsius). Gaviota typically receives around 15 to 20 inches of rainfall annually. Most of this precipitation occurs during the winter months, with relatively dry conditions prevailing during the summer and early fall.

Goleta Fine Sandy Loam, 2 to 9 percent slopes is the only soil series mapped in the Project area (USDA 2023). The soils of the Goleta series are deep, well-drained soils formed in coarse and medium textured alluvium from sedimentary sources. They are found on alluvial fans and in valleys. The mean annual soil temperature is 59 to 62 degrees Fahrenheit, and the soil temperature is usually not below 47 degrees Fahrenheit at any time. Unless irrigated, the soil between depths of about 5 to 15 inches is dry from later April or May until November or early December and is usually moist in some or all parts the rest of the year. The 10- to 40-inch control section is stratified and averages less than 18 percent clay. Gravel is usually less than 15 percent of the soil volume. The upper part of the profile is neutral to mildly alkaline; the lower part is neutral to moderately alkaline

and one-half of the peons contain small amounts of lime below dept of 36 inches.

The Gaviota Watershed encompasses an area of approximately 94 square miles. The Project is within the Cañada de la Gaviota HUC 12 watershed (180600130102), which is also within the larger Santa Barbara Coastal HUC 8 watershed (18060013).

Gaviota Creek drains southward through the Transverse Range of the Santa Ynez Mountains toward a coastal lagoon in Gaviota State Park where it meets the Pacific Ocean. Gaviota Creek flows through a confined canyon, which has been further restricted by bank stabilization associated with SR-101.

As described in the Gaviota Creek Fish Passage and Geomorphic Assessment (Mike Love and Associates 2007), the Division of State Highways constructed numerous retaining walls and straightened the channel in the 1930's to support increased traffic usage through Gaviota Pass. The portion of the stream downstream from the project location was shortened by 1,600 feet, contributing to channel incision. (Mike Love and Associates 2007). Incision through the project area may be associated with reduced colluvial (upland rock and sediment material) inputs associated with highway maintenance (e.g., clearing of landslides and other mechanisms that reduce large sediment inputs) (Mike Love and Associates 2007).

There is no mapped floodplain or floodway within the Project area. No water quality impairments are listed for Gaviota Creek per the 2022 Clean Water Act Section 303(d) List of Impaired Waters.

### 3.1.3. Biological Conditions in the Project Area

#### 3.1.3.1. Natural Communities

Natural communities are mapped in Figures 17-19. Representative site photos are included in Appendix J. A description of the natural communities/habitats present within the Project area follows.

***Stream/Open Water***

Within the Project area, the wetted portion of Gaviota Creek varies from approximately 13 to 50 feet wide and supports mostly shallow (up to 2 feet deep in some areas), slow moving to relatively still open water. Gaviota Creek supports habitat for steelhead, tidewater goby (in State Park lagoon), and other aquatic species.

### *Riparian*

Riparian trees along Gaviota Creek include Western sycamore (*Platanus racemosa*), white alder (*Alnus rhombifolia*), Fremont cottonwood (*Populus fremontii*), red willow (*Salix laevigata*), and arroyo willow (*Salix lasiolepis*).

Invasive species coverage is limited within the riparian zone. Along the length of the Project, the streambanks of Gaviota Creek are characterized by patches of forested riparian vegetation, bare bedrock slopes, and a range of artificial slope stabilization measures (e.g., RSP, sacked concrete, concrete walls). In some areas, riparian vegetation has become established at the base of artificial stabilization, but riparian vegetation is much less robust along the east banks due to the steep nature of the slope.

### *Ruderal/disturbed*

Ruderal/disturbed vegetation occurs in areas that are routinely disturbed by human activities. Plants growing in these areas are dominated by non-native weedy and/or invasive species that tolerate disturbed conditions (e.g., compacted soils, maintained roadsides), and provide little habitat value. In the Project area, ruderal vegetation dominates the highway shoulders and was the dominant vegetation type, prior to construction, along the upper banks of Gaviota Creek in the Project area.

Dominant ruderal species include poison hemlock (*Conium maculatum*), fennel (*Foeniculum vulgare*), Peruvian peppertree (*Schinus molle*), fountain grass (Pennisetum setaceum), castor bean (*Ricinius communis*), Russian thistle (Salsola tragus), Italian thistle (Carduus pycnocephalus), Italian ryegrass (*Fescuta perennis*), brome grasses (*Bromus* spp.), wild oat (*Avena* spp.), black mustard (*Brassica nigra*), wild radish (*Raphanus sativus*), and iceplant (*Carpobrotus edulis)*.

### *Non-riparian streambank*

Non-riparian streambank is a subset of ruderal habitat that primarily existed on the steep fill slopes above the sacked concrete walls. This habitat was primarily comprised of ruderal species, often forming a mosaic with native shrubs and forbs. The vegetation in these areas was low-lying and did not provide shading of Gaviota Creek or other important riparian functions and habitat values. The dominant vegetation on the non-riparian streambanks included iceplant mats and brome grasses. Substantial patched of bare ground, litter, and exposed

concrete were visible throughout these locations. Following construction of the Project, all non-riparian streambank has been removed from the Project area.

### *Developed bank (sacked concrete)*

In the past, Caltrans used sacked concrete to armor the steep slopes along both the southbound and northbound SR-101 through the Gaviota Creek corridor. While strong and easy to install, sacked concrete has little habitat value because the hardened surface reduces space for vegetation and severely limits the ecological functions within the area it is applied. Sacked concrete can also trap sediment and is prone to catastrophic failure from scour events.

Where feasible, sacked concrete was removed from the Project area and replaced with RSP. A total of 0.117 acre of sacked concrete was removed within the Project area that will be planted and not replaced with concrete or RSP.

### 3.1.4. Migration and Travel Corridors

Gaviota Creek supports a migration corridor for fish, amphibians, birds, and mammals. While wildlife connectivity is likely enhanced along Gaviota Creek and its riparian corridor via the bridges, culverts, and various infrastructure that feeds into (or crosses) Gaviota Creek, a substantial number of fish passage barriers exist in the lower portion of the watershed that impede access to rearing and spawning habitat in the upper reaches and tributaries.

#### 3.1.4.1. Fish Passage Barriers

The Gaviota Creek system has suitable habitat for sustaining both anadromous and resident steelhead. A number of man-made grade control structures, stabilization features, and drainages have been installed over time in and along the creek to help build and stabilize SR-101. A fish passage barrier assessment was conducted and found 54 potential barriers within the watershed, of which 18 were identified as natural barriers (Stoecker 2002).

Hydraulic drops greater than six inches are identified as partial barriers to salmonid migration, and significantly greater drops likely present complete passage barriers under most flows. The following is a general description of the barriers within the lower and mid-sections of Gaviota Creek.

*State Park Lagoon to Southbound Bridge (PM 47.2):* This section of the lower reach of Gaviota Creek spans from the mouth of the lagoon to the SR-101 southbound bridge at post mile marker (PM) 47.2. Within this approximately 1.36-mile stretch of the creek, there are a total of seven fish passage barriers identified in the California Passage Assessment Database (PAD) and one additional barrier that is not yet labeled in the PAD. The following are the barriers or features listed in order from the lagoon to the SR-101 bridge: (706386, 706655,

706656, one at- grade concrete utility crossing not in the PAD, 766366, 706657, 706658, and 706659). PAD ID 766336 is identified as a boulder weir in the FishPAD, but this feature is no longer present or recognizable.

From the lagoon, the first barrier (#706386) upstream is a road crossing in which Gaviota Creek flows directly underneath a bridge. This bridge is undersized and during high flow events becomes plugged up with debris and sediment which impedes fish passage. Upstream is a series of two weirs (#706655, 706656) that create hydraulic drops. One additional concrete weir was uncovered in 2022-2023, which presents a small hydraulic drop. PAD location 766366, identified as a boulder weir, is no longer present or recognizable in the stream. Assessments will be submitted to the PAD to update the inventory of locations.

Barriers #706657, 706658, and 706659 are weirs located within the footprint of the Project near the failed sacked concrete slopes and new secant pile wall between PM 47.1 and 47.2 (Gaviota Creek Scour Emergency Project; Figures 17-19). During the 2023 storms, the lowermost of these three weirs (#706657) was undermined by flows, and the concrete cracked in several places. As a result, the drop at the lowermost weir may not pose a significant fish passage barrier. As of February 2024, the drop at the weir upstream (#706658) has been negated and the creek is now flowing around that structure to the west (Figure 16).

**Figure 16. Water flowing to west of Barrier #706658, adjacent to secant pile wall. February 2023.**



Large pools are formed below the drops at #706658 and 706659. The highly constrained channel through this section was re-routed and straightened to accommodate the construction of Highway 101 in the 1930s. The creek through this stretch has a steep sloped terrace with bedrock and exposed boulders. Upstream of the series of weirs, the creek has a series of step pools.

*Southbound Bridge (PM 47.2) to Southbound Bridge (PM 47.9):* This middle reach section of Gaviota Creek flows between the Southbound and Northbound lanes and has 8 barriers identified in the PAD: (706660, 706661, 706662, 706663, 706664, 766338, 706665, and 706666). These barriers entail a mix of bedrock-formed and manmade features. Immediately upstream from the SR-101 bridge is a feature described as a bedrock chute (PAD ID 706660) where bedrock forms the bed and bank of the channel. Mike Love and Associates (2007) described a boulder jam at a transition from bedrock to alluvial channel bed; however, it appears that the boulders described in that report have since been transported downstream, leaving an approximately 8-foot bedrock drop in the channel (PAD ID 706661). Upstream is a barrier created by a pipeline crossing. Further upstream, there are a series of five concrete weirs that present a hydraulic drop.

### 3.1.5. Federally Designated Critical Habitat

Critical habitat is defined in FESA Section 3 as: (i) The specific areas within the geographic area occupied by a species at the time it is listed in accordance with the Act, on which are found those physical or biological features (I) essential to the conservation of the species and (II) that may require special management considerations or protection; and (ii) specific areas outside the geographic area occupied by a species at the time it is listed, upon a determination that such areas are essential for the conservation of the species. In determining which areas within the geographical area occupied by a species at the time of listing to designate as critical habitat, federal fish and wildlife agencies consider the physical and biological features essential to the conservation of the species that may require special management considerations or protection to be the primary constituent elements (PCEs) laid out in the appropriate quantity and spatial arrangement essential to the conservation of the species.

The Gaviota Creek watershed is part of the South Coast Hydrological Unit 3315 and is federally designated as critical habitat for the endangered Southern California Steelhead (NMFS Gaviota Quad 34120-D2). NOAA fisheries designated this watershed as critical habitat on September 2, 2005 (70 FR 52488; NMFS 2005). This watershed, located in the Conception Coast BPG, represents a Core 2 population of steelhead. This designation indicates that the watershed maintains

a minimum number of fish to sustain a viable population to achieve recovery upon the return to historic conditions.

Other creeks in the Conception Coast BPG rank as follows: four Core 1 creeks, one Core 2 creek, and 23 Core 3 creeks (NMFS 2012). In addition, based on habitat quality, habitat quantity, and steelhead presence, the Gaviota Watershed ranked number two out of the twenty-four surveyed within the Conception Coast BPG. (Stoecker, 2002).

Upstream critical habitat, including Las Cruces Creek (a tributary of Gaviota Creek), is excellent spawning and summer rearing habitat located approximately 4.4 miles from the open ocean. In addition, suitable habitat for steelhead occurs in several other tributaries. (Michael Love & Associates and Stoecker Ecological 2007). The Southern California Steelhead Recovery Plan indicates that roads, fish passage barriers, and confinement are three of the primary threats to Gaviota Creek (NMFS 2012). If recovery of steelhead in this watershed can be achieved, the surrounding watersheds will benefit from natural dispersal of the species. The overall effect has the potential to increase genetic diversity and reduce the risk of population extinction for the Southern California Steelhead.

### 3.1.6. Invasive Species

A total of 18 invasive plant species as identified by the online California Invasive Plant Council (Cal-IPC) Database (2023) were observed within the action area (Table 4). Two exotic plant species with an invasiveness rating of "High" were observed: red brome (*Bromus madritensis ssp. rubens*) and fennel (*Foeniculum vulgare*). However, these species were not observed to be invasive within the action area. A total of 10 plant species were observed with a Cal-IPC invasiveness rating of "Moderate" and six species were observed with an invasiveness rating of "Limited." The distribution of invasive plant species is most common in ruderal/disturbed areas along the edges of SR-101 and were present in the disturbed areas above the failed sacked concrete that was replaced with RSP and/or the secant pile wall.

**Table 4. Plants observed in the action area that are included in the California Invasive Plant Council's Invasive Plant Inventory**

| Scientific Name | Common Name | Cal-IPC Invasivenes s Rating | Relative Density within the BSA |
|---|---|---|---|
| *Asphodelus fistulosus* | onionweed | Moderate | Low/Sparse |
| *Avena barbata* | slender wild oat | Moderate | Low/Moderate |

| Scientific Name | Common Name | Cal-IPC Invasivenes s Rating | Relative Density within the BSA |
|---|---|---|---|
| *Brassica nigra* | black mustard | Moderate | Low/Sparse |
| *Bromus diandrus* | ripgut brome | Moderate | Moderate |
| *Bromus madritensis ssp. rubens* | red brome | High | Low/Sparse |
| *Carduus pycnocephalus* | Italian thistle | Moderate | Moderate |
| *Carpobrotus chilensis* | sea fig | Moderate | Low/Sparse |
| *Erodium cicutarium* | redstem filaree | Limited | Low/Sparse |
| *Foeniculum vulgare* | fennel | High | Low/Sparse |
| *Helminthotheca echioides* | bristly oxtongue | Limited | Low/Sparse |
| *Hordeum murinum* | foxtail barley | Moderate | Low/Sparse |
| *Lolium multiflorum* | Italian ryegrass | Moderate | Low/Sparse |
| *Marrubium vulgare* | horehound | Limited | Low/Sparse |
| *Nicotiana glauca* | tree tobacco | Moderate | Low/Sparse |
| *Pennisetum setaceum* | crimson fountaingrass | Moderate | Moderate |
| *Plantago lanceolate* | English plantain | Limited | Low/Sparse |
| *Polypogon monspeliensis* | ditch beardgrass | Limited | Low/Sparse |
| *Silybum marianum* | milk thistle | Limited | Low/Sparse |

# Chapter 4. Results: Biological Resources, Discussion of Impacts and Mitigation

## 4.1. Habitats and Natural Communities of Special Concern

In this BA, the term "effect" reflects a quantifiable or qualifiable change or response to an activity. Under FESA, direct effects are those that are caused by the proposed project and occur at the time of the project. Indirect effects are those that are caused by the proposed project and are later in time, but still are reasonably certain to occur.

Impacts to natural communities/habitats within the Project action area have been quantified based on ground disturbance and disturbed vegetation. which was overlain with habitat mapping. Impacts to the habitats previously characterized and described in Section 3.1 are quantified below in Table 4 and displayed on Figures 17-19.

**Table 4. Impacts to habitats and natural communities of special concern.**

| Location | Resource | Temporary Impacts (ac) | Permanent Impacts (ac) | RSP in place of sacked concrete (ac) |
|---|---|---|---|---|
| PM 47.1 | Stream (steelhead aquatic habitat) [1] | 0.251 | 0.003 | -- |
| | Riparian (steelhead non-aquatic habitat) [1] | 0.074 | 0.016 | -- |
| | Developed bank | -- | -- | 0.080 |
| PM 47.3 | Stream (steelhead aquatic habitat) [1] | 0.005 | 0.001 | -- |
| | Developed bank | 0.006 | -- | 0.005 |
| PM 47.55 | Stream (steelhead aquatic habitat) [1] | -- | 0.002 | -- |
| | Riparian (steelhead non-aquatic habitat) [1] | -- | 0.013 | -- |
| | Non-riparian streambank | -- | 0.023 | -- |
| PM 47.7 | Riparian (steelhead non-aquatic habitat) [1] | -- | 0.002 | -- |
| | Developed bank | -- | -- | 0.030 |
| **Total- all sites** | Stream (steelhead aquatic habitat) [1] | 0.260 | 0.006 | -- |
| | Riparian (steelhead non-aquatic habitat) [1] | 0.070 | 0.030 | -- |
| | Developed bank | 0.006 | -- | 0.115 |
| | Non-riparian streambank | -- | 0.023 | -- |
| | **Total- steelhead critical habitat** | **0.33** | **0.036** | -- |
| | **Total- all resource types** | **0.336** | **0.058** | **0.115** |
| **Stream/Riparian Restoration Area** | **0.117 ac of sacked concrete was removed that was not replaced with RSP or concrete.** | | | |

[1]Gaviota Creek is designated critical habitat for Southern California steelhead; therefore, impacts to both aquatic and riparian steelhead habitat equate to the impacts to designated critical habitat.

**Figure 17. Habitat impact areas (PM 47.1)**



**Figure 18. Habitat impact areas (PM 47.3)**



**Figure 19. Habitat impact areas (PM 47.55 – 47.7)**



## 4.2. Federally-Listed or Proposed Animal Species

### 4.2.1. Discussion of Southern California Steelhead DPS (*Oncorhynchus mykiss*)

Southern California steelhead (*Oncorhynchus mykiss*) is listed as endangered under the Federal Endangered Species Act (FESA). The populations of steelhead on the Santa Barbara coast are part of the Southern California Distinct Population Segment (DPS). The Southern California steelhead in Gaviota Creek are also part of the Conception Coast Biogeographic Population Group (BPG), which includes the Tecolotito Creek, Los Carneros Creek, San Pedro Creek, Las Vegas Creek, Maria Ygnacio Creek, San Jose Creek, and Atascadero Creek watersheds, in Santa Barbara County.

Steelhead are genetically indistinct from rainbow trout and differ only in their behavior. They prefer cool, clear, coastal streams and rivers with a gradient less than 5%. Steelhead exhibit life cycle strategies similar to other salmonids, known as anadromy. Steelhead trout enter streams and rivers to prepare for migration to spawning grounds as soon as streamflow is adequate and when the summer sand bars at the mouths of many coastal lagoons have breached.

Optimal habitat for steelhead on the Pacific Coast can be characterized by clear, cool water with abundant instream cover (e.g., submerged branches, rocks, logs), well-vegetated stream margins, relatively stable water flow, and a 1:1 pool-to-riffle ratio (Raleigh et al. 1984). However, steelhead are occasionally found in reaches of streams containing habitat that would be considered less than optimal.

Steelhead on the Pacific Coast start to migrate up coastal drainages following the first substantial seasonal rainfall. Spawning typically occurs during the spring in riffle areas that consist of clean, coarse gravels. Juveniles (smolts), after rearing for 1 to 3 years within fresh water, and post-spawning adults out-migrate to the ocean from March to July, depending on streamflow.

All life stages of steelhead are well documented within the Project area and the Gaviota Creek system has suitable habitat for sustaining both anadromous and resident steelhead, but several fish passage barriers exist that impede access to rearing and spawning habitat in the upper reaches and tributaries.

#### 4.2.1.1. Survey Results

Focused surveys for Southern California steelhead were not conducted prior to dewatering activities as this species is well documented to occur within Gaviota Creek and the Project area is within the Gaviota Creek watershed and supports a known steelhead population. Therefore, presence of Southern California

steelhead was inferred. Results from the capture and relocation of steelhead prior to dewatering are provided in Appendix K and discussed below.

#### 4.2.1.2. Critical Habitat and Essential Fish Habitat

Gaviota Creek is designated as critical habitat for the Southern California steelhead DPS (NMFS 2005), and the project area lies within the South Coast Hydrologic Unit 3315 for Southern California steelhead. Refer to Section 4.2.2 for further discussion of impacts to critical habitat.

There was no effect to essential fish habitat (EFH) as regulated under the Magnuson-Stevens Fishery Conservation and Management Act (MSFCMA) because no EFH for Southern California steelhead occurs within the project area/action area or was otherwise affected. NMFS has acknowledged that no EFH for federally managed species occurs at the project location (Appendix H).

#### 4.2.1.3. Project Effects

***Water Diversion***

The project required water diversion and dewatering as well as vegetation removal and large amounts of temporary fill within the creek channel. The impacts on Southern California steelhead and their habitat were largely temporary until all activity within the creek channel was complete.

Additionally, three upstream locations required RSP placement along the creek banks to protect from further scour. Prior to the installation of the diversion system, contractor-supplied biologists from SWCA Consulting conducted numerous preconstruction surveys to assess wildlife presence (specifically fish and amphibian species) within the diversion area. Biologists removed algal mats and debris to help with future relocation efforts by removing cryptic refuge locations while dewatering occurred.

The initial installation of the diversion and dewatering system occurred between July 11 and July 13. A total of sixteen (16) steelhead were captured and relocated during this process, including 1 adult and 15 juveniles (≥ 10 inches). Despite the best efforts of the biological monitors during capture and relocation, three (3) mortalities of steelhead fry were observed within the project dewatering area. These individuals took refuge in algal mats and were not identified before water levels dropped.

During removal of the diversion and dewatering system, contractor-supplied biologists were present. No relocation or removal of any species occurred, and no mortalities of any species were observed.

### *Secant Wall Construction*

Upon installation of the diversion system, temporary fill was placed along the creek banks and in the creek channel to provide a platform from which drill rig equipment could operate. Fabric was laid down on the banks and bed of the creek prior to placement of any temporary fills to prevent sediment from being left behind when temporary fills were removed.

Once the piles were installed, horizontal pipes were drilled to alleviate hydraulic pressure, and the secant pile wall installation was completed.

In addition to the sacked concrete that was damaged in the 2022-2023 storm season, all the remaining sacked concrete through this stretch of creek was also removed, dramatically increasing the width of the creek. This resulted in the stream corridor being approximately 20-feet wider through the length of the wall construction project area. The creek here is now less confined and closer to a more natural flow pattern. Once the temporary fill was removed, the creek diversion system was also removed with biological monitors present.

Of the riparian habitat present within the project area 0.074 acre was temporarily impacted to facilitate construction of the secant pile wall (Figure 17). Trees along the east bank within the temporary fill area that enabled equipment access to the creek were trimmed or removed.

The riparian area impacted was comprised predominantly of white alder, red willow, arroyo willow, Western sycamore, and California bay laurel. The species within this riparian area are adapted for regrowth. For instance, one California bay laurel and several arroyo willows in the riparian area that were stump-cut but are already resprouting just a few months later.

### *RSP Repairs*

At three distinct locations upstream from the secant pile wall location (PM 47.3, 47.5, and 47.7), scour along the creek bank undermined the road embankment on both the north- and south-bound lanes. In two of the three locations, portions of sacked concrete were washed out by winter storms. RSP was placed in these three locations to provide protection to the creek banks from further scour and roadway embankment failure. The following are descriptions of the three RSP locations.

Location PM 47.3:  RSP placement occurred along northbound SR-101 where sacked concrete was hollowed out at the outlet of a culvert immediately adjacent to Gaviota Creek. The sacked concrete was undermined and hollowed out and RSP was placed to fill the voids and provide protection for the creek bank and avoid further undermining of the sacked concrete slope. A total

of 0.006 acres of developed streambank (sacked concrete) and 0.006 acres of stream were impacted, along with 0.005 acres of sacked concrete were converted to RSP.

Location PM 47.5: RSP placement was conducted where significant scour occurred adjacent to Southbound SR-101. A total of 0.013 acres of riparian, 0.002 acres of stream, and 0.023 acres of non-riparian streambank (bedrock) impacts occurred at this location.

Location PM 47.7: RSP placement was conducted where sacked concrete along the upper creek banks was eroded adjacent Southbound SR-101. However, sacked concrete was still intact along the toe of the creek bank, therefore RSP was placed above the OHWM to provide stability to the creek bank. A total of 0.002 acres of riparian was impacted 0.030 acres of sacked concrete were converted to RSP.

The RSP repairs were conducted under a biological monitor's oversight and no impacts to special status species occurred during those repairs.

#### 4.2.1.4. Hydroacoustic Impacts

No hydroacoustic impacts were associated with the Project, as no pile driving was required to build the secant pile wall or install any of the RSP at the additional scour locations. All piles installed were cast in drilled hole (CIDH) piles that were installed without the need for driving. Similarly, no sheet pile walls were needed for construction, so no driving of sheet pile occurred. No activities requiring analysis of underwater noise transmission occurred.

#### 4.2.1.5. Avoidance and Minimization Efforts

The following measures were provided by NMFS during emergency coordination and applied to the project to minimize effects to Southern California steelhead:

1. Design Recommendations

   - Avoid placement or construction of structures or grade control elements perpendicular to streamflow, across the width of the active channel.
   - Ensure the post-construction channel (1) remains composed of ungrouted natural stream material (i.e., sand, cobbles, and gravel) and (2) maintains similar width, depth, and slope to the natural channel upstream and downstream of the work areas such that steelhead passage is maintained.

2. General Minimization Measures

   - Access the work areas through existing roads or other similar access points.

- Use best management practices to isolate the work area from flowing water (e.g., installing cofferdam diversions) and preventing sediment from entering surface flow (e.g., straw waddles, silt-fencing, etc.).
- If new concrete is poured in or near the channel, then concrete should be contained and prevented from entering surface flow in the channel or drainages, and adequate time should be allowed for the concrete to set prior to removing isolation measures.
- If sandbags are used during the construction, then they should be filled only with clean/washed sands or gravels.
- At least two biologists with a high level of knowledge in steelhead ecology and experience in handling steelhead should be present throughout work activities because dewatering of the channel is involved. The steelhead biologists should be prepared (i.e., have all necessary equipment on site) to capture and relocate any steelhead stranded as a result of this activity. Prior to dewatering, the biologists should identify a habitat with adequate size, depth, and water quality (i.e., temperature and dissolved oxygen) to be used as a relocation habitat for steelhead. If a steelhead is found dead, then the applicant should contact NMFS (brittany.struck@noaa.gov) as soon as practicable to determine if additional minimization measures are necessary and to coordinate shipment of the individual into NMFS custody.
- A spill prevention and containment plan should be developed prior to commencement of project activities and relevant prevention and containment materials should be onsite and readily accessible.
- Any equipment or vehicles operated within or adjacent to the channel should be checked and maintained daily to monitor for and prevent leaks of fluids that could be harmful if introduced to the channel.
- Staging, maintenance, and fueling of machinery or equipment should take place a minimum of 100-feet from the channel and in a contained area.

3. Monitoring and post-construction reporting:

- Creek surveys of critical habitat and steelhead should be conducted through the action area throughout the remainder of the construction period and after construction is complete to document habitat conditions, effects of the project, identify steelhead presence and location, and prevent steelhead stranding.

- Provide an electronic report to NMFS (email report to brittany.struck@noaa.gov and Jessica.fischer@noaa.gov) within 30 days following completion of emergency construction activities. At a minimum, the report should include: (1) post-construction topography of the channel; (2) an assessment of general effects of the proposed action on steelhead and critical habitat including the action's anticipated effects on steelhead-passage; (3) detailed description of the dewatering and steelhead-relocation plan that was implemented (if applicable); (4) number of steelhead relocated (if any) and number of steelhead mortalities that occurred (if any); and, (5) site/field photos of the work areas throughout the remainder of the construction period and after construction is complete.

4. If this action results in take (e.g., capture, harm, or other adverse effect) of steelhead, then Caltrans should engage in an "after-the-fact" Section 7 consultation with NMFS as soon as practicable once the emergency has been alleviated per 50 CFR §402.05.

#### 4.2.1.6. Cumulative Effects

Caltrans guidance for NEPA cumulative effects assessments includes defining a Resource Study Area (RSA). An RSA is the geographic area within which impacts on a particular resource are analyzed. The boundaries of RSAs for cumulative impacts analysis are often broader than the boundaries used for project-specific analysis (such as the Project area/action area). The RSA under consideration for Southern California steelhead cumulative impacts analysis is the Gaviota Creek watershed.

Historical data highlighting the population abundance of steelhead in the Gaviota Creek watershed is very limited, but there is documented presence of steelhead since the early 1930's as one DFG report states "A few steelheads enter the stream in winter" (DFG ca 1934). Various reports highlight personal communications where steelhead were observed such as a former DFG Biologist who reported in 1986 that "steelhead have continued to run in Gaviota Creek". Due to habitat loss, over grazing, inadequate passage, and low flows, it was once thought that the steelhead population had gone extinct in Gaviota Creek (Nehlsen et al. 1991).

However, in 2002 Stoecker Ecological performed a fish passage and geomorphic assessment of Gaviota Creek and found steelhead presence at multiple locations within the watershed. The age classes they found ranged from young of the year (1-4 inches) all the way up to an anadromous adult (22 inches). The assessment documented a number of man-made "grade control structures",

stabilization features, and drainages that have been installed over time in and along Gaviota Creek to help build and stabilize SR-101. A fish passage barrier assessment was also conducted in 2002 and found 54 potential barriers within the Gaviota Creek watershed, of which 18 were identified as natural barriers (Stoecker 2002).

A 2007 report on fish passage in the Gaviota Creek watershed states, "Gaviota Creek produces relatively high summer base flows and maintains cool water temperatures in the headwaters of the mainstem, Las Canovas Creek, and the lower mainstem. The watershed also contains one of the largest lagoon systems along the southern Santa Barbara County coast, which is ideal for steelhead rearing, food production, and acclimation between fresh and saltwater. Also, the estuary mouth is open to the ocean longer than most streams in the region, providing good access for steelhead adults and smolts" (Love and Stoecker 2007). This supports the idea that the system can support a viable and dynamic population of both resident and anadromous steelhead.

A comprehensive analysis of steelhead presence was conducted in Gaviota Creek by the National Marine Fisheries Service (NMFS) and found the watershed to have a viable population (NMFS, 2011).

From 2014-2022, CDFW's Coastal Monitoring Program conducted periodic spawning ground surveys (redd survey) along a 16,706-foot section of Gaviota Creek's main stem (per CDFW's OM Monitoring Data). Redds are nests dug by steelhead in stream gravels where a female deposits her eggs, and one or more males fertilizes the eggs. The survey results ranged from zero redds found in 2015 to thirteen redds found in 2022. The size of the redds identified were all considered "resident trout" and the redds were not big enough for the classification of anadromous steelhead. Resident female Steelhead have been documented to produce approximately 3,000 eggs (Kendall et al. 2015), which are typically distributed between one to two redds. Population size will depend on survival rates from egg to fry, fry to smolts, and smolts to adults. While it is not possible to confidently extrapolate steelhead population estimates based on redd counts. The population of steelhead in Gaviota Creek fluctuates significantly on an interannual basis.

Bankside observations of individual steelhead were conducted during this time frame and found that no steelhead were seen in 2015, while in 2022, there were 331 steelhead observations. The limited data available on the active population residing in this watershed makes it challenging to compare it to historic population levels. However, there is enough evidence to support that an active

resident population still exists, but the probability of an active anadromous population remains critically low.

According to the latest available status review (NMFS 2023), there is little new evidence to suggest that the status of the Southern California steelhead DPS has changed appreciably since the last status review was completed in 2005 (Good et al. 2005). New information available on anadromous runs since the 2005 review remains limited and does not appear to suggest a change in extinction risk (NMFS 2012).

Caltrans is aware of two upcoming projects with Federal funding in the RSA, Both of these are Caltrans projects related to steelhead passage improvements in Gaviota Creek.

The Gaviota Creek Permanent Restoration Project (05-1R590) proposes permanent restoration work as mitigation for impacts that resulted from the Gaviota Creek Scour Emergency Project (05-1R140). The project will involve removal of fish passage barriers and contour grading of the channel within the Project area to enhance steelhead habitat. Construction of this project is expected to begin in 2027.

The Gaviota Creek SHOPP Improvement Project (05-1M440) proposes to further restore historical fish access at several locations along Gaviota Creek and SR-101. The project will address deficiencies of several existing grade control structures and culverts that present barriers to fish passage. Five grade control structures from post mile 46.9 to post mile 47.2 would be removed and replaced with a roughened channel. Additional retaining structures or modifications to existing structures will be built to strengthen and stabilize the creek bank and highway shoulders. Eight grade control structures from post mile 47.5 to post mile 47.9 would be removed and replaced as well. Caltrans is in the early planning phases of a Programmatic Environmental Impact Report (PEIR) for this project.

Caltrans is not aware of any other projects that are planned or expected to occur in the reasonable future in the RSA to be considered for potential cumulative impacts of this Project.

Construction activities for the Gaviota Creek Scour Emergency Project contributed to cumulative effects (e.g., injury and/or mortality, temporary habitat disturbance) that adversely affected steelhead in the RSA. However, the cumulative effects are low, given the relatively small amount of steelhead habitat that was affected in relation to the total amount of habitat that occurs in the RSA, and the low amount of take that occurred as a result of this project.

Therefore, when considered in a cumulative effects context, the Project did not result in substantial adverse cumulative effects to steelhead because the Project was small in scale, resulted in mostly temporary impacts during spring and summer, and on-site mitigation will be implemented to offset impacts to fish passage, steelhead aquatic habitat, and steelhead riparian habitat.

#### 4.2.2. Discussion of Southern California Steelhead DPS Critical Habitat

Southern California steelhead streams are streams known to support spawning populations of Southern California steelhead that are within the Southern California steelhead DPS, from the Santa Maria River, south the California/Mexico border. Following a status review in 2005, a final listing determination was issued on January 5, 2006, for the Southern California Steelhead DPS, and critical habitat was designated within 32 DPS watersheds (NMFS 2012).

The physical and biological features of this critical habitat designation include the following:

- Freshwater spawning sites with water quantity and quality conditions and substrate supporting spawning, incubation, and larval development.
- Freshwater rearing sites with:
  - o Water quantity and floodplain connectivity to form and maintain physical habitat conditions and support juvenile growth and mobility;
  - o Water quality and forage supporting juvenile development; and
  - o Natural cover such as shade, submerged and overhanging large wood, log jams and beaver dams, aquatic vegetation, large rocks and boulders, side channels, and undercut banks.
- Freshwater migration corridors free of obstruction and excessive predation with water quantity and quality conditions and natural cover such as submerged and overhanging large wood, aquatic vegetation, large rocks and boulders, side channels, and undercut banks supporting juvenile and adult mobility and survival.
- Estuarine areas free of obstruction and excessive predation with:
  - o Water quality, water quantity, and salinity conditions supporting juvenile and adult physiological transitions between fresh- and saltwater;
  - o Natural cover such as submerged and overhanging large wood, aquatic vegetation, large rocks and boulders, side channels; and

o Juvenile and adult forage, including aquatic invertebrates and fishes, supporting growth and maturation.

Gaviota Creek is characterized as a steelhead Core 2 population area within the Conception Coast BPG (NMFS 2023). While recovery actions on Core 2 populations are not assigned the same priority as Core 1, these populations may be important in providing connectivity between populations and genetic diversity across the BPG, and therefore are an important part of the overall biological recovery strategy. According to the Southern California steelhead recovery plan (NMFS 2012), "Very High" threats to the Gaviota Creek steelhead population include roads, culverts and crossings, levees and channelization, wildfires, and recreational facilities; "High" threats include flood control maintenance and agricultural development.

Adverse modification of critical habitat is defined as a "direct or indirect alteration that appreciably diminishes the value of critical habitat for both the survival and recovery of a listed species.

#### 4.2.2.1. Survey Results

There is 0.432 acre (18,841 square feet; 392 linear feet) of Southern California steelhead critical habitat within the Project area. Critical habitat within the Project area is considered to equate to the sum of "riparian" and "stream" habitat that were delineated within the Project area to assess jurisdictional impacts. Impacts to steelhead critical habitat are displayed on Table 4 and Figures 17-19.

#### 4.2.2.2. Project Effects

Based on the disturbance footprint associated with the Project (Table 4), there was 0.036 acre (1,568 square feet; 125 linear feet) of permanent impacts to steelhead critical habitat resulting from RSP installation, and 0.33 acre (14,375 square feet; 267 linear feet) of temporary impacts to steelhead critical habitat from dewatering and diversion activities, vegetation trimming, equipment access, and landscaping.

Considered in this context, the FESA Section 7 effects determination is that the Project may affect, and is likely to adversely affect, Southern California steelhead critical habitat.

There will be no effect on essential fish habitat (EFH) as regulated under the Magnuson-Stevens Fishery Conservation and Management Act because no EFH occurs within the Project area or was otherwise be affected.

Case: 26-4017, 10/13/2026, DktEntry: 13.7, (56 of 231)



#### 4.2.2.3. Avoidance and Minimization Efforts

Implementation of the avoidance and minimization measures listed in Section 4.2.1.5 above served to avoid and minimize project-related adverse effects to steelhead critical habitat.

#### 4.2.2.4. Cumulative Effects

The same RSA and analysis used in Section 4.2.1.6 applies to the analysis of critical habitat. The Project is not expected to result in, or contribute to, cumulative effects to steelhead critical habitat, as impacts will be mitigated through implementation of the Mitigation and Monitoring Plan (Section 4.4).

## 4.3. Take Analysis

The Endangered species Act (ESA) defines 'take' as "to harass, harm, pursue, hunt, shoot, wound, kill, trap, capture, or collect, or to attempt to engage in any such conduct." Take of steelhead was minimized because instream work followed Avoidance, Minimization and Mitigation Measures outlined in Chapter 4.3 and was conducted during low flow periods. However, take did occur during diversion, dewatering, and relocation efforts for this Project.

Prior to the installation of the diversion system, contractor-supplied aquatic biologists from SWCA Consulting conducted numerous preconstruction surveys to assess steelhead presence within the diversion area. SWCA biologists removed algal mats and debris to assist relocation efforts by removing cryptic refuge locations while dewatering occurred.

The initial installation of the diversion and dewatering system occurred between July 11 and July 13. A total of sixteen (16) Steelhead were captured and relocated during this process, including 1 adult and 15 juveniles (≥ 10 inches) (Appendix K). Despite the best efforts of the SWCA aquatic biologists during capture and relocation, three mortalities of steelhead fry occurred. These individuals took refuge in algal mats and were not identified before water levels dropped too low. On July 15, following relocation efforts, SWCA Senior Biologist Jon Claxton discovered the three dead juvenile steelhead that become entangled in an algal mat after water levels had reached a critically low level. Unfortunately, Mr. Claxton failed to photo-document the dead fry or, to collect and freeze them for transfer to NMFS, as required by NMFS' emergency measures.

The dewatering system and diversion were removed from Gaviota Creek on November 20, 2023. No steelhead were observed by SWCA aquatic biologists during the removal of the dewatering system and re-wetting of the channel.

However, turbidity can increase during these activities and may have contributed to poorer water quality, potentially affecting steelhead downstream, outside the Project limits.

### 4.3.1. Temporal Impacts Associated with Dewatering and Diverting Gaviota Creek

The loss of steelhead over-summering habitat in Gaviota Creek due to the dewatered stream (from July 15 to November 20) would likely have significant negative impacts on this species. Over- summering habitat, typically cool and shaded areas in rivers and streams, provides important refuge and resources for steelhead during the warmer months. Potential effects of losing over-summering habitat in Gaviota Creek could include reduced reproductive success, increased vulnerability to environmental stressors, altered migration patterns, loss of food sources, and potentially a reduction genetic diversity.

Over-summering habitat provides critical conditions for steelhead to recover from the spawning process and prepare for the next spawning season. Loss of this habitat could lead to increased stress on steelhead populations, reducing their ability to successfully reproduce (Keefer et al., 2015).

Without suitable over-summering habitat, steelhead may be more vulnerable to predation, disease, and environmental stressors during the summer months when water temperatures rise. Elevated water temperatures in degraded habitats can increase stress levels in steelhead, making them more susceptible to diseases and predation (Ebersole et al., 2003). This could lead to increased mortality rates among the steelhead population in Gaviota Creek.

Steelhead rely on over-summering habitat as they migrate between freshwater and marine environments. Loss of this habitat could disrupt migration patterns, potentially causing steelhead to seek alternative, less suitable habitats or delaying their migration, which could impact their survival and reproductive success in the watershed. Disruption of migration patterns due to habitat loss can have profound effects on steelhead populations, including delays in migration timing and altered distribution patterns (Bond et al., 2022) and changes in habitat availability may force steelhead to use suboptimal habitats, increasing their vulnerability to predation and other stressors during migration (Lund et al., 2018).

Over-summering habitat plays a role in maintaining genetic diversity within steelhead populations. Loss of this habitat could fragment populations and limit gene flow, leading to decreased genetic diversity and potentially reducing the overall resilience of the species to environmental changes and stressors (Garza

et al., 2014). Additionally, a reduction of genetic diversity can increase the susceptibility of steelhead populations to environmental changes and decrease their long-term viability (Araki et al., 2008).

The loss of riparian habitat in Gaviota Creek could potentially lead to increased water temperatures and temporary loss of food sources for steelhead through several mechanisms. Riparian vegetation provides shade over the water surface, helping to regulate water temperatures by reducing the amount of direct sunlight reaching the water. Loss of riparian habitat exposes the water surface to more solar radiation, leading to elevated water temperatures (Keefer et al., 2018). Riparian vegetation also acts as a buffer against temperature fluctuations by providing canopy cover that helps to moderate water temperatures (Moore et al., 2017). Loss of riparian habitat decreases this shading effect, resulting in higher daytime temperatures and reduced thermal refuge for steelhead during warmer months.

Riparian vegetation in Gaviota Creek also plays a crucial role in stabilizing the streambanks and preventing erosion. Loss of riparian habitat can lead to increased streambank erosion, which can contribute to sedimentation and turbidity in the water. Sedimentation can smother aquatic habitats and reduce the availability of suitable spawning and rearing areas for steelhead (Fogel et al., 2020).

Finally, riparian vegetation provides organic matter, such as leaves and woody debris, that serves as an important food source for aquatic insects. Within the Project action area, loss of riparian habitat may reduce the input of organic matter into the stream, leading to temporary loss of food sources for steelhead and other aquatic organisms (Cram et al., 2018). Riparian vegetation also plays a crucial role in nutrient cycling processes within aquatic ecosystems, and loss of riparian habitat can disrupt nutrient cycling, leading to changes in primary productivity and the availability of food resources for steelhead (Bernhardt et al., 2017).

### 4.3.2. Jeopardy Analysis

Based on the analysis presented in this document, the status of the listed species, the environmental baseline within the Project area, the effects of the action, and proposed mitigation and restoration strategies, the effects of the Project are not likely to jeopardize the continued existence of Southern California steelhead in Gaviota Creek or the upper watershed. The amount of take that occurred, coupled with other effects of the Project, is not likely to result in jeopardy to the population or species.

## 4.4. Mitigation Strategy and Monitoring Plan

### 4.4.1. Temporary Landscaping

Through the removal of all the sacked concrete slopes within the postmiles of this emergency Project, approximately 0.117 acres of additional creek bed and banks has been made available (Table 4; Figures 17-19) for riparian vegetation reestablishment.

As a stop-gap approach to alleviate temporal impacts, a planting plan was developed and executed as part of this Project (Appendix G). This planting effort was not intended to fully mitigate impacts but was executed to provide the best recovery to the stream channel until it must be impacted again while removing the concrete grade control structures for the upcoming mitigation project (Section 4.4.2).

A riparian seed mix (Appendix G) was applied along the upper portions of the new creek bank in January 2024, to quickly establish early successional vegetation that will provide habitat complexity and further stability to the creek banks.

An initial planting of willow cuttings and erosion control seeding along the east bank of Gaviota Creek (PMs 47.1-47.2), within the active channel, was also completed in January 2024. That in-channel planting was almost completely washed away during high flows in February 2024, as was a substantial portion of the east bank, adjacent to the secant pile wall. Caltrans completed a subsequent planting of the remaining east bank in March 2024, the hope is that this planting effort will be resistant to high flows that are likely to occur here during winter 2024/2025.

### 4.4.2. Mitigation Project

Due to the impacts associated with this Project, Caltrans has proposed on-site mitigation in the form of a permanent restoration project. The Gaviota Creek Permanent Restoration Project (05-1R590) will mitigate for the take of steelhead and impacts to steelhead critical habitat by improving fish passage and steelhead habitat conditions within the Project area. Construction would require approximately one construction season between June 1 and October 31, and currently scheduled to begin in late 2027.

The Mitigation Project will involve two components: fish passage remediation and steelhead habitat improvements. Complete design plans for each component will be prepared and submitted to relevant resource agencies for review in accordance with the required future permitting process.

#### 4.4.2.1. Fish Passage Remediation

The fish passage remediation component includes removal of the three concrete grade control points (Figure 17) within the footprint of the 576-linear feet of the secant wall (PMs 47.1 to 47.2). These concrete grade control points are listed in the California Fish Passage Assessment Database as barriers 706657, 706658, and 706659. Each of these barriers is identified as a priority fish passage by the Fish Passage Advisory Committee (FishPAC).

The restored stream channel will be designed based on survey data, hydraulic models, and geomorphological assessments to meet fish passage criteria and support conditions that are resilient to the high flows experienced with design storm events. The fish passage system channel would be designed based on Part XII of CDFW's California Salmonid Stream Restoration Manual and NMFS' Anadromous Salmonid Passage Facility Design Manual to support fish passage for all steelhead life stages within the project limits to the maximum extent feasible.

#### 4.4.2.2. Steelhead Habitat Improvements

The habitat improvement mitigation component includes re-establishment of the stream channel and bank riparian vegetation. Reconstruction of the stream channel and bank will increase habitat complexity, providing habitat refugia over a range of flows compared to the highly confined, impervious, and uniform pre-existing bank condition. This will help to restore geomorphic processes of the stream where temporary impacts have occurred.

Complete design plans for the fish passage project as well as landscaping plans will be prepared and submitted to relevant resource agencies for review in accordance with the required future permitting process.

### 4.4.3. Monitoring

Avoidance and minimization measures identified in Chapter 4.2 were implemented during construction of the Gaviota Creek Scour Emergency Project. Caltrans will ensure continued compliance with these measures as well as those required in the Stormwater Pollution Prevention Plan (SWPPP) and associated Winterization Plan (Appendix F).

Following the emergency construction Project, photo monitoring points will be established to document the channel changes over time and regrowth of riparian vegetation. Photo point stations will be established, and photos will be taken each June beginning with the first June following completion of the Project (05-1R140). The photos will be taken each year until implementation of

the Permanent Restoration Project (05-1R590), which at that point, will have its own photo requirements.

During design and permitting of the Gaviota Creek Permanent Restoration Project (05-1R590), a Monitoring Plan will be developed for review and approval by NMFS and other regulatory agencies. The monitoring plan will, at a minimum, include photo monitoring points, geomorphic cross-sections and longitudinal surveys, GPS mapping of replanted areas, and vegetation monitoring to determine progress of meeting success criteria. Monitoring and associated reports would be performed and submitted annually for 5 years following project completion.

# Chapter 5. Conclusions and Determination

## 5.1. Conclusions

Based on the studies and analyses provided in this BA, the implementation of the Gaviota Creek Scour Emergency Project resulted in adverse effects to federally listed species (Southern California steelhead) and critical habitat.

Although implementation of recommended avoidance and minimization measures reduced the potential for adverse effects, take of three Southern California steelhead fry occurred and a temporary loss of service to the Southern California steelhead DPS in Gaviota Creek also occurred. Furthermore, the Project resulted in 0.04 acre (1,568 square feet; 125 linear feet) of permanent impacts to steelhead critical habitat resulting from RSP installation, and 0.33 acre (14,375 square feet; 267 linear feet) of temporary impacts to steelhead critical habitat from dewatering and diversion activities.

## 5.2. FESA Section 7 Effects Determinations

The FESA Section 7 effects determination is that the Project may affect, and is likely to adversely affect, Southern California steelhead. The basis for this determination is that steelhead presence has been confirmed in the action area and take of the species occurred during dewatering activities.

The FESA Section 7 effects determination is that the Project may affect, and is likely to adversely affect, Southern California steelhead critical habitat. The basis for this determination is that Gaviota Creek is designated critical habitat for the species, and the project resulted in adverse modification of steelhead critical habitat.

There is no essential fish habitat (EFH) for federally managed species in or adjacent to the Project area; therefore, there was no effect on EFH.

This BA does not address federally listed species other than Southern California steelhead. A separate BA has been submitted for federally listed species under the jurisdiction of USFWS.

# Chapter 6. References

**Literature:**


AWI-SCR, G.A.N., 2007. Gaviota Creek Fish Passage and Geomorphic Assessment, Gaviota Creek, California.

Becker, G.S. and I.J. Reining. 2008. Steelhead/rainbow trout (Oncorhynchus mykiss) resources south of the Golden Gate, California. Cartography by D.A. Asbury. Center for Ecosystem Management and Restoration. Oakland, CA.

Becker, G.S., K.M. Smetak, and D.A. Asbury. 2010. Southern Steelhead Resources Evaluation: Identifying Promising Locations for Steelhead Restoration in Watersheds South of the Golden Gate. Cartography by D.A. Asbury. Center for Ecosystem Management and Restoration. Oakland, CA Bernhardt, E. S., et al. 2017. The metabolic regimes of flowing waters. Limnology and Oceanography 63: s99–s118.

Bond, R.M., Kiernan, J.D., Osterback, A.M.K., Kern, C.H., Hay, A.E., Meko, J.M., Daniels, M.E. and Perez, J.M., 2022. Spatiotemporal variability in environmental conditions influences the performance and behavior of juvenile steelhead in a coastal California lagoon. Estuaries and Coasts, 45(6), pp.1749-1765.

Boughton, D., P. Adams, E. Anderson, C. Fusaro, E. Keller, E. Kelley, L. Lentsch, J. Neilsen, K. Perry, H. Regan, J. Smith, C. Swift, L. Thompson, and F. Watson. 2006. Steelhead of the South-Central/Southern California Coast: Population Characterization for Recovery Planning. NOAA Technical Memorandum NMFS-SWFSC TM-394.

Boughton, D., H. Fish, J. Pope and G. Holt. 2009. Spatial patterning of habitat for *Oncorhynchus mykiss* in a system of intermittent and perennial stream. Ecology of Freshwater Fish 18:92-105.

Cram, J., Kendall, N., Marshall, A., Buehrens, T., Seamons, T., Leland, B., Ryding, K. and Neatherlin, E., 2018. Steelhead at risk report: assessment of Washington's steelhead populations. Washington Department of Fish and Wildlife, Olympia.

Dagit, R., M. T. Booth, M. Gomez, T. Hovey, S. Howard, S. D. Lewis, S. Jacobson, M. Larson, D. McCanne, and T. H. Robinson. 2020. Occurrences of steelhead trout in southern California (Oncorhynchus mykiss), 1994-2018. California Fish and Wildlife 106(1):39-58.

[DFG] Department of Fish and Game. ca 1934. Canada de la Gaviota (Gaviota Creek) Stream Survey. Report by H.C. Jackson

Ebersole, J.L., Liss, W.J. and Frissell, C.A., 2003. Cold water patches in warm streams: Physicochemical characteristics and the influence of shading 1. JAWRA Journal of the American Water Resources Association, 39(2), pp.355-368.

Fogel, C.B., Nicol, C.L., Jorgensen, J.C., Beechie, T.J., Timpane-Padgham, B., Kiffney, P., Seixas, G. and Winkowski, J., 2022. How riparian and floodplain restoration modify the effects of increasing temperature on adult salmon spawner abundance in the Chehalis River, WA. Plos one, 17(6), pp. 268-313.

Garza, J.C., Gilbert-Horvath, E.A., Spence, B.C., Williams, T.H., Fish, H., Gough, S.A., Anderson, J.H., Hamm, D. and Anderson, E.C., 2014. Population structure of steelhead in coastal California. Transactions of the American Fisheries Society, 143(1), pp.134-152.

Good, T. P., R. S. Waples, P. Adruns. 2005. Updated status of federally listed ESUs of West Coast salmon and steelhead. U. S. Department of Commerce, NOAA Technical Memorandum, NMFS-NWFSC-66.

Keefer, M.L., Clabough, T.S., Jepson, M.A., Naughton, G.P., Blubaugh, T.J., Joosten, D.C. and Caudill, C.C., 2015. Thermal exposure of adult Chinook salmon in the Willamette River basin. Journal of Thermal Biology, 48, pp.11-20.

Keefer, M.L., Clabough, T.S., Jepson, M.A., Johnson, E.L., Peery, C.A. and Caudill, C.C., 2018. Thermal exposure of adult Chinook salmon and steelhead: Diverse behavioral strategies in a large and warming river system. PLoS One, 13(9).

Kendall, N.W., McMillan, J.R., Sloat, M.R., Buehrens, T.W., Quinn, T.P., Pess, G.R., Kuzishchin, K.V., McClure, M.M. and Zabel, R.W., 2015. Anadromy and residency in steelhead and rainbow trout (Oncorhynchus mykiss): a review

of the processes and patterns. Canadian Journal of Fisheries and Aquatic Sciences, 72(3), pp.319-342.

Love & Associates and Stoecker Ecological. 2007. Gaviota Creek Fish Passage and Geomorphic Assessment. Prepared for California Department of Fish and Game and Pacific States Marine Fisheries Commission

Lund, J., Medellin-Azuara, J., Durand, J. and Stone, K., 2018. Lessons from California's 2012–2016 drought. Journal of Water Resources Planning and Management, 144(10).

Moore, M.E. and Berejikian, B.A., 2017. Population, habitat, and marine location effects on early marine survival and behavior of Puget Sound steelhead smolts. Ecosphere, 8(5), pp. 18-34.

National Marine Fisheries Service (NMFS). 1997. Endangered and threatened species: listing of several evolutionary significant units (ESUs) of West Coast steelhead. Federal Register Vol. 62, No. 159:43937-43953.

NMFS. 2006. 50 CFR Part 17, Endangered and Threatened Species; Final Listing Determinations for 10 Distinct Population Segments of West Coast Steelhead. Federal Register Vol. 71, No. 3:834-862. January 5, 2006.

NMFS. 2012. Southern California Steelhead Recovery Plan. Southwest Region, Protected Resources Division, Long Beach, CA. 563 pp.

NMFS. 2016. South-central/Southern California Coast Steelhead Recovery Planning Domain 5-Year Review : Summary and Evaluation of Southern California Coast Steelhead Distinct Population Segment. National Marine Fisheries Service. West Coast Region. California Coastal Office. Long Beach, California. https://repository.library.noaa.gov/view/noaa/17024

NMFS. 2023. 5-Year Review: Summary & Evaluation of Southern California Steelhead. West Coast Region, Long Beach, CA. 215 pp.

Nehlsen, W., Williams, J.E. and Lichatowich, J.A., 1991. Pacific salmon at the crossroads: stocks at risk from California, Oregon, Idaho, and Washington. Fisheries, 16(2), pp.4-21.

Raleigh, R.F., T. Hickman, R.C. Soloman, and P.C. Nelson. 1984. Habitat suitability information: rainbow trout. U.S. Department of the Interior, U.S. Fish and Wildlife Service. Washington, D.C. Report USFWS/OBS-82/10.60.

Stoecker, M. W., and Conception Coast Project. 2002. Steelhead Assessment and Recovery Opportunities in Southern Santa Barbara County, California. 427 pp.

Titus, R. G., D. C. Erman, and W. M. Snider. 2010. History and status of steelhead in California coastal drainages south of San Francisco Bay. In draft for publication as a Department of Fish and Game, Fish Bulletin. Draft Manuscript as of August 2010.

**Websites:**

California Fish Passage Assessment Database (CalFish PAD). 2020. Online: http://www.calfish.org/tabid/420/Default.aspx . Site accessed 2024.

California Invasive Plant Council (Cal-IPC). 2024. California Invasive Plant Inventory Database. Online: http://www.cal-ipc.org/paf/. Site accessed throughout 2024.

IPac (USFWS). 2024. IPac - Information, Planning, and Conservation System. Online: http://ecos.fws.gov/ipac/. Site maintained by USFWS. Site accessed in throughout 2024.

United States Department of Agriculture (USDA). 2016. Natural Resources Conservation Service (NRCS) Soil Survey Geographic Database (SSURGO). Online: http://www.nrcs.usda.gov/wps/portal/nrcs/detail/soils/survey/. Site maintained by USDA. Site accessed on May 10, 2024.

**From:** Ritchie, Connor@DOT
**To:** nmfs.wcrca.specieslist@noaa.gov
**Subject:** Caltrans 05-1R140 Gaviota Creek Scour Emergency Project
**Date:** Wednesday, January 24, 2024 5:02:00 PM

Hello,

I am requesting an official ESA species list for those species under NMFS purview in California in the following quads.

Agency Name and Address:
California Department of Transportation
50 Higuera St.
San Luis Obispo, CA 93401

Point of Contact:
Connor Ritchie
Environmental Scientist/Biologist
Caltrans, District 5
connor.ritchie@dot.ca.gov
(805) 458-4471

Quad Name **Sacate**

Quad Number **34120-D3**

## ESA Anadromous Fish

SONCC Coho ESU (T) -
CCC Coho ESU (E) -
CC Chinook Salmon ESU (T) -
CVSR Chinook Salmon ESU (T) -
SRWR Chinook Salmon ESU (E) -
NC Steelhead DPS (T) -
CCC Steelhead DPS (T) -
SCCC Steelhead DPS (T) -
SC Steelhead DPS (E) - **X**
CCV Steelhead DPS (T) -
Eulachon (T) -
sDPS Green Sturgeon (T) - **X**

## ESA Anadromous Fish Critical Habitat

SONCC Coho Critical Habitat -
CCC Coho Critical Habitat -
CC Chinook Salmon Critical Habitat -
CVSR Chinook Salmon Critical Habitat -

SRWR Chinook Salmon Critical Habitat -
NC Steelhead Critical Habitat -
CCC Steelhead Critical Habitat -
SCCC Steelhead Critical Habitat -
SC Steelhead Critical Habitat - X
CCV Steelhead Critical Habitat -
Eulachon Critical Habitat -
sDPS Green Sturgeon Critical Habitat -

## ESA Marine Invertebrates

Range Black Abalone (E) - X
Range White Abalone (E) - X

## ESA Marine Invertebrates Critical Habitat

Black Abalone Critical Habitat - X

## ESA Sea Turtles

East Pacific Green Sea Turtle (T) - X
Olive Ridley Sea Turtle (T/E) - X
Leatherback Sea Turtle (E) - X
North Pacific Loggerhead Sea Turtle (E) - X

## ESA Whales

Blue Whale (E) - X
Fin Whale (E) - X
Humpback Whale (E) - X
Southern Resident Killer Whale (E) - X
North Pacific Right Whale (E) - X
Sei Whale (E) - X
Sperm Whale (E) - X

## ESA Pinnipeds

Guadalupe Fur Seal (T) - X
Steller Sea Lion Critical Habitat -

## Essential Fish Habitat

Coho EFH -
Chinook Salmon EFH -
Groundfish EFH - X
Coastal Pelagics EFH - X
Highly Migratory Species EFH - X

**MMPA Species (See list at left)**

**ESA and MMPA Cetaceans/Pinnipeds**

**See list at left and consult the NMFS Long Beach office 562-980-4000**

MMPA Cetaceans - **X**

MMPA Pinnipeds - **X**

Quad Name **Gaviota**

Quad Number **34120-D2**

**ESA Anadromous Fish**

SONCC Coho ESU (T) -
CCC Coho ESU (E) -
CC Chinook Salmon ESU (T) -
CVSR Chinook Salmon ESU (T) -
SRWR Chinook Salmon ESU (E) -
NC Steelhead DPS (T) -
CCC Steelhead DPS (T) -
SCCC Steelhead DPS (T) -
SC Steelhead DPS (E) - **X**
CCV Steelhead DPS (T) -
Eulachon (T) -
sDPS Green Sturgeon (T) - **X**

**ESA Anadromous Fish Critical Habitat**

SONCC Coho Critical Habitat -
CCC Coho Critical Habitat -
CC Chinook Salmon Critical Habitat -
CVSR Chinook Salmon Critical Habitat -
SRWR Chinook Salmon Critical Habitat -
NC Steelhead Critical Habitat -
CCC Steelhead Critical Habitat -
SCCC Steelhead Critical Habitat -
SC Steelhead Critical Habitat - **X**
CCV Steelhead Critical Habitat -
Eulachon Critical Habitat -
sDPS Green Sturgeon Critical Habitat -

**ESA Marine Invertebrates**

Range Black Abalone (E) - **X**

Range White Abalone (E) - X

**ESA Marine Invertebrates Critical Habitat**

Black Abalone Critical Habitat -

**ESA Sea Turtles**

East Pacific Green Sea Turtle (T) - X

Olive Ridley Sea Turtle (T/E) - X

Leatherback Sea Turtle (E) - X

North Pacific Loggerhead Sea Turtle (E) - X

**ESA Whales**

Blue Whale (E) - X

Fin Whale (E) - X

Humpback Whale (E) - X

Southern Resident Killer Whale (E) - X

North Pacific Right Whale (E) - X

Sei Whale (E) - X

Sperm Whale (E) - X

**ESA Pinnipeds**

Guadalupe Fur Seal (T) - X

Steller Sea Lion Critical Habitat -

**Essential Fish Habitat**

Coho EFH -

Chinook Salmon EFH -

Groundfish EFH - X

Coastal Pelagics EFH - X

Highly Migratory Species EFH - X

**MMPA Species (See list at left)**

**ESA and MMPA Cetaceans/Pinnipeds**

**See list at left and consult the NMFS Long Beach office 562-980-4000**

MMPA Cetaceans - X

MMPA Pinnipeds - X

Quad Name **Tajiguas**

Quad Number **34120-D1**

## ESA Anadromous Fish

SONCC Coho ESU (T) -
CCC Coho ESU (E) -
CC Chinook Salmon ESU (T) -
CVSR Chinook Salmon ESU (T) -
SRWR Chinook Salmon ESU (E) -
NC Steelhead DPS (T) -
CCC Steelhead DPS (T) -
SCCC Steelhead DPS (T) -
SC Steelhead DPS (E) - X
CCV Steelhead DPS (T) -
Eulachon (T) -
sDPS Green Sturgeon (T) - X

## ESA Anadromous Fish Critical Habitat

SONCC Coho Critical Habitat -
CCC Coho Critical Habitat -
CC Chinook Salmon Critical Habitat -
CVSR Chinook Salmon Critical Habitat -
SRWR Chinook Salmon Critical Habitat -
NC Steelhead Critical Habitat -
CCC Steelhead Critical Habitat -
SCCC Steelhead Critical Habitat -
SC Steelhead Critical Habitat - X
CCV Steelhead Critical Habitat -
Eulachon Critical Habitat -
sDPS Green Sturgeon Critical Habitat -

## ESA Marine Invertebrates

Range Black Abalone (E) - X
Range White Abalone (E) - X

## ESA Marine Invertebrates Critical Habitat

Black Abalone Critical Habitat -

## ESA Sea Turtles

East Pacific Green Sea Turtle (T) - X
Olive Ridley Sea Turtle (T/E) - X
Leatherback Sea Turtle (E) - X
North Pacific Loggerhead Sea Turtle (E) - X

## ESA Whales

Blue Whale (E) - X

Fin Whale (E) - X

Humpback Whale (E) - X

Southern Resident Killer Whale (E) - X

North Pacific Right Whale (E) - X

Sei Whale (E) - X

Sperm Whale (E) - X

## ESA Pinnipeds

Guadalupe Fur Seal (T) - X

Steller Sea Lion Critical Habitat -

## Essential Fish Habitat

Coho EFH -

Chinook Salmon EFH -

Groundfish EFH - X

Coastal Pelagics EFH - X

Highly Migratory Species EFH - X

## MMPA Species (See list at left)

## ESA and MMPA Cetaceans/Pinnipeds

**See list at left and consult the NMFS Long Beach office 562-980-4000**

MMPA Cetaceans - X

MMPA Pinnipeds - X

**Connor Ritchie**
Environmental Scientist/Biologist
Caltrans, District 5
805-458-4471

# **Appendix I** List of Spices Observed

# Gaviota Creek Scour Emergency Project - List of Species Observed

| Scientific Name | Common Name | Family | Origin / Status |
|---|---|---|---|
| **PLANTS** | | | |
| *Ageratina adenophora* | Sticky snakeroot | Asteraceae | Exotic / Cal-IPC moderate |
| *Alnus rhombifolia* | white alder | Betulaceae | native |
| *Anagallis arvensis* | scarlet pimpernel | Primulaceae | exotic |
| *Artemisia californica* | California sagebrush | Asteraceae | native |
| *Artemisia douglasiana* | California mugwort | Asteraceae | native |
| *Arundo donax* | giant reed | Poaceae | exotic / Cal-IPC high |
| *Asphodelus fistulosus* | onionweed | Asphodelaceae | exotic / Cal-IPC moderate |
| *Avena barbata* | slender wild oat | Poaceae | exotic / Cal-IPC moderate |
| *Azolla filiculoides* | mosquito fern | Azollaceae | native |
| *Baccharis pilularis* | coyote brush | Asteraceae | native |
| *Baccharis salicifolia* | mulefat | Asteraceae | native |
| *Brassica nigra* | black mustard | Brassicaceae | exotic / Cal-IPC moderate |
| *Brickellia californica* | Brickell bush | Asteraceae | native |
| *Bromus carinatus* | California brome grass | Poaceae | native |
| *Bromus diandrus* | ripgut brome | Poaceae | exotic / Cal-IPC moderate |
| *Calystegia macrostegia ssp. cyclostegia* | coast morning glory | Convolvulaceae | native |
| *Carex nudata* | torrent sedge | Cyperaceae | native |
| *Carpobrotus edulis* | iceplant | Aizoaceae | exotic / Cal-IPC high |
| *Ceanothus sp.* | lilac | Rhamnaceae | native |
| *Clematis lasiantha* | chaparral clematis | Ranunculaceae | native |
| *Conium maculatum* | poison hemlock | Apiaceae | exotic / Cal-IPC moderate |
| *Crassula connata* | pigmy stone crop | Crassulaceae | native |
| *Cyperus eragrostis* | tall flatsedge | Cyperaceae | native |
| *Elymus condensatus* | giant wild rye | Poaceae | native |
| *Encelia californica* | coast sunflower | Asteraceae | native |
| *Epilobium ciliatum* | slender willow herb | Onagraceae | native |
| *Equisetum arvense* | common horsetail | Equisetaceae | native |
| *Erigeron canadensis* | Canadian horseweed | Asteraceae | native |
| *Eriogonum fasciculatum* | California buckwheat | Polygonaceae | native |
| *Erodium cicutarium* | redstem filaree | Geraniaceae | exotic / Cal-IPC limited |
| *Erythranthe cardinalis* | cardinal monkey flower | Phrymaceae | native |
| *Foeniculum vulgare* | fennel | Apiaceae | exotic / Cal IPC high |
| *Galium aparine* | common bedstraw | Rubiaceae | native |
| *Hazardia squarrosa* | sawtooth goldenbush | Asteraceae | native |
| *Helminthotheca echioides* | bristly oxtongue | Asteraceae | exotic / Cal-IPC limited |
| *Hesperoyucca whipplei* | chaparral yucca | Agavaceae | native |
| *Heteromeles arbutifolia* | toyon | Rosaceae | native |
| *Heterotheca grandiflora* | telegraph weed | Asteraceae | native |
| *Hoita macrostachya* | large leather root | Fabaceae | native |

| Scientific Name | Common Name | Family | Origin / Status |
|---|---|---|---|
| *Hordeum murinum* | foxtail barley | Poaceae | exotic / Cal-IPC moderate |
| *Juncus bufonius var. bufonius* | common toad rush | Juncaceae | native |
| *Juncus patens* | common rush | Juncaceae | native |
| *Juncus phaeocephalus* | brown headed rush | Juncaceae | native |
| *Juncus xiphioides* | irisleaf rush | Juncaceae | native |
| *Keckiella cordifolia* | Climbing penstemon | Plantaginaceae | native |
| *Lemna minuta* | least duckweed | Araceae | native |
| *Lotus corniculatus* | bird's foot trefoil | Fabaceae | exotic |
| *Lupinus microcarpus* | chick lupine | Fabaceae | native |
| *Malacothrix saxatilis var. saxatilis* | cliff aster | Asteraceae | native / CRPR 4.2 |
| *Marah fabacea* | California manroot | Cucurbitaceae | native |
| *Marrubium vulgare* | horehound | Lamiaceae | exotic / Cal-IPC limited |
| *Melica imperfecta* | California Melic | Poaceae | native |
| *Melilotus alba* | white sweetclover | Fabaceae | exotic |
| *Melilotus indicus* | yellow sweetclover | Fabaceae | exotic |
| *Mentha aquatica* | water mint | Lamiaceae | exotic |
| *Nasturtium officinale* | watercress | Brassicaceae | native |
| *Nicotiana glauca* | tree tobacco | Solanaceae | exotic / Cal-IPC moderate |
| *Pennisetum setaceum* | crimson fountaingrass | Poaceae | exotic / Cal-IPC moderate |
| *Plantago coronopus* | cutleaf plantain | Plantaginaceae | exotic |
| *Plantago lanceolata* | English plantain | Plantaginaceae | exotic / Cal-IPC limited |
| *Platanus racemosa* | western sycamore | Platanaceae | native |
| *Polypogon monspeliensis* | rabbitsfoot grass | Poaceae | exotic / Cal-IPC limited |
| *Polypogon viridis* | water beard grass | Poaceae | exotic |
| *Populus fremontii* | Fremont cottonwood | Salicaceae | native |
| *Populus trichocarpa* | black cottonwood | Salicaceae | native |
| *Quercus agrifolia* | coast live oak | Fagaceae | native |
| *Rhus integrifolia* | lemonade berry | Anacardiaceae | native |
| *Rubus ursinus* | California blackberry | Rosaceae | native |
| *Salix laevigata* | red willow | Salicaceae | native |
| *Salix lasiolepis* | arroyo willow | Salicaceae | native |
| *Salix exigua* | sandbar willow | Salicaceae | native |
| *Sambucus nigra ssp. caerulea* | blue elderberry | Adoxaceae | native |
| *Schoenoplectus californicus* | California bulrush | Cyperaceae | native |
| *Scrophularia californica* | California figwort | Scrophulariaceae | native |
| *Silybum marianum* | milk thistle | Asteraceae | exotic / Cal-IPC limited |
| *Solanum douglasii* | Douglas' nightshade | Solanaceae | native |
| *Sonchus oleraceus* | common sow thistle | Asteraceae | exotic |
| *Stipa pulchra* | purple needle grass | Poaceae | native |
| *Toxicodendron diversilobum* | poison oak | Anacardiaceae | native |
| *Typha latifolia* | common cattail | Typhaceae | native |
| *Umbellularia californica* | bay laurel | Lauraceae | native |

| Scientific Name | Common Name | Family | Origin / Status |
|---|---|---|---|
| *Urtica dioica* | stinging nettle | Urticaceae | native |
| *Verbena lasiostachys* var. *lasiostachys* | western vervain | Verbenaceae | native |
| **Animals** | | | |
| *Aeronautes saxatalis* | white-throated swift | | |
| *Aphelocoma californica* | scrub jay | | |
| *Callipepla californica* | California quail | | |
| *Catherpes mexicanus* | canyon wren | | |
| *Chamaea fasciata* | wrentit | | |
| *Corvus brachyrhynchos* | American crow | | |
| *Empidonax difficilis* | Pacific slope flycatcher | | |
| *Gambusia* | mosquitofish | | |
| *Gasterosteus aculeatus* | stickleback | | |
| *Haemorhous mexicanus* | house finch | | |
| *Mimus polyglottos* | northern mockingbird | | |
| *Passer domesticus* | house sparrow | | |
| *Procyon lotor* | raccoon | | |
| *Psaltriparus minimus* | bushtit | | |
| *Sceloporus occidentalis* | western fence lizard | | |
| *Sciurus griseus* | western gray squirrel | | |
| *Thryomanes bewickii* | Bewick's Wren | | |
| *Buteo jamaicensis* | red-tail hawk | | |

# Appendix J Photo Documentation



**Photo 1.** Gaviota Creek prior to construction at PM 47.2, looking downstream, January 2023.



**Photo 2.** Gaviota Creek prior to construction at PM 47.1, looking upstream, January 2023.



**Photo 3.**
Slope failure and damaged sacked concrete at PM 47.1, looking upstream. January 2023.



**Photo 4.**
Slope failure and damaged sacked concrete at PM 47.1, loooking downstream. January 2023.



**Photo 5.**
Project area at PM 47.1-47.2, beginning of vegetation removal, July 2023.



**Photo 6.**
Project area at PM 47.1-47.2, beginning of vegetation removal, July 2023.



**Photo 7.**
Temporary dewatering pipe above Gaviota Creek, looking upstream. July 2023.
.



**Photo 8.**
Temporary dewatering pipe above Gaviota Creek, looking downstream. July 2023.



**Photo 9.**
Project area at PM 47.15 following vegetation removal and in preparation for dewatering. September 2023.
.



**Photo 10.**
Drilling rig setting secant piles. October 2023.



**Photo 11.**
Creek bed filled with temporary fil, looking upstream at PM 47.I. October 2023.



**Photo 12.**
Outlet of diversion pipe in creek bed, temporary fill slope on east bank, looking upstream at PM 47.I. October 2023.



**Photo 13.**
Removal of temporary fill in Gaviota Creek. November 2023.



**Photo 14.**
Removal of temporary fill in Gaviota Creek, looking upstream from PM 47.1. November 2023.



**Photo 15.**
Initial rewatering of Gaviota Creek, looking upstream from PM 47.1. November 2023.



**Photo 16.**
Initial rewatering of Gaviota Creek, looking downstream from PM 47.2. November 2023.
.



**Photo 17.**
RSP at PM 47.73 (northbound), after it was rearranged. October 2023.




**Photo 18.**
RSP at PM 47.55 (southbound). October 2023.




**Photo 19.**
RSP at PM 47.7 (southbound). October 2023.



**Photo 20.**
Removal of embanked soil from Gaviota Creek, looking downstresam from PM 47.15. November 2023.



**Photo 21.**
Creek bed filled with temporary fil, looking upstream at PM 47.I. October 2023.



**Photo 22.**
Rewatered Gaviota Creek following winter 2024 storm season. March 2024.

# **Appendix K** SWCA Environmental Consultants Project Report

# Project Completion Report for the California Department of Transportation

# Gaviota Scour Emergency Repair Project, Santa Barbara County, California

**FEBRUARY 2024**

PREPARED FOR

**CalPortland, Inc. and**
**California Department of Transportation**
**District 5**

PREPARED BY

**SWCA Environmental Consultants**

# PROJECT COMPLETION REPORT
# GAVIOTA SCOUR EMERGENCY REPAIR PROJECT, SANTA BARBARA COUNTY, CALIFORNIA

Prepared for

**CalPortland, Inc.**
1625 E Donovan Road
Santa Maria, CA 93454

and

**California Department of Transportation**
**District 5**
50 Higuera Street
San Luis Obispo, CA 93401
Attn: Paul Andreano
(805) 721-2655

Prepared by

**SWCA Environmental Consultants**
3426 Empresa Drive, Suite 100
San Luis Obispo, CA 93401
(805) 543-7095
www.swca.com

SWCA Project No. 82555

February 2024

# CONTENTS

**1 Introduction .......... 1**

**2 Project Status .......... 2**

**3 Implementation of Protective Measures .......... 2**

3.1 Preconstruction Surveys and Species Relocations .......... 2

3.2 Daily Pre-activity Surveys and Biological Monitoring .......... 4

3.3 Creek Diversion Removal and Streambed and Bank Restoration Monitoring .......... 4

**4 General Permit Protection Measures .......... 5**

4.1 Best Management Practices .......... 5

4.2 Wildlife Observations .......... 6

**5 Compliance with Permit Conditions .......... 6**

# Attachments

Attachment A. Representative Photographs

# 1 INTRODUCTION

SWCA Environmental Consultants (SWCA) has prepared this Completion Report (report) for the Gaviota Scour Emergency Repair Project (project) in Santa Barbara County, California. The report includes information required by various involved regulatory agencies in support of emergency permits.

Preconstruction surveys and biological monitoring were conducted in accordance with the following:

- U.S. Army Corps of Engineers (USACE) Regional General Permit (RGP) No. 63–Repair and Protection Activities in Emergency Situations (dated June 13, 2023);
- U.S. Fish and Wildlife Service (USFWS) Consultation Species Protection Measures for RGP No. 63 (2023-0077969);
- National Oceanic and Atmospheric Administration's (NOAA) National Marine Fisheries Service (NMFS) Consultation Species Protection Measures for RGP No. 63;
- Regional Water Quality Control Board (RWQCB) Notice of Intent (NOI); and
- California Department of Fish and Wildlife (CDFW) 1600 Emergency Notification.

This project includes an approximate 550-foot long segment on State Route (SR) 101 between post-miles (PM) 47.1 and 47.3, 1.25 miles northwest of the unincorporated community of Gaviota in Santa Barbara County and is immediately adjacent to, and within, Gaviota Creek. Gaviota Creek is a perennial stream which terminates within the Pacific Ocean, approximately 1 mile to the west. The approximate project center is located at 34.488180°, -120.226600° (WGS84).

The California Department of Transportation (Caltrans) has completed an emergency project to address the effects of streambank erosion that threatened the stability of the existing highway. The project was needed because a series of heavy storms and atmospheric rivers in January 2023 caused widespread flooding and elevated creek levels throughout Santa Barbara County. Extreme flows in Gaviota Creek adjacent to SR 101, PM 47.1 through 47.3, scoured and damaged existing revetments resulting in over-steepened slopes compromising the stability of the highway. The project constructed a 550-foot secant pile wall from PM 47.1 to 47.3 to support and protect the southbound travel lane. In order to facilitate construction of the secant pile wall, a temporary creek diversion and dewatering plan was implemented. Temporarily impacted streambed was returned to pre-construction conditions (rocky pools). Restoration efforts to commence in 2024 with willow plantings adjacent to the active stream.

SWCA's environmental compliance tasks included pre-activity surveys for special-status aquatic and semi-aquatic species, species relocations during dewatering and construction activities, biological monitoring throughout the construction period, and reporting.

This report is intended to provide an overall project summary, results of pre-activity surveys, implementation of protective measures, compliance with permit conditions, and effectiveness of permit avoidance and minimization measures.

# 2 PROJECT STATUS

Caltrans contracted CalPortland, Inc. (CalPortland) to construct the emergency project. CalPortland initiated the project on June 23, 2023, with worksite preparation (e.g., k-rail removal, etc.), vegetation removal, and temporary access to the creek for dewatering and construction activities. Creek diversion and dewatering activities were initiated on July 11, 2023. After site preparation was completed, construction within the jurisdictional areas of Gaviota Creek began on July 14, 2023, by creating a widened work surface from the eastern bank of Gaviota Creek. Secant piles were constructed through the road surface, adjacent to the creek, to a depth below the creek bed. Secant pile construction involved the boring of each pile to the designed depth and then installing rebar and concrete as each drilled hole is complete. Because of the proximity to Gaviota Creek and the need to utilize heavy equipment along the banks of the channel for construction of the secant wall, the diversion of the entire segment of creek within the project site was necessary. Once the construction of the secant piles was complete, the diversion structure was removed, and the streambed was graded back to natural contours. Revegetation of the channel was scheduled to occur following this activity, which included willows plantings along the waters edge. Final restoration plans and implementation of these plans is beyond the scope of this annual report, but it is understood that they will be completed at an unknown date in 2024.

# 3 IMPLEMENTATION OF PROTECTIVE MEASURES

## 3.1 Preconstruction Surveys and Species Relocations

Prior to any disturbance to the project area, Caltrans environmental scientist Paul Andreano conducted a survey for special-status bird species, active nests, and nesting behavior. No special-status avian species, active nests, or nesting behavior were detected.

Following the survey by Caltrans, SWCA qualified biologists Jon Claxton and Brian Dugas were on site for dewatering and diversion activities to conduct species relocation efforts. Mr. Claxton and Mr. Dugas were assisted by SWCA wildlife biologists Patrick Scott, Monica Hemenez, and Rebecca Wang. Mr. Claxton, Mr. Dugas and Mr. Scott have all been previously authorized to relocate California red-legged frog and steelhead under various permits and authorizations on past Caltrans projects and have not been rejected at any time under these authorizations. Ms. Hemenez and Ms. Wang both have experience with these species but have not been previously approved by the agencies in the past and supplemented the efforts under the supervision and guidance of others.

Relocation of special-status species during dewatering of Gaviota Creek occurred on July 11th, 12th, and 13th, 2023 by the qualified biologists listed below. Prior to relocation efforts, SWCA biologists conducted numerous visual pre-construction surveys from an elevated vantage point to estimate the population of fish within the work area. In addition, SWCA biologists hand removed algae mats and debris (woody debris, litter, etc.) that was present within the existing work area using a metal rake as necessary. Removal of debris and algae was conducted to reduce the potential for species to take refuge under and become stranded during the dewatering/diversion process.

As a first step during the diversion/dewatering process, CalPortland staff installed a clean gravel bar at the furthest downstream location. The gravel bar prevented aquatic species from entering the work area, and the gravel bar was installed to minimize any turbidity that may be generated during the diversion/dewatering process.

Second, CalPortland and their subcontractor (Rain for Rent) installed an Aquadam at the upstream terminus of the work area. Immediately above the Aquadam, the contractors installed a pump intake

system with the appropriate screening material to divert the upstream flow. The upstream flow was pumped up to the roadway and conveyed through pipes to the downstream discharge location. Water was discharged into a small area of Rock Slope Protection (RSP) to prevent any erosion or water turbidity downstream.

Once the Aquadam system was installed correctly, water levels within the work zone began to drop as the area was no longer receiving any flow from upstream. Therefore, shallow portions of the creek began to dry up quickly as water pooled up in the deeper sections of the channel that consisted of bedrock and/or rock substrate. These deeper pools persisted with water without any noticeable drop in water elevation. Most fish were able to move during the change in water elevation from shallow sections to deeper sections. SWCA biologists captured and relocated any species that became stranded as quickly as possible. SWCA biologists also continued to remove any algae mats or other debris that became exposed while the water level decreased.

Once the water levels within the creek stabilized from the removal of upstream flow, several pools remained within the work zone. Pool sizes ranged from small pools around cobbles and boulders, to larger pool areas that were approximately three to four feet deep. SWCA biologists focused efforts on the most shallow pool areas to capture and relocate aquatic species. Many fish were found to take refuge under rocks, requiring hand removal since dip nets were ineffective to scoop and lift within the rocky substrate.

To dewater the pool areas, CalPortland installed submersible pumps at each pool location to draw down the water at those pools that were deep enough to do so. Water was drawn down from each pool in a sequential order from upstream to downstream using submersible pumps. In deeper pools with channel bottoms that were less rocky, SWCA biologists would utilize seining techniques along with hand nets to capture aquatic species and relocate them. This methodology was not effective in all pools due to the cobbles and boulders. Move fish were captured by D-shaped dipnets and by hand as water levels were reduced in each pool. Species were immediately placed in a bucket of fresh water with oxygenated bubbling units installed on the bucket to keep dissolved oxygen levels high. Semi-aquatic species such as frogs, snakes and turtles were placed in buckets with a small amount of water and immediately walked downstream to suitable habitat. All aquatic species were relocated downstream of the diversion and carefully spread out amongst numerous pools within a 300-foot section of the creek. See Table 1 below for the relocated species information, including special-status species such as California red-legged frog and two-striped garter snake. No invasive aquatic species were identified during the dewatering process, and none were dispatched.

Throughout the relocation efforts, there were only three mortalities of steelhead fry observed. The individuals were not successfully relocated as they became stranded as the water levels dropped and they took refuge in algae mats that covered them as the water dropped. The recommendation from NMFS (Letter regarding SPL-2023-00358-JAZ) is to include this information in an electronic report within 30 days following completion of the construction activities. The recommendations include coordination with NMFS to transport salvaged individuals; however, the fry was not salvaged at the time.

Qualified biologists Jon Claxton and Brian Dugas were on site during all dewatering activities and species relocation efforts. Mr. Claxton and Mr. Dugas were assisted throughout the project by wildlife biologists Patrick Scott, Monica Hemenez, Rebecca Wang, Rebecca Doubledee, Katie Saenger, and Devin Saldana.

Special-status species captured and relocated include the following:

- Coastal rainbow trout/southern California steelhead (Steelhead; *Oncorhynchus mykiss*; Federally Endangered)
- California red-legged frog (CRLF; *Rana draytonii*; Federally Threatened)
- Two-striped garter snake (*Thamnophis hammondii*; State Species of Special Concern)
- Southwestern pond turtle (*Actinemys pallida*; State Species of Special Concern)

**Table 1. Relocated Species Information Table.**

| Species | Size/Age Class | Number of Individuals Relocated | Date Relocated |
|---|---|---|---|
| Steelhead | Juvenile (<1–10 inches) | 2 | July 11 |
| Steelhead | Juvenile (<1–10 inches) | 13 | July 12 |
| Steelhead | Adults (>10 inches) | 1 | July 12 |
| California red-legged frog | Adult | 1 | July 12 |
| California red-legged frog | Tadpole | ~20 | July 12 |
| Southwestern pond turtle | Juvenile (<1–5 inches) | 1 | July 12 |
| Southwestern pond turtle | Adult (>5 inches) | 1 | July 12 |
| Steelhead | Juvenile (<1–10 inches) | 1 | July 13 |
| Two-striped garter snake | Adult | 1 | July 13 |
| California red-legged frog | Tadpole | 1 | July 15 |
| California red-legged frog | Tadpole | 3 | July 19 |

## 3.2 Daily Pre-activity Surveys and Biological Monitoring

SWCA biologists Mr. Claxton, Mr. Dugas, Ms. Wang, Mr. Scott, Ms. Hemenez, Katie Saenger, Santiago Martinez, Rebecca Doubledee, Mr. Ben Ruiz and Devin Saldana supported the project with pre-activity surveys and biological monitoring during all emergency construction activities from June 23 through December 31, 2023. At the request of Caltrans, SWCA provided full-time monitoring throughout this period. It should be noted that construction activities will continue beyond December 31, 2023 but are not associated with the activities being completed under the emergency permits.

## 3.3 Creek Diversion Removal and Streambed and Bank Restoration Monitoring

SWCA biologists were on-site to monitor the removal of the creek diversion and the restoration of the streambed back to its original state. Mr. Claxton was present during the removal process of the diversion structure with support from Ms. Wang, Mr. Suchy, and Ms. Doubledee. Removal of the diversion structure was initiated on November 19, 2023 which involved establishing the block net upstream, and re-establishing the pump structure needed to convey water from upstream of the diversion structure in order to divert the water into a pipe structure located on the roadway which discharged downstream. The

diversion pipe was removed by heavy equipment and eventual removal of the pumps and aquadam structure itself. Heavy equipment worked 24/7 to remove the structure and then recontour the streambed itself, which involved the excavation and hauling of material within the channel to an offsite location. SWCA provided monitoring on a 24/7 basis to monitor for sensitive species during this time. No mortalities occurred during this process. Once the diversion system was completely removed, the block nets were taken out of the creek to avoid entanglement with animals.

# 4 GENERAL PERMIT PROTECTION MEASURES

In addition to pre-activity special-status species surveys and monitoring discussed above, SWCA conducted the following activities in support of the project and in accordance with the ACOE RGP 63, RWQCB NOI, and emergency 1600 notification for CDFW:

- Conducted an environmental training session for contractor personnel on subjects relating to protection of special-status species and their habitat, which emphasized California red-legged frog and Steelhead.
- Monitored the project area and adjacent habitats throughout construction activities for the presence of special-status species and confirmed that avoidance and minimization measures are sufficient to avoid or minimize impacts to these species, or recommend additional measures as warranted.
- Ensured all trash be taken off site to minimize attraction of predators that may feed on special-status species.
- Ensured refueling and equipment maintenance be conducted away from waterbodies to avoid accidental contamination.
- Ensured all work performed within jurisdictional waters was completed in a manner that minimizes impacts to beneficial uses and habitat. Measures were employed to minimize land disturbances that will adversely impact the water quality of jurisdictional waters.
- Disturbance or removal of vegetation did not exceed the minimum necessary to complete project implementation.
- Ensured equipment was not operated in flowing water and equipment did not enter flowing water. Erosion control measures such as fiber rolls were maintained daily during project activities.

## 4.1 Best Management Practices

Throughout the duration of construction activities, a variety of BMPs were employed to preserve habitat conditions and protect overall water quality. Examples of BMPs included:

- Excavated trenches were inspected at the start and end of each workday to ensure no wildlife was entrapped within trench.
- A designated staging area was established for vehicle fueling and storage at least 100 feet away from the water body, in a location where fluids or accidental discharges cannot flow into the waterway.
- A spill plan and appropriate spill control and clean up materials (e.g., oil absorbent pads) was onsite in case spills occurred.
- All vehicles, equipment, materials, and any temporary BMPs no longer needed were removed from the site upon completion of the project.

- At no time were any stockpiles, waste piles, or debris associated with this project located within surface water, or where it could be washed back into the adjacent creek channel.

## 4.2 Wildlife Observations

During pre-activity surveys and biological monitoring, the SWCA biologist documented all wildlife species observed directly or indirectly through scat, sign, track, or call. A summary of species encountered during the diversion installation is included above. No other listed species were relocated since that time.

# 5 COMPLIANCE WITH PERMIT CONDITIONS

Project activities remained in compliance with permit conditions except for complying with the recommendation from NMFS (Letter regarding SPL-2023-00358-JAZ) to transport salvaged individuals as disclosed in Section 3.1. There is no valid reason as to why this did not occur other than the project biologists from SWCA did not recall this measure at the time of the occurrence. The request to transport salvaged fish is not in all NMFS emergency permits and has been an infrequent occurrence for the staff that were involved with this project. SWCA notified Caltrans staff of the mortalities. While SWCA initially stated there “could be as many as 10 individuals” there was only three. SWCA stated that because the work was not complete, and the project required several biologists and data had not been collated.

Throughout the remainder of the project, frequent communication occurred between SWCA biologists and the crew members from CalPortland and Malcom Drilling to implement specific corrective actions and/or modify contractor activities to remain in compliance.

# ATTACHMENT A

## Representative Photos




View southwest of CalPortland laying down fabric and rock for access road.




View north of CalPortland working on access road.




View west of CalPortland laying down fabric and rock for access road.




View north of CalPortland installing and connecting pieces of the pipe for the creek diversion.



View of relocated two-striped garter snake.




View of steelhead trout smolt that was relocated by SWCA biologists.




View southwest of Cal Portland spreading shale on access road.




View southwest of Cal Portland delivering more shale for access road.



View southwest of Cal Portland laying fabric and pouring shale to create access road.



View north of Cal Portland lowering and attaching pipe sections in preparation for passive water diversion.



View northeast of 36-inch pipe installed for passive diversion.



View of northwest of water filling up last pool from small leak of water under dam.




View northwest of water leaking in from under dam.




View west of dewatering pools that filled up.




View south of SWCA Biologist searching for wildlife to relocate.




View north of Cal Portland dewatering Gaviota Creek.




View northeast of CalPortland crew dewatering.




View south of CalPortland crew dewatering.



View southwest of California red-legged frog relocated by SWCA biologists during the dewatering of Gaviota Creek (34.486115, -120.228611)



View of CRLF tadpole relocated by SWCA biologists during the dewatering of Gaviota Creek.




View of steelhead trout during dewatering activities that was later relocated.



View of 11-inch steelhead trout being measured and later relocated.

| | |
|---|---|
|  |  |
| View of small southwestern pond turtle that was relocated during dewatering activities. | View of mid-sized southwestern pond turtle that was relocated during dewatering activities. |
|  |  |
| View of where CRLF frog that was relocated was spotted during dewatering activities. | View of king snake observed near water diversion outlet. |



View of relocated two-striped garter snake.



View of steelhead trout smolt that was relocated by SWCA biologists.




View north of excavation activities.




View north of CalPortland removing a section of the diversion pipe.




View northwest of removing gravel and rock from the creek channel.




View north of project site after six sections of diversion pipe were removed.



View north of crew finishing removal non-native fill.



View north of crew completing concrete molds and creek filling with water.



View west of creek filling with water.



View south of dry creek bed slowly filling with water.



View south of creek at the end of the day after it had been flowing again.



View west of pumps turned off, but left in the creek. The crew was unable to lift the larger pumps but covered the smaller ones.




View northeast of creek conditions.




View southwest of creek conditions.




**Photo 3:** View of the pump in the creek.




**Photo 4:** Removal of riprap and rubble for offsite disposal.




**Steelhead Assessment and Recovery Opportunities in Southern Santa Barbara County, California**
Stoecker et al. 2002
A Study by: CONCEPTION COAST PROJECT

*Table 1. List of concrete grade control weirs and their associated ID numbers, locations, and physical characteristics.*

| Report Photo No. | Barrier ID No. (Love & Stoecker 2007) | Barrier ID No. (Caltrans 2022 PM) | Lat Lon (Love & Stoecker 2007) | | Site Visit Estimated Vertical Jump Height ft | | Modeled Vertical Jump Height ft (Love & Stoecker 2007) | | | Residual Pool Depth ft (Love & Stoecker 2007) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | North | West | May 2024 [3] @ ±4 cfs | Oct 2020 [3] @ ±0.2 cfs | Vert Height @ 0 cfs | Vert Height @ 8 cfs | Vert Height @ 115 cfs | |
| 6 | GA_2 | 46.92 | 34.4855 | 120.2292 | 3 | n/a | 4.2 | 4.6 | 4.7 | 9.5 |
| 7 | GA_3 | 46.95 | 34.4858 | 120.2289 | 1.5 | n/a | 2.9 | 3.3 | 2.9 | 3.8 |
| 7,8 | GA_3.5 [1] | n/a | 34.4860 | 120.2286 | 0.75 | n/a | n/a | n/a | n/a | n/a |
| 9 | GA_4 [2] | 47.14 | 34.4876 | 120.2273 | 0.3 | ~~4.0~~ | ~~5.2~~ | ~~5.1~~ | ~~4.8~~ | ~~7.4~~ |
| 10 | GA_5 [2] | 47.16 | 34.4880 | 120.2268 | 0.0 | ~~2.5~~ | ~~3.5~~ | ~~3.4~~ | ~~3.0~~ | ~~1.2~~ |
| 11 | GA_6 | 47.19 | 34.4882 | 120.2267 | 2.5 | 2.5 | 2.3 | 2.3 | 2.0 | 1.6 |
| 12 | GA_7 | 47.45 | 34.4922 | 120.2264 | 2.5 | 4.0 | 4.1 | 3.9 | 3.2 | 2 |
| 13 | GA_8 | 47.71 | 34.4942 | 120.2296 | 2.0 | 3.5 | 3.9 | 4.3 | 3.6 | 1.4 |
| 14 | GA_9 | 47.72 | 34.4943 | 120.2299 | 1.0 | 1.5 | 0.3 | 0.0 | 0.0 | 3.8 |
| 15 | GA_10 | 47.74 | 34.4945 | 120.2302 | 1.0 | - | 1.5 | 2.1 | 2.1 | 2.5 |
| 15 | GA_11 | 47.76 | 34.4947 | 120.2303 | 1.2 | 2.0 | 1.3 | 0.8 | 0.5 | 4.2 |
| 16 | GA_12 | 47.77 | 34.4949 | 120.2306 | 0.5 | 2.0 | 2.1 | 2.1 | 2.2 | 3.9 |
| 17 | GA_13 | 47.81 | 34.4953 | 120.2308 | 2.0 | 3.5 | 5.0 | 4.7 | 3.7 | 3.7 |
| 18 | GA_14 [1] | 47.92 | 34.4969 | 120.2314 | 1.0 | n/a | n/a | n/a | n/a | n/a |

1 ID numbers added for this report (barriers not assessed by Love and Stoecker 2007)

2 weirs no longer a barrier to upstream migration

3 some weir heights estimated from photographs

s

# Steelhead Assessment and Recovery Opportunities in Southern Santa Barbara County, California



by
Matt W. Stoecker
and
Conception Coast Project

June 2002

# Table of Contents


Title Page i

Table of Contents iii

List of Figures vii

List of Maps viii

List of Tables ix

Acknowledgements x

Executive Summary xi

Chapter 1 Introduction and Background
- 1.0 Introduction 1
- 1.1 Steelhead Ecology and Life History 2
  - 1.1.1 Historic Distribution and Population Size 2
  - 1.1.2 Geographic Variability 3
  - 1.1.3 Genetic Uniqueness and Importance 4
- 1.2 Steelhead Life History 4
  - 1.2.1 Spawning 4
  - 1.2.2 Egg and Larval Development 4
  - 1.2.3 Juvenile Development 5
  - 1.2.4 Smoltification 6
  - 1.2.5 The Ocean Odyssey and Adulthood 6
  - 1.2.6 The Spawning Run 7
- 1.3 Environmental Factors Affecting Steelhead 8
  - 1.3.1 Barriers to Migration 8
  - 1.3.2 In-stream Sediments 9
  - 1.3.3 Water Temperature 10
  - 1.3.4 Stream Depth 10
  - 1.3.5 Dissolved Oxygen 11
  - 1.3.6 Water Movement 11
- 1.4 Study Area 11
- 1.5 Project Objectives 12
- 1.6 Project Team 12

Chapter 2 Watershed Evaluation and Focal Watersheds
- 2.0 Preliminary Watershed Evaluation and Identification of Focal Watersheds 13
- 2.1 Preliminary Watershed Evaluation 13
- 2.2 Identification of Focal Watersheds 13
  - 2.2.1 Focal Watershed Ranking Method 13
    - 2.2.1.1 Preliminary Salmonid Documentation Subtotal 14
    - 2.2.1.2 Watershed/Steelhead Recovery Potential Subtotal 14
    - 2.2.1.3 Relative Watershed Size 15
    - 2.2.1.4 Public Ownership 15

2.2.1.5 Stakeholder Interest/Steelhead Project 15
2.2.1.6 Estimated Steelhead Recovery Potential 15
2.3 Focal Watershed Results 16
2.4 Focal Watershed Discussion and Limitations 18

Chapter 3 GIS Database Development
3.0 Methods 19
3.0.1 Watershed Boundaries and Size 19
3.0.2 Streams Layer 19
3.0.3 Elevation 20
3.0.4 Precipitation 20
3.0.5 Wetlands 20
3.0.6 Ownership 20
3.0.7 Land Use 20
3.0.8 Roads 22
3.1 GIS Database Development Results 22

Chapter 4 Field Survey Access and Effort
4.0 Coordination with Public Agencies and Land Managers 53
4.1 Parcel Ownership 53
4.2 Obtaining Permission to Survey Private Property 53
4.3 Aerial Surveying 53
4.4 Field Surveying Effort and Date 53

Chapter 5 Salmonid Habitat Inventory and Assessment
5.0 Field Surveying of Salmonid Habitat Conditions 54
5.0.1 Abundance of Spawning Substrate 54
5.0.2 Substrate Embeddedness 54
5.0.3 Surface Flow 54
5.0.4 Pool Abundance 55
5.0.5 In-Stream Cover 55
5.0.6 Riparian Canopy Cover 55
5.1 GIS Habitat Analysis 55
5.1.1 Habitat Reaches 55
5.1.2 Stream Gradient 55
5.1.3 Riparian Canopy Cover 56
5.2 Habitat Scoring Method 57
5.2.1 Habitat Quantity Criteria 58
5.2.2 Habitat Quality Criteria 58
5.2.2.1 Abundance of Spawning Substrate 58
5.2.2.2 Substrate Embeddedness 58
5.2.2.3 Stream Gradient 58
5.2.2.4 Surface Flow 58
5.2.2.5 Pool Abundance 59
5.2.2.6 In-stream Cover 59
5.2.2.7 Riparian Canopy Cover 59
5.3 Habitat Quality Scoring Limitations and Discussion 59
5.4 Habitat Scoring Results 61

Chapter 6 Salmonid Status
6.0 Status 69

6.1 Salmonid Sampling Techniques 69
6.2 Data Collection and Interviews 69
6.3 Salmonid Documentation Results 69
6.4 Steelhead Photography Gallery 70
6.5 Salmonid Status Scoring Method 72
6.6 Salmonid Status Scoring Limitations 73

Chapter 7 Barrier Identification, Assessment, and Recommendations
7.0 Barrier Identification and Location 74
7.1 Barrier Ownership/Interest 74
7.2 Barrier Type 75
7.3 Barrier Severity 76
7.3.1 Barrier Severity Ranking 77
7.3.2 GIS Analysis of Barriers 77
7.4 Migration Barrier Priority Ranking 78
7.4.1 Migration Barrier Priority Ranking Discussion/Limitations 78
7.4.2 Migration Barrier Priority Ranking for Individual Watersheds 79
7.4.3 Customizing the Barrier Ranking Method 79
7.5 Recommended Actions for Barriers 80
7.6 Barrier Analysis, Priority Ranking Results, and Recommended Actions 80
7.7 Watershed Barrier Descriptions 80
7.7.1 Rincon Creek 85
7.7.2 Carpinteria Creek 107
7.7.3 Arroyo Paredon, San Ysidro, Montecito Creek 133
7.7.4 Mission Creek 159
7.7.5 Arroyo Burro Creek 197
7.7.6 Atascadero, Maria Ygnacio Creek 205
7.7.7 San Jose Creek 239
7.7.8 Tecolotito, Glen Annie Creek 259
7.7.9 Tecolote, Dos Pueblos, Gato Creek 265
7.7.10 El Capitan, Corral Creek 295
7.7.11 Refugio, Tajiguas Creek 313
7.7.12 Arroyo Quemado, Arroyo Hondo, Molino, San Onofre 335
7.7.13 Gaviota Creek 349
7.7.14 Agua Caliente, Alegria, Sacate, Santa Anita Creek 373
7.7.15 El Bulito, San Augustin, Cojo Creek 385
7.7.16 Jalama Creek 393
7.8 CALTRANS Highway 101 Culvert Recommended Action 401
7.9 Santa Barbara County Flood Control District Debris Dam Recommended Action 405

Chapter 8 Keystone Barrier Priority Ranking
8.0 Keystone Barrier Identification 408
8.1 Priority Ranking Methods for Keystone Barriers within the Study Area 408
8.1.1 Immediate Keystone Barrier Priority Ranking 408
8.1.2 Long-term Keystone Barrier Priority Ranking 409
8.1.3 Keystone Barrier Priority Ranking Results 411

Chapter 9 Habitat Summary and Recovery Ranking of Watersheds
9.0 Habitat Introduction 413
9.1 Watershed Habitat Summary 413
9.2 Steelhead Recovery Ranking of Watersheds 415

9.3 Steelhead Recovery Ranking of Watersheds Results 416

Chapter 10 References and Personal Communication
10.0 References 417
10.1 Personal Communication 422

**Executive Summary**

Steelhead are migratory rainbow trout (*Oncorhynchus mykiss*) that exhibit an anadromous life history; being born in freshwater streams and spending a portion of their lives in the ocean before returning to freshwater to spawn. During the early 1900's steelhead were abundant in the smaller coastal streams of southern Santa Barbara County. Over the past century, human modification of riverine habitat has devastated steelhead populations in southern California. The National Marine Fisheries Service (NMFS) listed the unique southern steelhead as a federally endangered species in 1997. The NMFS estimates the southern steelhead population to be less than 1% of its historic population size. The southern steelhead population has experienced the most dramatic decline throughout California and likely North America. The loss of freshwater habitat due to the construction of migration barriers such as road crossings, dams, and flood control structures presents the single greatest limiting factor for steelhead in southern Santa Barbara County streams.

The objectives of this study are to identify site-specific restoration actions for wild, southern steelhead in those watersheds from Jalama Creek to Rincon Creek and to prepare a report prioritizing site-specific restoration actions. The primary focus of the study is to identify, prioritize, and formulate recommended actions for migration barriers within the study area.

Due to the large number of unique watersheds within the study area, focal watersheds were identified following a preliminary watershed investigation. Field surveying of focal watersheds was conducted to collect information about salmonid habitat conditions, current salmonid population status, and the location and severity of migration barriers. An extensive data collection and interviewing effort was conducted to develop a comprehensive table of historical and contemporary salmonid sightings for study area watersheds. A Geographic Information System (GIS) database was developed specifically for this project to compile collected data, assess salmonid habitat conditions, analyze migration barrier impacts to steelhead, and prioritize watershed recovery opportunities. Multiple barrier ranking methods were developed specifically for this project to prioritize over 500 identified migration barriers for steelhead passage improvement benefits. These biologically based barrier ranking methods allow prioritization at a watershed and regional level and immediate and long-term scope.

Of 168 stream miles analyzed in this report, 125 stream miles are currently upstream of migration barriers that are impassable or severely impede upstream steelhead migration. The 43 stream miles that are currently available to steelhead generally occur in the lowest reaches of the watersheds where salmonid habitat conditions and stream flows are often inadequate for successful steelhead production. Impassable barriers have completely blocked access to several watersheds and eliminated the steelhead population. Removing or modifying barriers to allow steelhead access to spawning and rearing habitat that is currently blocked was determined to be the highest regional priority and essential first step for steelhead recovery in the study area.

Restoring steelhead access to upstream habitat requires a bottom to top approach. Keystone barriers that are the most downstream barrier blocking or significantly impeding upstream adult steelhead passage were identified in focal watersheds. Steelhead restoration priorities should focus on these keystone barriers prior to steelhead passage projects upstream in their respective watershed. Providing effective upstream steelhead passage at keystone barriers is an essential step to steelhead recovery within each watershed and the region.

The following keystone barriers were identified as the top seven immediate barrier priorities for implementing a project that provides upstream steelhead passage. These barriers are all known to directly impede upstream access to a currently (2000-2002) documented adult steelhead population. Upstream passage at these locations would directly benefit southern steelhead populations. These barriers are listed in descending order of their upstream habitat score (habitat quality multiplied by habitat quantity) that would be immediately available to steelhead with passage provided at that barrier.

1) Gaviota Creek- Northern-most Highway 101 Culvert (CALTRANS)
2) Arroyo Hondo- Highway 101 Culvert (CALTRANS)
3) San Jose Creek- Concrete Channel (S.B. County Flood Control District)
4) Carpinteria Creek- Private Road Crossing (Bliss)
5) Maria Ygnacio Creek- Old San Marcos Road Crossing (S.B. Co. Public Works)
6) Mission Creek- Flood Control Channels (2) (CALTRANS)
7) Las Canovas Creek (Gaviota Creek)- Highway 101 Culvert (CALTRANS)

The following six keystone barriers are also high regional priorities for implementing upstream steelhead passage projects. These barriers occur in watersheds that have existing or historic salmonid documentation and may currently impede upstream steelhead migration. These barriers are also listed in descending order of their available upstream habitat score.

1) El Capitan Creek- Highway 101 Culvert (CALTRANS)
2) Corral Creek- Highway 101 Culvert (CALTRANS)
3) Montecito Creek- Flood Control Channel (Casa Dorina)
4) San Ysidro Creek- Pipeline (Montecito Water) and Debris Basin Dam (S.B. Co.)
5) Dos Pueblos Creek- Flood Control Channel (Shulte)
6) Rincon Creek- Highway 101 Culvert (CALTRANS)

Site-specific recommended actions for steelhead passage at individual barriers is detailed in this report along with specific barrier analysis and photographs. The steelhead passage projects pursued for barriers should be the most effective, long-term, self-sustainable, alternative that consistently allows upstream passage without dependence on human maintenance, while helping to restore other important aquatic functions. While many other factors will help improve riverine habitat conditions and long-term steelhead sustainability, steelhead recovery cannot occur without providing access to habitat currently blocked by migration barriers. Implementing recommended actions outlined in this report would help to lay the foundation for southern steelhead recovery in southern Santa Barbara County.

Steelhead recovery is dependant on cooperating with all interested parties, promoting the positives, understanding the perspective of others, and being respectful of the role each of us play in the challenging job of welcoming the elusive steelhead home.

**Focal Watershed Identification Table**
Initial methodology used to identify watersheds for detailed study

| WATERSHED NAME | STREAM CODE | Historical Documentation of Salmonid(s) < 16" | Historical Documentation of Salmonid(s) ≥ 16" | Contemporary Documentation of Salmonid(s) < 16" | Contemporary Documentation of Salmonid(s) ≥ 16" | Salmonid Documentation Subtotal (A) | Relative Watershed Size (Maximum = 1.0) | Public Ownership (% 0-1.0) | Stakeholder Interest / Steelhead Project (1) | Estimated Steelhead Recovery Potential (0 - 2) | Watershed / Salmonid Recovery Potential Subtotal (B) | Focal Watershed Score (A+B) | Focal Watershed Category (1=Primary, 2=Secondary, 0=Non-Focal) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rincon | RN | 1 | 0 | 1 | 0 | 2 | 0.60 | 0.59 | 1 | 1.5 | 3.69 | 5.7 | 1 |
| Carpinteria | CA | 1 | 0 | 1 | 2 | 4 | 0.62 | 0.58 | 1 | 2.0 | 4.20 | 8.2 | 1 |
| Franklin | FN | 0 | 0 | 0 | 0 | 0 | 0.18 | 0.03 | 0 | 0.0 | 0.21 | 0.2 | 0 |
| Santa Monica | SM | 0 | 0 | 0 | 0 | 0 | 0.15 | 0.05 | 0 | 1.0 | 1.20 | 1.2 | 0 |
| Arroyo Paredon | AP | 0 | 0 | 1 | 0 | 1 | 0.19 | 0.17 | 1 | 1.0 | 2.36 | 3.4 | 2 |
| Toro | TR | 0 | 0 | 0 | 0 | 0 | 0.15 | 0.18 | 0 | 0.0 | 0.33 | 0.3 | 0 |
| Romero | RO | 0 | 0 | 0 | 0 | 0 | 0.24 | 0.37 | 0 | 1.0 | 1.61 | 1.6 | 0 |
| San Ysidro | SY | 0 | 0 | 1 | 0 | 1 | 0.16 | 0.49 | 0 | 1.0 | 1.65 | 2.7 | 2 |
| Montecito | MO | 1 | 0 | 1 | 0 | 2 | 0.28 | 0.48 | 1 | 1.5 | 3.26 | 5.3 | 1 |
| Sycamore | SC | 0 | 0 | 0 | 0 | 0 | 0.16 | 0.13 | 0 | 0.5 | 0.79 | 0.8 | 0 |
| Mission | MN | 1 | 1 | 1 | 2 | 5 | 0.47 | 0.35 | 1 | 1.5 | 3.32 | 8.3 | 1 |
| Arroyo Burro | AB | 0 | 0 | 0 | 0 | 0 | 0.40 | 0.16 | 1 | 1.0 | 2.56 | 2.6 | 2 |
| Atascadero* | AO | 1 | 1 | 1 | 2 | 5 | 0.81 | 0.27 | 1 | 1.5 | 3.58 | 8.6 | 1 |
| San Jose* | SJ | 1 | 1 | 1 | 2 | 5 | 0.64 | 0.24 | 1 | 1.5 | 3.38 | 8.4 | 1 |
| Tecolotito* | TO | 1 | 0 | 0 | 0 | 1 | 0.49 | 0.29 | 0 | 1.0 | 1.78 | 2.8 | 2 |
| Devereaux | DX | 0 | 0 | 0 | 0 | 0 | 0.15 | 0.07 | 0 | 0.0 | 0.22 | 0.2 | 0 |
| Bell | BL | 0 | 0 | 0 | 0 | 0 | 0.25 | 0.33 | 0 | 0.5 | 1.08 | 1.1 | 0 |
| Tecolote | TE | 1 | 1 | 0 | 0 | 2 | 0.23 | 0.57 | 0 | 1.0 | 1.80 | 3.8 | 2 |
| Eagle | EE | 0 | 0 | 0 | 0 | 0 | 0.19 | 0.31 | 0 | 0.0 | 0.50 | 0.5 | 0 |
| Dos Pueblos | DP | 1 | 0 | 1 | 0 | 2 | 0.34 | 0.54 | 0 | 1.0 | 1.88 | 3.9 | 2 |
| Las Varas | LV | 0 | 0 | 0 | 0 | 0 | 0.12 | 0.05 | 0 | 0.0 | 0.17 | 0.2 | 0 |
| Gato | GO | 1 | 0 | 0 | 0 | 1 | 0.14 | 0.62 | 0 | 1.0 | 1.76 | 2.3 | 2 |
| Las Llagas | LL | 0 | 0 | 0 | 0 | 0 | 0.11 | 0.10 | 0 | 0.0 | 0.12 | 0.1 | 0 |
| El Capitan | EC | 0 | 0 | 0 | 0 | 0 | 0.25 | 0.63 | 1 | 1.0 | 2.88 | 2.9 | 2 |
| Corral | CL | 1 | 0 | 0 | 0 | 1 | 0.26 | 0.52 | 0 | 1.0 | 1.78 | 2.8 | 2 |
| Refugio | RE | 1 | 1 | 1 | 0 | 3 | 0.34 | 0.27 | 1 | 1.5 | 3.11 | 6.1 | 1 |
| Tajiguas | TS | 1 | 0 | 0 | 0 | 1 | 0.25 | 0.01 | 0 | 1.0 | 1.26 | 2.3 | 2 |
| Arroyo Quemado | AQ | 1 | 0 | 0 | 0 | 1 | 0.12 | 0.82 | 0 | 1.0 | 1.94 | 2.9 | 2 |
| Arroyo Hondo | AH | 1 | 1 | 1 | 0 | 3 | 0.18 | 0.69 | 1 | 2.0 | 3.87 | 6.9 | 1 |
| Molino | ML | 0 | 0 | 0 | 0 | 0 | 0.06 | 0.48 | 0 | 0.5 | 1.04 | 1.0 | 0 |
| San Onofre | SO | 1 | 0 | 1 | 0 | 2 | 0.08 | 0.43 | 0 | 1.0 | 1.51 | 3.5 | 2 |
| Gaviota | GA | 1 | 1 | 1 | 0 | 3 | 0.82 | 0.27 | 1 | 2.0 | 4.09 | 7.1 | 1 |
| Agua Caliente | AC | 0 | 0 | 0 | 0 | 0 | 0.10 | 0.18 | 0 | 0.5 | 0.78 | 0.8 | 0 |
| Alegria | AA | 0 | 0 | 0 | 0 | 0 | 0.14 | 0.00 | 1 | 1.0 | 2.14 | 2.1 | 2 |
| Cuarta | CU | 0 | 0 | 0 | 0 | 0 | 0.06 | 0.00 | 0 | 0.5 | 0.56 | 0.6 | 0 |
| Sacate | SE | 1 | 0 | 0 | 0 | 1 | 0.06 | 0.00 | 1 | 0.5 | 1.56 | 2.6 | 2 |
| Santa Anita | SA | 1 | 0 | 1 | 0 | 2 | 0.13 | 0.00 | 1 | 1.5 | 2.63 | 4.6 | 2 |
| Arroyo El Bulito | AE | 0 | 0 | 0 | 0 | 0 | 0.10 | 0.00 | 1 | 1.0 | 2.10 | 2.1 | 2 |
| Arroyo San Augustin | AS | 0 | 0 | 0 | 0 | 0 | 0.07 | 0.00 | 1 | 1.0 | 2.07 | 2.1 | 2 |
| Barranca Honda | BH | 0 | 0 | 0 | 0 | 0 | 0.10 | 0.00 | 0 | 0.5 | 0.60 | 0.6 | 0 |
| Cojo | CO | 1 | 0 | 0 | 0 | 1 | 0.13 | 0.00 | 1 | 1.5 | 2.63 | 3.6 | 2 |
| Wood | WD | 0 | 0 | 0 | 0 | 0 | 0.16 | 0.00 | 0 | 0.0 | 0.16 | 0.2 | 0 |
| Black | BK | 0 | 0 | 0 | 0 | 0 | 0.06 | 0.00 | 0 | 0.0 | 0.06 | 0.1 | 0 |
| Jalama | JA | 1 | 1 | 1 | 2 | 5 | 1.00 | 0.03 | 0 | 2.0 | 3.03 | 8.0 | 1 |

*Sub-watersheds of the Goleta Slough Watershed

| WATERSHED CATEGORY | TOTAL |
|---|---|
| Focal-Primary (5.0-10.0) | 10 |
| Focal-Secondary (2.0-4.99) | 18 |
| Non-Focal (0-1.99) | 16 |

*Table 2.3*

**Topographic Characteristics for Focal Watersheds**

| Watershed Name | Size (acres) | Watershed rank Size | Max elevation (feet) | Watershed rank Max elevation | Mean elevation (feet) | Watershed rank Mean elevation | Stream length (miles) | Watershed rank Stream length | Intermittent Length | %Streams intermittent | Perennial Length | %Streams perennial | Min precipitation (inches) | Max precipitation (inches) | Watershed rank Max precipitation | Mean precipitation (inches) | Watershed rank Mean precipitation | Number wetland types per watershed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rincon Creek | 9362 | 6 | 4782 | 1 | 1518 | 6 | 33.62 | 6 | 27.78 | 83% | 5.84 | 17% | 15 | 29 | 1 | 22 | 2 | 6 |
| Carpinteria Creek | 9770.6 | 5 | 4638 | 2 | 1657 | 4 | 35.07 | 5 | 20.01 | 57% | 15.06 | 43% | 15 | 29 | 1 | 23 | 1 | 6 |
| Arroyo Paredon | 3004.6 | 17 | 3870 | 8 | 1299 | 13 | 10.76 | 17 | 6.94 | 65% | 3.82 | 35% | 17 | 27 | 2 | 22 | 2 | 0 |
| San Ysidro Creek | 2606.9 | 19 | 3565 | 12 | 1695 | 1 | 9.40 | 19 | 6.68 | 71% | 2.72 | 29% | 15 | 23 | 4 | 21 | 3 | 1 |
| Montecito Creek | 4241.7 | 12 | 3759 | 9 | 1616 | 5 | 13.53 | 16 | 9.29 | 69% | 4.24 | 31% | 15 | 25 | 3 | 21 | 3 | 2 |
| Mission Creek | 6942.4 | 8 | 3959 | 6 | 1319 | 12 | 20.69 | 11 | 16.10 | 78% | 4.58 | 22% | 15 | 27 | 2 | 20 | 4 | 5 |
| Arroyo Burro | 6542.2 | 9 | 3956 | 7 | 916 | 21 | 25.17 | 9 | 23.01 | 91% | 2.16 | 9% | 17 | 27 | 2 | 20 | 4 | 3 |
| Atascadero Creek* | 12833.1 | 3 | 3729 | 10 | 971 | 16 | 49.12 | 2 | 48.80 | 99% | 0.32 | 1% | 17 | 27 | 2 | 20 | 4 | 11 |
| San Jose Creek* | 10064 | 4 | 3044 | 16 | 943 | 17 | 42.39 | 4 | 41.43 | 98% | 0.00 | 0% | 17 | 25 | 3 | 20 | 4 | 7 |
| Tecolotito Creek* | 7685.8 | 7 | 3054 | 15 | 576 | 27 | 29.66 | 7 | 26.16 | 88% | 3.49 | 12% | 17 | 25 | 3 | 19 | 5 | 15 |
| Tecolote Creek | 3620.8 | 16 | 3159 | 14 | 1361 | 9 | 15.96 | 15 | 6.24 | 39% | 9.72 | 61% | 17 | 23 | 4 | 20 | 4 | 3 |
| Dos Pueblos Creek | 5387 | 10 | 3989 | 5 | 1435 | 7 | 26.82 | 8 | 16.55 | 62% | 10.17 | 38% | 17 | 23 | 4 | 20 | 4 | 8 |
| Gato Creek | 2249.2 | 21 | 4254 | 4 | 1692 | 2 | 9.90 | 18 | 7.62 | 77% | 2.29 | 23% | 17 | 23 | 4 | 20 | 4 | 1 |
| El Capitan Creek | 3965.7 | 15 | 4257 | 3 | 1669 | 3 | 18.12 | 12 | 12.84 | 71% | 5.28 | 29% | 15 | 25 | 3 | 20 | 4 | 2 |
| Corral Creek | 4198.9 | 13 | 3703 | 11 | 1324 | 11 | 17.27 | 13 | 9.91 | 57% | 7.35 | 43% | 17 | 25 | 3 | 20 | 4 | 1 |
| Refugio Creek | 5200.7 | 11 | 3228 | 13 | 1103 | 14 | 20.88 | 10 | 12.87 | 62% | 8.01 | 38% | 15 | 25 | 3 | 19 | 5 | 6 |
| Tajiguas Creek | 3982.9 | 14 | 2595 | 20 | 922 | 20 | 17.02 | 14 | 11.87 | 70% | 5.15 | 30% | 15 | 21 | 5 | 18 | 6 | 4 |
| Arroyo Quemado | 1922.1 | 24 | 2529 | 21 | 980 | 15 | 7.22 | 22 | 4.58 | 63% | 2.64 | 37% | 17 | 19 | 6 | 18 | 6 | 2 |
| Arroyo Hondo | 2797.8 | 18 | 2788 | 18 | 1418 | 8 | 9.16 | 21 | 4.24 | 46% | 4.92 | 54% | 17 | 21 | 5 | 19 | 5 | 1 |
| San Onofre Creek | 1327.1 | 26 | 2598 | 19 | 1347 | 10 | 3.92 | 28 | 1.40 | 36% | 2.52 | 64% | 17 | 21 | 5 | 20 | 4 | 1 |
| Gaviota Creek | 12877.7 | 2 | 2801 | 17 | 938 | 18 | 44.40 | 3 | 22.55 | 51% | 21.85 | 49% | 17 | 21 | 5 | 18 | 6 | 11 |
| Alegria Creek | 2285 | 20 | 1492 | 26 | 640 | 24 | 9.36 | 20 | 7.80 | 83% | 1.56 | 17% | 15 | 17 | 7 | 17 | 7 | 5 |
| Sacate Creek | 892.3 | 28 | 1368 | 28 | 619 | 25 | 4.07 | 27 | 1.54 | 38% | 2.53 | 62% | 15 | 19 | 6 | 17 | 7 | 0 |
| Santa Anita Creek | 2046.8 | 22 | 1456 | 27 | 744 | 23 | 6.17 | 24 | 2.61 | 42% | 3.56 | 58% | 15 | 19 | 6 | 18 | 6 | 1 |
| Arroyo El Bulito | 1579.9 | 25 | 1712 | 23 | 768 | 22 | 5.22 | 26 | 2.03 | 39% | 3.19 | 61% | 15 | 19 | 6 | 18 | 6 | 2 |
| Arroyo San Augustin | 1141.6 | 27 | 1689 | 24 | 560 | 28 | 5.78 | 25 | 5.78 | 100% | 0.00 | 0% | 15 | 19 | 6 | 17 | 7 | 2 |
| Cojo Creek | 2034.3 | 23 | 1624 | 25 | 594 | 26 | 6.44 | 23 | 3.26 | 51% | 3.18 | 49% | 15 | 19 | 6 | 16 | 8 | 4 |
| Jalama Creek | 15779.5 | 1 | 2096 | 22 | 934 | 19 | 53.56 | 1 | 38.82 | 72% | 14.74 | 28% | 15 | 21 | 5 | 19 | 5 | 6 |

* Sub-watersheds of the Goleta Slough Watershed

**Public Ownership Characteristics for Focal Watersheds**

| Watershed Name | City owned acres (SBCO only) | County owned acres (SBCO only) | LPNF owned acres (SBCO & VCO counties) | LTSBC owned acres | State owned acres (SBCO only) | UC Regents owned acres (SBCO only) | Other federally owned acres (SBCO only) | VAFB owned acres | Public ownership (acres) | Watershed rank Public Ownership (acres) |
|---|---|---|---|---|---|---|---|---|---|---|
| Rincon Creek* | | 3.0 | 5502.2 | | | | 1.2 | | **5506.4** | **2** |
| Carpinteria Creek | 9.6 | 10.4 | 5607.2 | | 33.4 | | 9.6 | | **5670.2** | **1** |
| Arroyo Paredon | | 92.6 | 407.4 | | | | 0.0 | | **500.0** | **21** |
| San Ysidro Creek | | 4.4 | 1252.7 | | 0.2 | | | | **1257.3** | **17** |
| Montecito Creek | 1396.0 | 15.6 | 670.3 | | | | | | **2081.9** | **12** |
| Mission Creek | 1397.2 | 40.8 | 1129.8 | | 2.9 | 133.6 | 6.8 | | **2711.1** | **6** |
| Arroyo Burro | 327.7 | 98.6 | 542.5 | | 34.6 | | 100.4 | | **1103.6** | **18** |
| Atascadero Creek** | 3.6 | 555.5 | 2983.2 | | 18.3 | | 5.5 | | **3566.2** | **3** |
| San Jose Creek** | 67.2 | 157.1 | 2214.9 | | 3.2 | | 2.5 | | **2444.8** | **10** |
| Tecolotito Creek** | 854.4 | 128.2 | 1215.3 | | 36.6 | 321.1 | 19.5 | | **2575.0** | **8** |
| Tecolote Creek | | | 2066.0 | | | | | | **2066.0** | **13** |
| Dos Pueblos Creek | | | 2968.2 | | | | | | **2968.2** | **5** |
| Gato Creek | | | 1386.6 | | | | | | **1386.6** | **15** |
| El Capitan Creek | | | 2461.0 | | 37.8 | | | | **2498.9** | **9** |
| Corral Creek | | | 2211.3 | | 15.8 | | | | **2227.1** | **11** |
| Refugio Creek | | | 1327.6 | | 16.6 | | | | **1344.2** | **16** |
| Tajiguas Creek | | 23.0 | | | 0.1 | | | | **23.1** | **22** |
| Arroyo Quemado | | 1104.3 | 470.4 | 7.5 | | | | | **1582.3** | **14** |
| Arroyo Hondo | | 0.8 | 1923.0 | 736.8 | | | | | **2660.6** | **7** |
| San Onofre Creek | | | 570.7 | | 6.0 | | | | **576.7** | **19** |
| Gaviota Creek | | | 1554.3 | | 1888.5 | | | | **3442.8** | **4** |
| Alegria Creek | | | | | | | | | | |
| Sacate Creek | | | | | | | | | | |
| Santa Anita Creek | | | | | | | | | | |
| Arroyo El Bulito | | | | | | | | | | |
| Arroyo San Augustin | | | | | | | | | | |
| Cojo Creek | | | | | | | | | | |
| Jalama Creek | | 5.3 | | | | | 0.6 | 523.3 | **529.2** | **20** |

| Watershed Name | %wshed city owned (SBCO only) | %wshed county owned (SBCO only) | %wshed LPNF owned (SBCO & VCO counties) | %wshed LTSBC owned | %wshed state owned (SBCO only) | %wshed UC Regent owned (SBCO only) | %wshed other federally owned (SBCO only) | %wshed VAFB owned | % Watershed public ownership | Watershed rank % Watershed public ownership |
|---|---|---|---|---|---|---|---|---|---|---|
| Rincon Creek* | | 0.0% | 58.8% | | | | 0.0% | | **58.8%** | **5** |
| Carpinteria Creek | 0.1% | 0.1% | 57.4% | | 0.3% | | 0.1% | | **58.0%** | **6** |
| Arroyo Paredon | | 3.1% | 13.6% | | | | 0.0% | | **16.6%** | **20** |
| San Ysidro Creek | | 0.2% | 48.1% | | 0.0% | | | | **48.2%** | **11** |
| Montecito Creek | 32.9% | 0.4% | 15.8% | | | | | | **49.1%** | **10** |
| Mission Creek | 20.1% | 0.6% | 16.3% | | 0.0% | 1.9% | 0.1% | | **39.1%** | **13** |
| Arroyo Burro | 5.0% | 1.5% | 8.3% | | 0.5% | | 1.5% | | **16.9%** | **19** |
| Atascadero Creek** | 0.0% | 4.3% | 23.2% | | 0.1% | | 0.0% | | **27.8%** | **15** |
| San Jose Creek** | 0.7% | 1.6% | 22.0% | | 0.0% | | 0.0% | | **24.3%** | **18** |
| Tecolotito Creek** | 11.1% | 1.7% | 15.8% | | 0.5% | 4.2% | 0.3% | | **33.5%** | **14** |
| Tecolote Creek | | | 57.1% | | | | | | **57.1%** | **7** |
| Dos Pueblos Creek | | | 55.1% | | | | | | **55.1%** | **8** |
| Gato Creek | | | 61.6% | | | | | | **61.6%** | **4** |
| El Capitan Creek | | | 62.1% | | 1.0% | | | | **63.0%** | **3** |
| Corral Creek | | | 52.7% | | 0.4% | | | | **53.0%** | **9** |
| Refugio Creek | | | 25.5% | | 0.3% | | | | **25.8%** | **17** |
| Tajiguas Creek | | 0.6% | | | 0.0% | | | | **0.6%** | **22** |
| Arroyo Quemado | | 57.5% | 24.5% | 0.4% | | | | | **82.3%** | **2** |
| Arroyo Hondo | | 0.0% | 68.7% | 26.3% | | | | | **95.1%** | **1** |
| San Onofre Creek | | | 43.0% | | 0.5% | | | | **43.5%** | **12** |
| Gaviota Creek | | | 12.1% | | 14.7% | | | | **26.7%** | **16** |
| Alegria Creek | | | | | | | | | | |
| Sacate Creek | | | | | | | | | | |
| Santa Anita Creek | | | | | | | | | | |
| Arroyo El Bulito | | | | | | | | | | |
| Arroyo San Augustin | | | | | | | | | | |
| Cojo Creek | | | | | | | | | | |
| Jalama Creek | | 0.0% | | | | | 0.0% | 3.3% | **3.4%** | **21** |

* Parcel data was used for land in Santa Barbara Co but was not available for Ventura Co. Ownership data from Los Padres NF was used to estimate LPNF ownership in Ventura C

** Sub-watersheds of the Goleta Slough Watershed

# Chapter 7: BARRIER IDENTIFICATION, ASSESSMENT, AND RECOMMENDATIONS

## 7.0 Barrier Identification and Location

One principle objective of this project was to identify structures that impede or prevent upstream steelhead migration in order to prioritize fish passage improvement projects. The term "barrier" in this report shall refer to any structure in the stream channel that impedes with varying degrees of difficulty, or completely blocks upstream adult steelhead migration. Field surveys were conducted in an upstream manner and all barriers where given a unique Barrier ID. This unique Barrier ID described, in code, the stream location of the barrier and order in which it is encountered moving upstream on the mainstem from the ocean or tributary confluence if located on a tributary to the mainstem. For example, BR_CA_GR_6 identifies a barrier (BR) in the Carpinteria Creek (CA) watershed that occurs on the Gobernador Creek (GR) tributary and is the 6th barrier on Gobernador Creek, upstream from the Carpinteria Creek confluence. BR_CA_1 is the first barrier identified on Carpinteria Creek upstream from the ocean. Watershed stream codes for the focal watersheds are provided on the focal watershed identification table in section 2.0.

A total of 513 natural and anthropogenic migration barriers were mapped for this project. The locations for about 200 of these barriers were recorded in the field using a Global Positioning System (GPS). In these cases, the GPS points were downloaded and processed in the GIS to indicate the locations of barriers. At several barrier locations, a GPS signal could not be acquired due to signal interference with dense riparian canopy cover, confined canyon walls, or overcast conditions. Where private land was not accessible, barriers were identified through document research, interviews, aerial photographs, and aerial surveying techniques. Upstream natural limits were also estimated on restricted stream reaches, where a 10% sustained stream slope was determined using CDFG barrier estimation methods and based on stream slope identification on USGS topographical maps. For barriers that were not mapped with the GPS, descriptions of their positions were made by field technicians, and translated into positions in the GIS. These descriptions generally utilized features in the USGS DRGs that intersected the stream, such as road crossings or topographic contours. In other cases, barrier locations were described in relation to barriers that had GPS locations. For example: "Barrier B is located 500 feet upstream of barrier A". Fifty of the 513 barriers were represented in the GIS as linear features, while the remaining barriers were represented as points. The linear barrier features were comprised of portions of the stream layer. Once all 513 barriers were digitized in the GIS, their positions were validated on screen or on plotted maps by the field technicians. This was necessary because in some cases, the GPS coordinates for a barrier did not accurately display the position of a barrier on the stream reach. Actual GPS coordinates can be obtained from the Conception Coast Project.

## 7.1 Barrier Ownership/Interest

In many cases, multiple owners and interests are associated with identified barriers and adjacent land or easements and maintenance agreements exist with different entities. Determining the exact "owner" of some structures is difficult. For example, the Army Corps of Engineers may have built a concrete channel that is currently maintained by the Santa Barbara County Flood Control District for CALTRANS, which is all on top of private property. For this report, any entity that has been identified as having an interest in a certain barrier was identified in the Ownership/Interest column of the migration barrier table for each watershed. This information was determined through parcel data, interviews with knowledgeable individuals, and research conducted at various agency locations, such as the CALTRANS office complex in San Luis Obispo and the Santa Barbara County Administration Building.

## 7.2 Barrier Type

The following types of steelhead migration barriers were identified in southern Santa Barbara County streams and are identified in the migration barrier table for each watershed.

**Barrier Categories and Types**

| Barrier Categories | Definition | Barrier Types Encountered |
|---|---|---|
| **Natural Features** | | |
| **Waterfall** | Free-falling stream flow from a vertical, or close to vertical, feature. | Bedrock Waterfall, Boulder Waterfall |
| **Chute** | Steep stream reach with high water velocities over exposed bedrock. | Bedrock Chute, Bedrock and Boulder Chute |
| **Cascade** | Steep stream reach comprised of small waterfalls separated by shallow pools and/or short sections of turbulent flow. | Boulder Cascade, Steep Stream Reach |
| **Anthropogenic Structures** | | |
| **Dam** | Structure designed to impede, retain, regulate, and/or divert the flow of water or movement of sediment and stream-born debris. | Debris Basin, Diversion, Water-Storage, Stone, Seasonal Diversion |
| **Stream Crossing** | Structure that facilitates the passage of vehicular, equipment, railroad, pedestrian, or other traffic across the stream. | Bridge, Culvert (Concrete, Metal, Box, Double Box, Open-bottom Arch, Stone), Apron, In-stream |
| **Grade Control Structure** | Structure intended to provide streambed, utility, or bank protection and/or influence the movement of streambed substrate, stream flow, or debris. | Riprap, Berm, Curb, Boulder, Pipe Crossing, Gaging Weir |
| **Channelization** | Stream reach that has been modified with extensive bank and streambed protection measures and/or altered from the "natural" alignment. | Channelization (Concrete, Riprap), Stream Realignment, Concrete-lined Bottom, Confined Stream Channel, Bank Revetment |
| **Blockage** | Structure or accumulation of discarded material that impedes the movement of water and/or substrate. | Metal Pipe, Aerial Pipe, Quarry Tailing, Failed Culvert, Collapsed Bank Revetment |
| **Estimated Natural Upstream Limit to Steelhead Migration** | | |
| **Estimated Natural Limit** | Estimated location where the stream sustains a slope exceeding 10%. Method based on CDFG estimated upstream limit to salmonid migration, where direct surveying is not possible. | Sustained Slope Exceeding 10% |

The barrier "Definitions" are based on local structural observations and defined by Stoecker for this project and are not intended to be an established or accepted definition.
Some structures may fit into multiple barrier categories (i.e. a Bridge and Grade Control Structure)

*Table 7.2*

The following graph summarizes the quantity of different types of barriers identified in this project.




*Barrier Types and Numbers*
*Figure 7.2*

## 7.3 Barrier Severity

In order to determine the impact of a barrier to steelhead, the severity of the structure to steelhead migration needed to be assessed. For steelhead recovery planning purposes, improving upstream, adult steelhead migration is most critical. Providing adult steelhead upstream passage at existing barriers allows the range of the steelhead population to expand along with resulting juvenile steelhead and coastal rainbow trout populations that can recolinize the habitat opened up to returning adult steelhead. Upstream passage requirements for adult steelhead are far different than for smaller, upstream migrating rainbow trout or juvenile steelhead. The smaller, juvenile steelhead and rainbow trout do not have the jumping and swimming capabilities that adult steelhead have and are prevented from upstream passage more readily than adult steelhead. Many barriers identified in this report are impassable for juvenile steelhead and rainbow trout during all flow conditions, but allow adult steelhead to migrate upstream during migration flows. In order to focus recovery efforts on the barriers that will have the greatest benefit for adult steelhead, which in turn will expand the range of juvenile steelhead and rainbow trout, severity ranking scores where applied for upstream adult steelhead migration. See the steelhead ecology discussion in section 1.0 for more information on steelhead migration capabilities and impacts from barriers.

7.3.1 Barrier Severity Ranking (Stoecker)

The barrier severity value was based on the degree of difficulty that a structure or natural feature would impose on the upstream migration of a healthy, adult steelhead during ideal migration flow conditions, assuming adequate upstream migration to the structure. The severity value was determined by measuring essential characteristics of the structure and adjacent stream configuration essential to evaluating steelhead migration capabilities along potential upstream migration routes past the structure. Determining barrier severity is a very site-specific process as each structure offers a unique set of circumstances that do not always conform to an established set of assessment protocol. Barrier configuration and severity are both subject to change as streambed and structural conditions alter over time. Barriers were assigned one of the following severity values based on the degree of difficulty imposed by the structure or feature. See the individual barrier descriptions and diagnosis provided for site-specific barrier severity assessment and ideal migration flow conditions.

0.0- Unknown
0.1- Negligible
0.2- Minimal
0.3- Minimal to Low
0.4- Low
0.5- Low to Moderate
0.6- Moderate
0.7- Moderate to High
0.8- High
0.9- Extremely High to Impassable- During most flow conditions this structure is impassable but, depending on the configuration of the structure and surrounding substrate, may provide an extremely high degree of difficulty for upstream passage during rare flow events. This value was also applied to natural features that were identified as impassable, but were composed of seasonally mobile material that may alter the configuration of the feature and allow limited upstream passage in the future.
1.0- Impassable -Upstream passage at this site was determined to be impossible for adult steelhead in the current configuration during all flow conditions. Estimated natural upstream limits, where the sustained stream slope exceeded 10%, were given estimated impassable ratings that are not specific to a given feature. These estimated natural upstream limits were applied to stream reaches where access was restricted or time was limited, as recommended by the CDFG Habitat Restoration Manual.

7.3.2 GIS Analysis of Barriers

Once barriers were digitized and their positions validated, the barriers were attributed with their Barrier ID and severity. Barriers that represented estimated upstream natural limits were also attributed. In order to analyze barriers for restoration prioritization, several calculations had to be made.

- For each barrier, the distance to the ocean was calculated using Arc View Network Analyst. The mouth of each stream was treated as an "event", and the barrier was treated as a "facility". Network Analyst measured the distance from the event to the facility. For linear barriers, this calculation was made from the downstream end of the barrier. The upstream end of linear barriers was also mapped and total linear length determined.

- For each barrier, the total stream length upstream to the estimated natural limits was calculated using Network Analyst and manual calculations.
- For each barrier the total stream length to the next upstream impassable barrier (severity 1.0) was also calculated. For this analysis, impassable barriers included estimated natural limits.
- For each barrier, the total habitat score upstream to the estimated natural limits was calculated. The habitat score is calculated as the length of the habitat reach multiplied by the habitat quality.
- For keystone barriers (the most downstream barrier in a watershed with a severity of 0.9 or 1.0), the total habitat score to the next severity 0.9 or 1.0 barrier was calculated.

## 7.4 Migration Barrier Priority Ranking

### 7.4.1 Migration Barrier Priority Ranking Discussion

Ranking methods can be highly useful to sort steelhead migration barriers into a rough estimate of priorities, but should be considered adaptable. There are many ways to rank migration barriers, and establishing the criteria for doing this can be tailored to the needs of the individual or group conducting the ranking. For example, an agency responsible for public roads may want to include maintenance schedules, cost of fish passage improvements, and a stream crossing's 100-year flow capacity in the criteria. Similarly, a resource manager in charge of steelhead recovery may be primarily interested in the biological benefits of improved fish passage at barriers for ranking purposes. Information provided in this report about migration barriers, watershed attributes, and salmonid status can be utilized by many different interests and modified to include desired ranking criteria components. Ross Taylor, who is designing the California Department of Fish and Game's "Priority Ranking of Culverts for Treatment", noted that a barrier ranking method is used mainly to sort the barriers into a rough-cut of high, medium, and low priority sites. Additional factors and professional judgment should be considered for scheduling remediation projects, but are not conducive to assigning a number value to (pers. comm. Taylor). Depending on the components included in the criteria and how they are applied in the ranking methodology, each method will likely come up with different priority rankings for barriers.

In order to effectively rank and prioritize the hundreds of steelhead migration barriers identified in this study, three ranking methods were developed specifically for this project to prioritize the biological benefit of implementing effective steelhead passage projects at barriers on both the watershed and regional level. The Migration Barrier Priority Ranking for Individual Watersheds method allows ranking of identified migration barriers within a watershed. Two Keystone Barrier Priority Ranking methods allow ranking of the "keystone" barriers occurring in the study areas focal watersheds for their immediate and long-term fish passage project priority. The keystone barriers within the region are identified as the most downstream structure(s) in each watershed with a barrier severity of "Extremely High Degree of Difficulty-Impassable" or "Impassable". These keystone structures are directly blocking or significantly impeding upstream adult steelhead passage within the watershed.

These ranking methods were developed primarily for the benefit of individuals and agencies involved with recovering the endangered southern steelhead and are designed to prioritize fish passage projects at barriers that will provide the greatest biological benefit to steelhead at a watershed and regional scale without including other factors beyond the scope of this project. Complex factors such as structural limitations, geomorphic challenges, ownership, transportation limitations, storm flow sizing, and fish passage project cost estimates, were not included in these ranking methods and will require additional evaluation with project preplanning

efforts. The criteria for running the ranking methods developed will be described following the descriptions and scoring values for the components of these ranking methods

7.4.2 Migration Barrier Priority Ranking for Individual Watersheds

The objective of this ranking method is to arrange the migration barriers within a watershed in order from high to low biological priority for improving or providing upstream adult steelhead passage. The highest priority barriers are those with the highest barrier severity and greatest total habitat score upstream of the barrier to the determined, or estimated, natural upstream limit(s). This method ensures that the most severe migration barriers in a watershed receive the highest priority and are arranged in ranking from the furthest downstream structure directly impacting anadromous steelhead to structures upstream that may impact steelhead in the future with adequate downstream access. This method allows migration barriers within the accessible "anadromous reach" of a watershed and the inaccessible "non-anadromous reach" to be ranked and prioritized assuming restoration efforts allow upstream access to the barrier.

Criteria

1) All watershed barriers that received a barrier severity of 1.0 (Impassable) and 0.9 (Extremely High Degree of Difficulty - Impassable) were first ranked simultaneously in descending habitat scores upstream of the barrier to the identified, or estimated, natural limit(s) to migration.
2) Barriers with a severity of 0.8 (High Degree of Difficulty) were group together and ranked next in the same manner and following the previous grouping of 0.9 and 1.0 severity barriers.
3) Each successive barrier severity grouping from 0.7 to 0 was ranked in the same manner and following where the previous ranking number left off.
4) Where major tributaries were encountered, barrier ranking continues in the same grouping manner for both tributaries at the same time, giving the higher ranking to the barrier(s) that have the highest habitat score. In the Carpinteria Creek watershed, for example, barriers on Gobernador Creek received a higher ranking than those on upper Carpinteria Creek upstream of the confluence due to the larger upstream habitat scores associated with barriers on that tributary.

7.4.3 Customizing the Barrier Ranking Method

This method is designed to give priority to the barriers with the highest barrier severity and the largest total habitat score to natural upstream limits. It is logical that the ranking of barrier with similar severities should move upstream from the ocean where returning adult steelhead would be attempting to migrate from. This method focuses on giving the highest ranking to barriers that block or severely impede upstream passage, in order to reestablish migratory connectivity and promote steelhead recolonization of unpopulated reaches. With this ranking method, a 0.8 severity barrier may receive a lower rank than an impassable 1.0 severity barrier upstream, despite the importance of improving upstream migration at the "high" severity structure in the future. This ranking method can easily be run differently using the provided information on the migration barrier table for each watershed and modifying the ranking method. For example, the barrier ranking could be made more conservative by including 0.8 severity barriers in the first grouping (#1) of the ranking criteria. This modification would elevate the ranking of barriers that are potentially passable during ideal flows conditions, but have a high degree of difficulty.

## 7.5 Recommended Actions for Barriers

Site-specific characteristics of identified barriers were taken into consideration in formulating recommended actions, which are described in the individual barrier write-ups. Recommended actions for fish passage improvement projects at migration barriers were formulated on a site-specific basis using "Preferred Treatment Options for Unimpeded Fish Passage" identified in the California Department of Fish and Game's *California Salmonid Stream Habitat Restoration Manual*, the National Marine Fisheries Service *Guidelines for Salmonid Passage at Stream Crossings*, personal communications with CDFG and NMFS Fish Passage Experts, field assessment, and based on previous fish passage project experience. While both of these guidelines focus on road crossings, the preference for eliminating "encroachment into the 100-year flood plain" can be applied to other structures within the stream channel that are impeding steelhead migration.  The following top two recommendations for fish passage improvements at stream crossings are from the NMFS guidelines (Final Draft: March 22, 2000) and are listed in order of preference.

1) Bridge- with no encroachment into the channels 100-year flood plain.
2) Streambed alteration strategies- bottomless arch culvert, embedded culvert, or ford.

The California Department of Fish and Game guidelines also note that:

1) Entry jumps (into a culvert or onto a structure) should never exceed 1.0 foot for upstream adult steelhead passage.

Recommended actions for fish passage improvement projects were formulated based on the most effective action to ensure effective passage over a wide range of flows and sustainable over the long term. In many cases, the complexity of the migration barrier, uncertain purpose, unknown owner, adjacent structures dependant on the barrier, or other factors may require that additional studies be undertaken to identify alternatives for improving fish passage. According to new NMFS and CDFG guidelines, upstream juvenile steelhead and rainbow trout passage must be included with fish passage improvement projects.

## 7.6 Barrier Analysis, Priority Ranking Results, and Recommended Actions

The following section is broken up into focal watersheds and provides information about migration barriers, barrier impacts on steelhead accessibility, and habitat impeded by the presence of barriers. The results of the Migration Barrier Priority Ranking for Individual Watersheds are included on the migration barrier table for each watershed. Write ups for individual barriers are provided with descriptions, fish passage diagnosis, and recommended actions for improving steelhead passage. Actions were also recommended along with fish passage projects would that improved habitat conditions for steelhead. This section was set up this way so that individuals and agencies interested in one watershed could easily pull that watershed smaller section from the report for planning purposes. Due to time and budget limitations, several barriers do not have detailed write-ups or recommended actions. Photographs are provided for many of the structures that do not have barrier write-up. Many of these barriers are similar to other structures described in the report and similar recommended actions can be determined by comparison. All accompanying photographs should be credited to Matt Stoecker unless otherwise noted in the write up.

## 7.7 Watershed Barrier Descriptions

**Barrier ID: BR_GA_1**
**Stream: Gaviota**
**Barrier Type:** Undersized Bridge
**Location:** Gaviota State Beach Road Crossing
**Ownership/Interest:** Santa Barbara County Public Works-Roads Division

---



**Description:** The slightly elevated Gaviota State Beach Road, which crosses the lower Gaviota Creek flood plain from Highway 101 to the bridge, acts similar to a long, low-lying dam that focuses stream flows towards this undersized bridge. The steel beam and concrete covered bridge measured 80 feet long and 36 feet wide. The bridge is located on lower Gaviota Creek just upstream from the lagoon and approximately 0.35 mile upstream from the ocean. Moderate to high stream flows exceed the minimal flow capacity of the undersized bridge, which is highly susceptible to debris blockage, and pass over the road.

**Condition:** This bridge is extremely undersized and highly susceptible to debris and sediment blockage during elevated stream flow events. After only 4 years of use, the bridge is already experiencing significant wear and metal damage from bedload sediment and debris during high flows, and from heavy equipment trying to unclog the bridge and allow flows to pass underneath.

**Diagnosis:** In January 2001, sediment and woody debris was backed up to the top of the upstream side of the bridge, or higher, with only a small opening for stream flow to pass underneath. Flows immediately dropped 1-foot 6 inches vertically under the bridge onto tangled woody debris and sediment. Upstream migration for steelhead was completely blocked during this time due to the tangle of woody debris under the bridge and confined drop with no clearance for steelhead to jump. Subsequent observations of the bridge in 2001 and 2002 have revealed that upstream passage is possible when the structure has been cleared, but during the seasonal timing of upstream steelhead migration and elevated stream flows, steelhead passage at this bridge is not guaranteed and is highly dependant on the extent to which the bridge traps debris and sediment.

**Recommended Action:** Eliminating this bridge and rerouting the current Gaviota State Beach Road access is recommended for the following reasons:

1) This structure significantly impedes or completely blocks steelhead access to over 99% of the spawning and rearing habitat found in Gaviota Creek, depending on the blockage extent during migration season. There are many impediments upstream of this bridge that are extremely flow sensitive in terms of their barrier severity to steelhead. It is essential that steelhead are not held up at this bridge for parts of the migration season as this limits their window of opportunity to migrate past these upstream structures.
2) This crossing remains a significant safety hazard during high flows for Hollister Ranch residents, State Park users, and others using this road access. As reported in the March 8, 2001 Santa Barbara News Press, the inundation of this crossing and debris accumulation blocked vehicular passage for three days and limited medical help to a 911 emergency on Hollister Ranch.
3) The bridge and road are focusing stream flows toward the Gaviota State Park parking lot and causing major erosion and stream bank failure.

Recommended Study:

The current road crossing location is not an ideal site for a bridge due to the unconfined stream channel of lower Gaviota Creek and the shifting nature of the stream across this area. Future inundation of this bridge and road are inevitable if left in the current configuration. It is recommended that Santa Barbara County Public Works-Road Division assess alternatives for rerouting this road, bridge, and access. This assessment should consider decommissioning and removing Gaviota State Beach Road from near Highway 101 to the west side of the existing bridge and rerouting the road out of the streambed and flood plain to minimize safety concerns, provide year-round vehicular access, limit the need for emergency maintenance, prevent the road crossing from focusing flows that are undermining the State Park parking lot, provide the most effective and consistent steelhead passage, and eliminate the negative biological impacts of the road on the lower reach of Gaviota Creek.

This action could be accomplished with an alternative road crossing upstream where elevated channel banks and a more confined section of stream facilitate the use of a bridge that passes a 100-year flow event. One option to consider includes crossing the creek approximately 0.5 mile upstream from the current site, near the recently completed pipeline crossing, where the elevated creek banks and narrow channel would be ideal for a bridge crossing. A road currently exists on the west side of the creek from this location all the way to the Gaviota State Park kiosk and Hollister Ranch Road. This existing road could be improved and widened to allow access that does not impact the stream channel. Highway 101 access to this new crossing could be obtained through the existing southbound rest stop turn-off ramps. Other possible crossing locations should be evaluated. Coordination with CALTRANS will be necessary to coordinate access to and from Highway 101.

Another component of this study should include reducing the size of the Gaviota State Park parking lot and limiting the impact on the adjacent creek and lagoon. The parking lot was built on top of what was once a unique, and now rare, wetland habitat around the lower creek and lagoon. As the agency responsible for properly managing our public lands, California State Parks should develop a plan to reduce the size of the concrete parking lot and prevent constriction of this biologically unique meeting place of fresh and saltwater, land and ocean.

**Barrier ID: BR_GA_2,3,5,6,9,10,11,12,13**
**Stream: Gaviota**
**Barrier Type:** Grade Control Structures
**Location:** Between 1.39 & 2.27 miles upstream from ocean
**Ownership/Interest:** CALTRANS

---

**Description:** A total of nine grade control structures with similar severities to upstream steelhead migration occur adjacent to Highway 101 along this stream reach. An additional grade control structure (BR_GA_4) received a higher severity to upstream migration and is described separately. These concrete structures span the width of the stream channel with varying configurations and associated downstream pool depths, summarized in the table below. These grade control structures were built to provide protection to the adjacent Highway 101 (pers. comm. Cesena). All of the structures are constructed of concrete and are keyed into adjacent stream banks and/or bank revetment protection. Several of the structures are also keyed into large streambed boulders and sections of exposed bedrock. Important measurements for assessing passage severity are described in the table below.

**Gaviota Creek (CALTRANS) Grade Control Structure Description Table-**

| ID | Miles to Ocean | Height | Pool Depth | Channel Length | Surface Width | Condition | Comments |
|---|---|---|---|---|---|---|---|
| BR_GA_2 | 1.38 | 2' 9" | 6' 4" | 26' | 9"4" | Fair | 9-foot max. depth of downstream pool. |
| BR_GA_3 | 1.41 | 2' 8" | 2' 8" | 27' | 5' | Poor | Considerable undercutting of the structure downstream. Unconcentrated flows. |
| BR_GA_5 | 1.6 | 3' 2" | 2' 7" | 17' | 5' | Fair | Moderate wear and downstream undercutting. |
| BR_GA_6 | 1.62 | 2' 2" | 1' 10" | 27' 6" | 5' | Extremely Poor | Opposite of the southbound end of Highway 101 tunnel. Undermined 3' 6". |
| BR_GA_9 | 1.9 | 3' 9" | 1' 6" | 58' | 2' | Extremely Poor | At a 45 degree angle across stream. Extremely undercut on downstream side. |
| BR_GA_10 | 2.16 | 3' 7" | 2' 4" | 34' | 5' | Extremely Poor | Keyed into large boulder at center. Worn on top and undercut on downstream side. |
| BR_GA_11 | 2.21 | 1' 9" | 2' 1" | 23' 6" | 9' | Poor | Eroded chute concentrates flows at center. Significant downstream undercutting. |
| BR_GA_12 | 2.23 | 1' 6" | 3' | 14' | 6' | Extremely Poor | Major concrete damage and downstream undercutting. |
| BR_GA_13 | 2.27 | 4' 4" | 5' | 18' | 11' | Poor | Major concrete damage and downstream undercutting. |

Measurements along this reach made during stream flow ranging from of 4-6 c.f.s on 2001-01-09

Jump Height- Vertical height of the grade control structure measured from the surface of the downstream pool to the top of the grade control structure.

Pool Depth- Maximum pool depth at "jump location" approximately 5 feet downstream from where flows are concentrated over the structure.

Surface Width- Length of the structures surface, from the upstream to downstream lip.

**Condition:** Most structures are in fair condition with moderate concrete wear, although a couple are significantly damaged and undercut (see table). Many of the structures have significant scour pools on the downstream side, undercutting of the concrete, and adjacent stream bank erosion. All of these structures have effectively trapped a moderate amount of substrate on the upstream side.

**Diagnosis:** During ideal migration flows, and with adequate downstream pool development, healthy adult steelhead can migrate upstream of these barriers with a high degree of difficulty overall. However, the cumulative impact of these structures on upstream steelhead migration is significant, especially during seasons with short durations of low stream flow. During these low-flow years, upstream steelhead passage may not be possible at some of these barriers due to inadequate jump depth, excessive jump height, and shallow water depth over the top of the structures. Even during ideal migration flows, steelhead must spend a considerable amount of time and effort to migrate past these structures. Negotiating all of these structures will slow upstream migration and possibly limit spawning success and out-migration. This is a critical

factor to consider with the short, flashy flows encountered in southern California streams. Each grade control is also susceptible to seasonal changes in the configuration of the structure and adjacent substrate. Boulders that accumulate on the downstream side of a structure may restrict upstream passage by reducing the jump depth downstream or blocking the ideal jump location. Additional diagnosis of individual barriers is provided with recommendations below.

**Recommended Action:** Improved steelhead passage at all of the CALTRANS barriers identified in this report that are impacting migration on Gaviota Creek should be a part of a larger Gaviota Watershed Restoration and Management Plan formulated by CALTRANS, California State Parks, Los Padres National Forest, and private watershed interests. The following recommended actions should be viewed as short-term actions to immediately improve conditions at the described grade control structures, while long-term solutions are being formulated in the above mentioned watershed plan. Recommendations should be further evaluated with CALTRANS to assess the feasibility of implementing these actions without compromising the structural integrity of the Highway 101 infrastructure.

Immediate Short-term Recommended Actions-



GA_2- Reduce the long, upstream-downstream surface length of the grade control by cutting a large U-shape section out of the upstream end of the structure at center. This action will allow steelhead to jump from the downstream pool over the structure to the upstream natural streambed without having to negotiate the swim across the shallow water depth and/or accelerated water velocities encountered on the concrete surface. This action will reduce the barrier severity for upstream passage during low flows.



GA_3- If removal is not feasible, concentrate stream flows across the structure to the deepest part of the downstream pool by cutting a notch approximately 4-feet wide by 5 inches deep slightly off-center toward the river-right side of the structure (just to the west of a large boulder downstream of the structure). This action will concentrate flows to help steelhead locate the optimal jumping site, ensure adequate jump depth, slightly lower the required jump height, and improve passage during lower stream flows by providing water depth across the concrete.



BR_GA_5,6

GA_5- If removal is not feasible, cut a notch approximately 3 feet wide and 5 inches deep at center. This action will provide passage benefits described above for GA_3.

GA_6- A large pool measuring 6 feet 6 inches deep occurs on the upstream side of this grade control and the concrete structure is undermined 3 feet toward the downstream end. Failure of this grade control due to complete undermining is likely to occur in the near future. If removal is not feasible, notching the structure as described in GA_5 is recommended.



GA_9- This grade control is extremely undermined and at risk of failure. This is one of the most difficult grade controls for upstream steelhead migration due to stream flows landing on downstream boulders and the lack of a developed jump pool. If removal is not feasible, a notch approximately 4 feet wide and 7 inches deep should be cut at center and boulders downstream of this cut moved to allow pool development. Note: This type of action may further compromise the integrity of this already fragile structure.



GA_10- A large boulder occurs at center of this grade control with adjacent damage and downstream erosion through the concrete. If removal is not feasible, the existing eroded chute to the river-left side of the boulder should be enhanced as a passage route by widening the chute and cutting a notch 2-3 feet wide and 8 inches deep at the top to concentrate flows down that route. Several medium sized boulders just downstream should be moved to enhance the jump pool downstream of the chute.



GA_11- Lower stream flows are concentrated across an eroded chute at the center of this grade control structure allowing sufficient downstream jump pool development and adequate water depth across the concrete surface. This situation is a good example of how other structures mentioned here could be “notched” to improve fish passage conditions. Continue to monitor this structure to ensure an adequate upstream passage configuration, especially the downstream pool depth.



GA_12- This structure has sufficient downstream pool depth and flows are concentrated across the surface to allow upstream passage with a minimal to low degree of difficulty. Ensure that future changes in configuration of this structure do not increase the passage severity.



GA_13- Due to the significant jump height required at this site, upstream steelhead passage is dependant on the depth of the downstream pool. Flows are spread out over the surface of this structure and should be concentrated to direct attraction flows toward the deepest part of the pool and away from the exposed bedrock on the river-left side. Cutting a notch cut across the structure would accomplish this and provide needed depth across the surface of the concrete, but is likely not practical due to the thinness of the concrete. Scour from this structure has seriously undermined the adjacent river-right bank revetment and CALTRANS should assess removing this structure and stabilizing the bank revetment.

Long-term Recommended Actions-

Gaviota Creek is one of the most biologically unique and important watersheds in the region. This is the only watershed in the study area that cuts through the Santa Ynez Mountain Range and its course provides a valuable wildlife migration corridor between the coastal environment and the

Santa Ynez Valley. Highway 101 was also constructed through this route due to the relative ease of passage through the Santa Ynez Mountains. Highway 101 and Highway 1 follow the main stem and tributaries of the watershed and have had a significant impact on the aquatic and riparian health of the watershed. As part of a larger watershed plan, alternatives for minimizing the effects of Highway 101 and Highway 1 on the Gaviota Creek watershed should be determined. This long-term plan should investigate options to reroute portions of the highways away from the stream channel.

One long-term Highway 101 alternative to assess for the lower Gaviota Creek reach discussed in this section, is to by-pass the confined 'gorge' reach where the highway confines the creek and all the above-mentioned grade control structures are built to stabilize the highway. To accomplish this, a wide-span bridge near the southbound rest stop on Highway 101 could be constructed to focus traffic through a tunnel that would emerge near the current southbound bridge upstream of the gorge. This tunnel would provide a straight line of access for traffic and would allow the complete removal of all the barriers from BR_GA_2 to BR_GA_13, as well as reaches of highway through the gorge reach. This long-term action would provide unimpeded upstream steelhead access on lower Gaviota Creek, improving conditions along one of the region's most important wildlife corridors, and improving recreational opportunities to one of the most unique and spectacular bedrock gorges in Santa Barbara County.

**Barrier ID: BR_GA_4**
**Stream: Gaviota**
**Barrier Type:** Grade Control Structure
**Location:** 1.54 miles upstream from the ocean
**Ownership/Interest:** CALTRANS

---



**Description:** This concrete grade control structure spans 26 feet across the creek and is anchored into a large boulder on the river-right side and CALTRANS bank revetment on the river-left side adjacent to Highway 101. The surface of the grade control measured 9 feet from upstream to downstream lip. The total height of the structure measured 6 feet 10 inches from the top of the structure to the surface of the downstream pool, which had a measured jump depth of 3 feet 7 inches.

**Condition:** The structure is in poor condition with significant concrete wear and downstream scour and bank erosion.

**Diagnosis:** This is the tallest grade control structure on Gaviota Creek and a significant impediment to upstream steelhead migration. The downstream pool depth is not sufficient to allow upstream migration during low flows. With moderate to high stream flow, the downstream pool will backfill sufficiently to reduce the jump height and increase the jump depth allowing an upstream steelhead jump with a high degree of difficulty. Accelerated stream velocities across the concrete surface where steelhead will land make upstream migration even more difficult. When stream flows provide adequate water depth to migrate upstream of this structure, there is a high amount of suspended sediment in Gaviota Creek that will add to the difficulty of navigate past this structure. The window of opportunity for steelhead to migrate upstream of this grade control is very short and may not occur during a migration seasons with low stream flow, such as 2001-2002. Even during ideal migration flows, steelhead must spend a considerable amount of time and effort to migrate past this structure. This grade control is also susceptible to seasonal changes in the configuration of the structure and adjacent substrate. Boulders that accumulate on the downstream side of a structure may restrict upstream passage by reducing the jump depth downstream or blocking the ideal jump location.

**Recommended Action:** This structure was modified in the mid 1990's with two downstream boulder weirs and creation of a slight depression and lip on the surface of the grade control. The

boulder weirs failed and no longer provide the desired backfilling effect for the downstream pool. Providing effective passage upstream of this site to productive spawning and rearing habitat in upper Gaviota Creek is critical for the persisting steelhead population. For a long-term management recommendations, as well as a long-term alternative to consider, see the recommended action for the BR_GA_2,3,5,6,9,10,11,12,13 write-up.

In the short term, a notch 3 feet wide by 12 inches deep should be cut at center across the grade control structure with a wider and deeper landing/resting pool cut near the downstream end of this notch for steelhead to land in. This action will concentrate flows to help steelhead locate the optimal jumping site, slightly lower the required jump height, provide a place to land on top of the structure, and improve passage by providing water depth and velocity breaks across the concrete surface.

**Barrier ID: BR_GA_14,15**
**Stream: Gaviota**
**Barrier Type:** Bedrock Chutes
**Location:** 2.79 & 2.82 miles from ocean
**Ownership/Interest:** California State Parks

---

**Description and Diagnosis:**



GA_14- This bedrock chute occurs where the adjacent river-right bedrock wall and a large boulder confine the stream flow, which drops down a 45 degree sloping bedrock chute to the downstream pool. The jump height from the downstream pool surface to the top of the chute measured 2 feet 6 inches. The jump depth of the downstream pool measured 2 feet. Sufficient jump depth will develop at this site during moderate and high migration flows to allow a moderately difficult jump over the chute.



GA_15- This unique bedrock chute cuts a series of small drops and pools through 31 feet of bedrock with an overall slope measured at 10.7%. Sufficient water depth and adequate resting areas occur throughout this chute allowing moderately difficult upstream migration for adult steelhead.

**Condition:** The configuration of GA_14 may change with the mobility of the large boulder. GA_15 is stabile.

**Recommended Action:** No actions recommended for these natural features.

**Barrier ID: BR_GA_16,17**
**Stream: Gaviota**
**Barrier Type:** Bank Revetment at Bridge and Channelization
**Location:** Bridge at end of San Julian Road upstream to under Highway 1 Bridges
**Ownership/Interest:** CALTRANS

---



BR_GA_16



BR_GA_17

**Description:** A long, concrete bank revetment built by CALTRANS on the river-left side of the creek ends under a bridge that provides access from San Julian Road. The revetment confines the stream and produces a sloping drop under the bridge that is 2 feet in height and conveys stream flows into a large pool with a jump depth measured at 4 feet. The concrete bank revetment proceeds upstream past the West Fork Gaviota Creek confluence. This entire stream reach was historically the lower end of Las Cruces Creek, prior to the realignment of Gaviota Creek into Las

Cruces Creek in the late 1960's. See the BR_GA_18,19 write-up for more on the Highway 101/Highway 1 interchange and stream realignment. A mild-sloping concrete and boulder riprap channel starts downstream of the Highway 1 Bridges and proceeds 0.10 mile to the upstream end of the bridge crossings.

**Condition:** The concrete revetment is extremely damaged under the bridge and undermined at the downstream end. Scour had caused major erosion on the downstream river-left stream bank. The rest of the revetment and upstream riprap channel are in fair conditions with moderate wear and cracking.

**Diagnosis:** Sufficient jump depth occurs downstream of the bridge to allow upstream passage of steelhead with a low to moderate degree of difficulty during most/all migration flows. Upstream migration throughout the upstream revetment reach and riprap channel has a low degree of difficulty due to the presence of adequate resting areas and mild stream slope encountered on the predominantly natural substrate bottom and rough, boulder embedded riprap channel.

**Recommended Action:** Continue to monitor and ensure that future damage or maintenance repairs do not increase the severity of upstream passage through this stream reach.

**Barrier ID: BR_GA_18,19**
**Stream: Gaviota**
**Barrier Type:** Double Box Culvert Crossing and Stream Realignment
**Location:** Immediately upstream from Las Cruces Creek
**Ownership/Interest:** CALTRANS

---



BR_GA_18



BR_GA_19

**Description:** Historically, Gaviota Creek flowed underneath the current site of the Highway 101 and Highway 1 Interchange along the existing southbound lanes of Highway 101 and into the main stem of Gaviota Creek near the West Fork Gaviota Creek confluence. In the late 1960's, the interchange project realigned Gaviota Creek to the west through the southern end of the low ridge separating Las Cruces and Gaviota Creek, just north of their former confluence and the current intersection. The stream was realigned through this low ridge and into Las Cruces Creek just upstream from the existing Highway 1 Bridges.

A double box culvert was constructed at the lowest end of the realigned reach of Gaviota Creek immediately upstream from the Las Cruces Creek confluence to allow access to private land in upper Las Cruces Creek. Direct surveying of the double box culvert was not conducted due to access restrictions. Kuyper 1998 notes that the as-built plans for the culvert measured 10 feet

wide, 8 feet tall, and 97 feet long. However, observations by Kuyper indicated that the exposed height of the culvert was only 6 feet tall and that approximately 2 feet of sediment had been deposited along the bottom of the culvert. The realigned reach of Gaviota Creek, upstream from the Las Cruces Creek confluence, has minimal riparian vegetation and significant erosion occurring on the banks. A small concrete grade control structure occurs at the upstream end of the realigned stream reach.

**Condition:** While the double box culvert appears to be in fair condition with minimal wear and downstream bank erosion, the realigned stream channel reach upstream has experience significant bank erosion and scour near the concrete grade control at the upstream end.

**Diagnosis:** The double box culvert appears to be at, or below, streambed level with natural substrate settled out along the bottom. When adequate flows exist along this realigned reach of Gaviota Creek, upstream migration is feasible with a low to moderate degree of difficulty. During high stream flows the culvert bottom may become exposed producing accelerated water velocities along the 97 feet of concrete. This situation would increase the severity of upstream migration at this site.

This highway realignment project has had a significant negative impact on steelhead habitat and migration conditions in Gaviota Creek for the following reasons:

1) Riparian Connectivity- The realigned reach does not have any significant riparian vegetation on the banks to provide shade and has riparian connectivity between the well-developed riparian habitat upstream and Las Cruces Creek has been eliminated. The absence of shade along this reach is likely elevating stream temperatures and increasing the duration of subsurface flows along this reach.

2) Subsurface Flows- Probably the most significant impact of the realignment on steelhead and other aquatic species is the prolonged absence of surface flows in this reach. Numerous observations over the past 9 years have shown that stream flows readily go subsurface near the upstream end of the realigned reach, where the natural creek channel continues to occur. It is likely that ground water recharge of surface flows is not occurring across the realigned reach. This may be due to the underlying material being highly porous. The result of this “dry reach” on salmonid migration is a reduction, and potential elimination, of stream flow connectivity between lower and upper Gaviota Creek. The window of opportunity for steelhead to move upstream is reduced and the ability for spawned-out adults or smolts to out-migrate is even more problematic. Adult steelhead that do make is upstream of this reach during years with adequate flow, as well as out-migrating smolts, are susceptible to becoming trapped in the watershed or stranded in this reach. During years with low rainfall such as 2001-2002, this reach may remain dry and impassable throughout the year. Surface flows were not observed in this realigned reach during the 2001-2002 winter migration season and one adult steelhead was observed upstream of this reach during June of 2001. It is likely that this adult steelhead made it upstream with sufficient flows during the 2000-2001 migration season and became trapped. While this individual may have successfully over-summered, it is unlikely that a large adult could survive two years of being trapped upstream of this realigned reach.

3) Erosion- The stream banks associated with the realigned reach are unstable and contribute a significant amount of erosion into the creek.

**Recommended Action:** This entire highway interchange needs to be addressed in a larger Gaviota Creek Watershed Restoration and Management Plan. The feasibility of reestablishing the natural Gaviota Creek channel in the future and realigning the highways away from, and off of,

the natural stream channel should be assessed. The original, natural stream channel will likely have the most prolific groundwater recharge that will maintain surface flows for the greatest duration, producing the most effective migration conditions for upstream and downstream migrating steelhead. Such a project should assess realigning the road infrastructure away for the natural stream channels and riparian habitat instead of realigning the streams away from the "ideal" highway locations on top of the natural stream channel. Additional easements may need to be purchased by CALTRANS in order to achieve such a plan. Historically, this area was a very unique meeting place of the three main tributaries of Gaviota Creek and migration intersection for both humans and native wildlife traveling between the ocean to the south, the Santa Ynez Valley to the north, the El Jaro basin to the west, and the Santa Ynez Mountains to the east.

**Barrier ID: BR_GA_20**
**Stream: Gaviota**
**Barrier Type:** Box Culvert
**Location:** Highway 101 Crossing north of Highway 1 Interchange
**Ownership/Interest:** CALTRANS



**Description:** This box culvert measured 197 feet 10 inches from the upstream to downstream end. The downstream end of the culvert dropped 2 feet 11 inches to the pool bottom downstream. The culvert measured 9 feet 10 inches wide and 10 feet 1 inch tall. A jump height of 7 inches was measured from the downstream pool surface to the culvert lip. Concrete wingwalls occur at the upstream and downstream end. The downstream 113 feet of the culvert had a measured slope of 11.3%. Upstream of this straight section, the culvert runs an additional 34 feet in a straight alignment and then makes a moderate left turn and runs an additional 50 feet to the culvert inlet. The combined upper two reaches had a measured slope of 3.6 %.

**Condition:** The culvert itself is in fair condition with significant damage occurring on the culvert bottom and walls in the lower 10 feet.

**Diagnosis:** The excessive length, smooth bottom, and steep slope of this culvert produce shallow flow conditions and/or excessive water velocities that prevent all upstream migration of salmonids during all flow conditions. This culvert was observed to be directly blocking upstream access to an adult steelhead while conducting a survey of this structure (see salmonid documentation table in section 6.0). The culvert prevents access to high quality habitat conditions in upper Gaviota Creek. Of all the 379 anthropogenic barriers identified in this report, this Highway 101 crossing was determined to provide the greatest accessible upstream habitat score (quality X quantity), with passage provided, of all barriers known to be directly blocking a current (2000-2002) steelhead population. This structure received the highest immediate priority ranking in the entire study area using the Immediate Keystone Barrier Priority Ranking method (See ranking method and table in section 8.0).

**Recommended Action:** Reliable, effective upstream steelhead passage at this site was determined to have the greatest immediate benefit to southern steelhead recovery in the study area and should be accomplished with the removal of the entire structure and bridge installation that does not impact the stream channel or impede steelhead passage. See section 7.8 for additional discussion and recommended action for this CALTRANS Highway 101 culvert.

**Barrier ID: BR_GA_CA_1**
**Stream: Las Canovas**
**Barrier Type:** Box Culvert
**Location:** Highway 101 Crossing
**Ownership/Interest:** CALTRANS



**Description:** This 10-foot by 10-foot box culvert measured 321 feet from the upstream to downstream end. Four distinct slope changes occur within the culvert. The downstream end of the culvert conveys water directly into Gaviota Creek (as shown in the picture). Alder and willow are growing on the lower end of the culvert and have backed up boulders and debris within the culvert. The deposited boulders created a pool that extended 67 feet into the culvert with a depth of 1 foot 3 inches. Salmonids were observed in this pool (see Salmonid Documentation Table in section 6.0). The downstream 150 feet of the culvert had a measured slope of less than 2%. The culvert then turns to the right and rises steeply with a 10% slope over 44 feet. The third section extends 64 feet at a slope of 6.3%. The upstream section measured 63 feet in length with a slope of 1.8%. Wingwalls occur at the culvert inlet.

**Condition:** The culvert itself is in fair condition with significant concrete wear occurring.

**Diagnosis:** The excessive length, smooth bottom, and steep slope of this culvert produce shallow flow conditions and/or excessive water velocities that prevent all upstream migration of salmonids during all flow conditions. Gaviota Creek has an active steelhead population with adult steelhead known to be migrating to the mouth of Las Canovas Creek, but no salmonid were observed upstream of this culvert. Excellent spawning gravels and cool, year-round flows occur in Las Canovas Creek, which is blocked by this culvert.

**Recommended Action:** Reliable, effective upstream steelhead passage at this site will directly benefit southern steelhead recovery should be accomplished with the removal of the entire structure and bridge installation that does not impact the stream channel or impede steelhead passage. See section 7.8 for additional discussion and recommended action for this CALTRANS Highway 101 culvert.

## Chapter 9: Habitat Summary and Recovery Ranking of Watersheds

### 9.0 Habitat Introduction

In order to assist local resource managers focus steelhead restoration efforts on the watersheds in the study area that have a high steelhead recovery potential, key habitat conditions are summarized in this section along with a ranking method that was developed to provide a rough estimate of watershed priorities.

### 9.1 Watershed Habitat Summary

The following table summarizes the determined habitat scores and regional rankings for focal watersheds. The total habitat score is the result of multiplying the determined total habitat quantity by the habitat quality for each stream reach and adding all the habitat reach scores for each watershed. Each watershed is also ranked against other focal watersheds for each of the habitat scoring boxes in order to allow comparison within each of the habitat columns. The numbers obtained for habitat quantity and quality are derived from identified habitat reaches described in section 5.0 and displayed on individual watershed maps in section 7.0.

### 9.1.1 Watershed Habitat Summary Table

**Watershed Habitat Summary Statistics**

| Total Habitat Quantity | | |
|---|---|---|
| Watershed | Miles | Rank |
| Gaviota | 23.05 | 1 |
| Jalama | 21.18 | 2 |
| Atascadero* | 16.36 | 3 |
| Carpinteria | 16.07 | 4 |
| SanJose* | 11.14 | 5 |
| Mission | 9.26 | 6 |
| Rincon | 7.42 | 7 |
| Arroyo Burro | 7.21 | 8 |
| Corral | 6.94 | 9 |
| Tecolotito* | 6.76 | 10 |
| Refugio | 5.72 | 11 |
| El Capitan | 5.62 | 12 |
| Tajiguas | 5.28 | 13 |
| Dos Pueblos | 4.81 | 14 |
| Montecito | 4.17 | 15 |
| Arroyo Paredon | 4.14 | 16 |
| Tecolote | 4.08 | 17 |
| Gato | 3.80 | 18 |
| Cojo | 3.72 | 19 |
| San Ysidro | 3.25 | 20 |
| Santa Anita | 2.58 | 21 |
| Arroyo Quemado | 2.28 | 22 |
| Arroyo Hondo | 1.89 | 23 |
| San Onofre | 0.82 | 24 |

| Average Habitat Quality | | |
|---|---|---|
| Watershed | Quality | Rank |
| Arroyo Hondo | 0.885 | 1 |
| Carpinteria | 0.793 | 2 |
| Corral | 0.748 | 3 |
| Rincon | 0.740 | 4 |
| Montecito | 0.735 | 5 |
| El Capitan | 0.733 | 6 |
| San Ysidro | 0.710 | 7 |
| Tecolote | 0.668 | 8 |
| Dos Pueblos | 0.649 | 9 |
| San Onofre | 0.637 | 10 |
| Mission | 0.633 | 11 |
| Santa Anita | 0.632 | 12 |
| Arroyo Paredon | 0.612 | 13 |
| Tajiguas | 0.577 | 14 |
| Refugio | 0.575 | 15 |
| Jalama | 0.571 | 16 |
| Arroyo Burro | 0.538 | 17 |
| Cojo | 0.525 | 18 |
| San Jose* | 0.515 | 19 |
| Arroyo Quemado | 0.504 | 20 |
| Gato | 0.494 | 21 |
| Atascadero* | 0.455 | 22 |
| Gaviota | 0.434 | 23 |
| Tecolotito* | 0.398 | 24 |

| Total Habitat Score | | |
|---|---|---|
| Watershed | Score | Rank |
| Carpinteria | 12.58 | 1 |
| Jalama | 11.99 | 2 |
| Gaviota | 9.89 | 3 |
| Atascadero* | 6.97 | 4 |
| Mission | 5.67 | 5 |
| Rincon | 5.37 | 6 |
| Corral | 5.15 | 7 |
| El Capitan | 4.12 | 8 |
| San Jose* | 3.74 | 9 |
| Arroyo Burro | 3.72 | 10 |
| Refugio | 3.22 | 11 |
| Dos Pueblos | 3.12 | 12 |
| Tajiguas | 3.04 | 13 |
| Montecito | 3.02 | 14 |
| Tecolote | 2.55 | 15 |
| Arroyo Paredon | 2.48 | 16 |
| San Ysidro | 2.28 | 17 |
| Tecolotito* | 1.93 | 18 |
| Cojo | 1.93 | 18 |
| Gato | 1.87 | 20 |
| Arroyo Hondo | 1.65 | 21 |
| Santa Anita | 1.51 | 22 |
| Arroyo Quemado | 1.09 | 23 |
| San Onofre | 0.52 | 24 |

*** Sub-watersheds of the Goleta Slough Watershed**
**Goleta Slough watershed has a Total Habitat Score of 12.46, an Average Habitat Quality of 0.466 and a Total Habitat Quantity of 34.27 miles**

*Table 9.1.1*

9.2 Steelhead Recovery Ranking of Watersheds (Stoecker)

The Steelhead Recovery Ranking of Watersheds method was designed to rank the focal watersheds identified in this study based on the total habitat score and the salmonid status values for each watershed. This ranking is intended to give a rough estimate of the steelhead recovery "potential" for focal watersheds, assuming that adequate migratory access is provided at migration barrier sites identified in this report. This ranking method is weighted to give watersheds with a higher total habitat score a higher priority, but also factors the salmonid status score into the ranking and places watersheds with currently documented (2000-2002) anadromous adult steelhead occurrence at the top of the ranking.

Criteria-

1) Add all reach habitat scores within each focal watershed to get a total habitat score for the watershed. See section 5.0 for habitat scoring method.
2) Multiply this total habitat score for each watershed by the salmonid status score to get the steelhead recovery score for the watershed. See section 6.0 for salmonid status scoring methods.
3) Sort the watershed in a descending order based on the steelhead recovery score.
4) In order to give watersheds with a current (2000-2002) adult steelhead presence a higher priority ranking, the Arroyo Hondo watershed and San Jose Creek sub-watershed were elevated in rank to just below the top five watersheds that also have current adult steelhead documentation, but higher total habitat scores. The San Jose Creek sub-watershed received a salmonid status score of 1.0 in this ranking, despite not having current adult steelhead documentation, due to the "current" adult steelhead documentation in Maria Ygnacio Creek, which shares the same watershed with San Jose Creek (Goleta Slough).

## 9.3 Steelhead Recovery Ranking of Watersheds Results

**Steelhead Recovery Ranking of Watersheds**

| Watershed | Total Habitat Quantity (miles) | Total Habitat Quantity Rank | Average Habitat Quality | Average Habitat Quality Rank | Total Habitat Score (A) | Total Habitat Score Rank | Salmonid Status (B) | Steelhead Recovery Score (AxB) | Steelhead Recovery Priority |
|---|---|---|---|---|---|---|---|---|---|
| Carpinteria | 16.07 | 4 | 0.793 | 2 | 12.58 | 1 | 1.0 | 12.58 | **1** |
| Gaviota | 23.05 | 1 | 0.434 | 23 | 9.89 | 3 | 1.0 | 9.89 | **2** |
| Jalama | 21.18 | 2 | 0.571 | 16 | 11.99 | 2 | 0.7 | 8.39 | **3** |
| Atascadero* | 16.36 | 3 | 0.455 | 22 | 6.97 | 4 | 1.0 | 6.97 | **4** |
| Mission | 9.26 | 6 | 0.633 | 11 | 5.67 | 5 | 1.0 | 5.67 | **5** |
| San Jose* | 11.14 | 5 | 0.515 | 19 | 3.74 | 9 | 1.0 | 3.74 | **6** |
| Arroyo Hondo | 1.89 | 23 | 0.885 | 1 | 1.65 | 21 | 1.0 | 1.65 | **7** |
| Rincon | 7.42 | 7 | 0.740 | 4 | 5.37 | 6 | 0.9 | 4.83 | **8** |
| Corral | 6.94 | 9 | 0.748 | 3 | 5.15 | 7 | 0.7 | 3.61 | **9** |
| Dos Pueblos | 4.81 | 14 | 0.649 | 9 | 3.12 | 12 | 0.9 | 2.81 | **10** |
| Tajiguas | 5.28 | 13 | 0.577 | 14 | 3.04 | 13 | 0.9 | 2.74 | **11** |
| Montecito | 4.17 | 15 | 0.735 | 5 | 3.02 | 14 | 0.9 | 2.72 | **12** |
| Tecolote | 4.08 | 17 | 0.668 | 8 | 2.55 | 15 | 0.9 | 2.30 | **13** |
| Refugio | 5.72 | 11 | 0.575 | 15 | 3.22 | 11 | 0.7 | 2.25 | **14** |
| El Capitan | 5.62 | 12 | 0.733 | 6 | 4.12 | 8 | 0.5 | 2.06 | **15** |
| San Ysidro | 3.25 | 20 | 0.710 | 7 | 2.28 | 17 | 0.9 | 2.05 | **16** |
| Arroyo Paredon | 4.14 | 16 | 0.612 | 13 | 2.48 | 16 | 0.8 | 1.98 | **17** |
| Arroyo Burro | 7.21 | 8 | 0.538 | 17 | 3.72 | 10 | 0.5 | 1.86 | **18** |
| Santa Anita | 2.58 | 21 | 0.632 | 12 | 1.51 | 22 | 0.9 | 1.36 | **19** |
| Tecolotito* | 6.76 | 10 | 0.398 | 24 | 1.93 | 18 | 0.4 | 0.77 | **20** |
| Arroyo Quemado | 2.28 | 22 | 0.504 | 20 | 1.09 | 23 | 0.7 | 0.76 | **21** |
| Gato | 3.80 | 18 | 0.494 | 21 | 1.87 | 20 | 0.4 | 0.75 | **22** |
| Cojo | 3.72 | 19 | 0.525 | 18 | 1.93 | 19 | 0.3 | 0.58 | **23** |
| San Onofre | 0.82 | 24 | 0.637 | 10 | 0.52 | 24 | 0.6 | 0.31 | **24** |

*Sub-watersheds of the Goleta Slough Watershed

*Table 9.3*

# Gaviota Creek
## Fish Passage and Geomorphic Assessment



**Prepared for**
**California Department of Fish and Game**
**And**
**Pacific States Marine Fisheries Commission**

**Prepared by**

**Michael Love and Associates**
PO Box 4477
Arcata CA 95518

And

**Stoecker Ecological**
PO Box 2062
Santa Barbara CA 93120

The Gaviota Creek Fish Passage and Geomorphic Assessment was funded by the California Department of Fish and Game's California Coastal Salmon Recovery Program and Pacific States Marine Fisheries Commission (Grantee Agreement No. AWI-SCR-2).

The final report, including analysis and recommendations contained within, was prepared by:

**Antonio Llanos P.E.**
*Project Engineer, License No. C65621*
Michael Love & Associates

**Michael Love**
*Hydrologic Engineer*
Michael Love & Associates

**Matt Stoecker**
*Aquatic Biologist*
Stoecker Ecological

# Table of Contents

1 Project Description ........ 1
1.1 Project Objective ........ 1
1.2 Project Background ........ 1
1.2.1 Gaviota Creek Watershed ........ 1
1.2.2 Steelhead Habitat ........ 2
1.2.3 Steelhead Population Information ........ 3
1.2.4 Steelhead Migration Barriers within the Watershed ........ 4
1.2.5 Location of Assessed Migration Barriers ........ 4

2 Field and Assessment Methodology ........ 7
2.1 Field Methods ........ 7
2.2 Fish Passage Assessment Methods ........ 8
2.2.1 Passage Criteria for Grade Control Structures ........ 8
2.2.2 HEC-RAS model development ........ 9
2.2.3 FishXing model development ........ 9

3 Hydrologic Conditions ........ 10
3.1 Watershed Characteristics ........ 10
3.2 Stream Gage ........ 10
3.3 Peak Flows ........ 11
3.4 Fish Migration Flows ........ 11

4 Analysis of Fish Migration Barriers ........ 14
4.1 Grade Controls GA2 and GA3 ........ 14
4.1.1 Fish Passage Hydraulics for GA2 and GA3 ........ 16
4.2 Grade Controls BLDR WEIR, GA4 through GA6 ........ 20
4.2.1 Fish Passage Hydraulics for Boulder Weir through GA6 ........ 21
4.3 BR_Chute, BLDR_JAM and GA7 ........ 26
4.3.1 Fish Passage Conditions for Bedrock Chute, Boulder Jam, and GA7 ........ 26
4.4 Grade Controls GA8 through GA13 ........ 31
4.4.1 GA 8-13 Fish Passage Hydraulics ........ 32
4.5 Fish Passage Summary ........ 38

5 Geomorphic Assessment ........ 39
5.1 History of the Highway and Resulting Changes to the Channel ........ 39
5.1.1 Lower Gaviota Creek Channel Realignment ........ 39
5.2 Channel Morphology ........ 42
5.2.1 Lower Channel Reach ........ 42
5.2.2 Middle Channel Reach ........ 45
5.2.3 Upper Channel Reach ........ 47
5.3 General Observations ........ 50
5.3.1 Rate of Colluvial Inputs within Canyon ........ 50
5.3.2 Channel Realignment ........ 50

6 Recommendations ........ 51
6.1 Potential Solutions for Improving Fish Passage ........ 51
6.1.1 GA2 and GA3 ........ 51
6.1.2 GA4 through GA6 ........ 52
6.1.3 Bedrock Chute and Boulder Jam ........ 54
6.1.4 GA7 ........ 55
6.1.5 GA8 through GA13 ........ 55
6.2 Develop an Action Plan ........ 56

7 References ........ 57

# APPENDICES

**APPENDIX A** – Fish passage assessment of two culverts on Highway 101: Upper Gaviota Creek (GA_20) and Las Canovas Creek (CA_GA_1)

**APPENDIX B** – Hydrologic Calculations

**APPENDIX C** – Channel Cross Sections

# List of Figures


Figure 1.1 – Project location map. .......... 2
Figure 1.2 – Location of assessed grade control structures. .......... 6
Figure 3.1 - Annual Flow Duration Curve for Gaviota Creek at Gaviota. .......... 12
Figure 4.1 – Longitudinal Profile of Gaviota Creek Study Reach. .......... 15
Figure 4.2 – Looking upstream at grade control GA2. T. .......... 17
Figure 4.3 – Looking upstream to GA3.. .......... 17
Figure 4.4 – Plan map drawing of the channel reach containing GA2 and GA3. .......... 18
Figure 4.5 – Longitudinal profile showing location of grade controls GA2 and GA3. .......... 19
Figure 4.6 – HEC-RAS results showing water surface profiles for GA2 and GA3 .......... 19
Figure 4.7 – Looking upstream at GA4. .......... 22
Figure 4.8 – Grade control GA5 located 80 ft upstream of GA4. .......... 22
Figure 4.9 – Grade control GA6 located 90 ft upstream of GA5. .......... 23
Figure 4.10 – Plan map drawing of BOULDER WEIR, GA4, GA5, and GA6 .......... 24
Figure 4.11 – Longitudinal profile showing location of BLDR_WEIR, GA4, GA5 and GA6. .......... 25
Figure 4.12 – HEC-RAS water surface profiles for BLDR_WEIR, GA4, GA5, and GA6 .......... 25
Figure 4.13 – Looking downstream at bedrock chute (BR_CHUTE) .......... 27
Figure 4.14 – Looking upstream at boulder jam (BLDR_JAM) .......... 28
Figure 4.15 – GA 7 is skewed at a 45-degree angle with the centerline of the channel. .......... 28
Figure 4.16 – Plan map drawing of the channel reach containing GA7 .......... 29
Figure 4.17 – Longitudinal profile of the BR_CHUTE, BLDR JAM, and GA7. .......... 30
Figure 4.18 – Photo of GA8. .......... 33
Figure 4.19 – Photo of GA9. .......... 33
Figure 4.20 –GA10 is failing along the right bank from flanking. .......... 34
Figure 4.21 – GA11 and GA12 are keyed to sacrete and large boulders. .......... 34
Figure 4.22 - GA13 is keyed into the sacrete wall,large boulders and exposed bedrock .......... 35
Figure 4.23 – Plan map drawing of the channel reach containing GA 8-13 .......... 36
Figure 4.24 – Longitudinal profile showing location of the GA 8 through GA 13 .......... 37
Figure 4.25 – HEC-RAS water surface profiles for GA8 through GA13 .......... 37

Figure 5.1 – Looking upstream at the "pass" in Gaviota Canyon, (a) illustrated during an early expedition prior to the first road (from Chesnut, 1993) and (b) under present conditions, with the southbound 101 bridge crossing the creek. .........40
Figure 5.2 – Aerial photograph from 1943 showing current and historic alignment...........41
Figure 5.3 – Longitudinal Profile of Gaviota Creek Study Reach...................................43
Figure 5.4 – Size distribution of substrate within Gaviota Creek ....................................44
Figure 5.5 – Photos of the lower reach. ....................................................................44
Figure 5.6 – Photos of the middle reach. ..................................................................46
Figure 5.7 – Photos of the upper reach.....................................................................48
Figure 6.1 –Potential regrading the channel and constructing stable boulder step-pool morphology between 68+50 and 71+50. ....................................................52
Figure 6.2 – Potentail of removal of GA4 and GA5 combined with regrading the channel....53
Figure 6.3 –Potentail relocation of channelaway from the highway into the alluvial terrace to the west of GA4. ........................................................................54

## List of Tables

Table 1.1 – Identification code and location of potential migration barriers assessed as part of this study.......................................................................... 5
Table 3.1 – Summary of stream gage information for Gaviota Creek. ............................10
Table 3.2 – Summary of two methods to determine peak flood frequency for the Gaviota Creek study reach.......................................................................11
Table 3.3 - Fish passage design flow guidelines from NOAA Fisheries (2001) and CDFG (2002). ..........................................................................................13
Table 3.4 - Fish passage design flows for Gaviota Creek based on agency guidelines and estimated using the Gaviota Creek flow duration curve. ............................13
Table 4.1 - Water surface drops over GA2 and GA3 at no-flow and typical adult steelhead passage flows. ..........................................................................16
Table 4.2 - Water surface drop for fish passage flows at the BLDR WR, GA4, GA5, and GA6 from HEC-REAS model results. ......................................................21
Table 4.3 - Water surface drop for fish passage flows at the GA7 from FishXing model results. ..................................................................................................30
Table 4.4 - Water surface drop for fish passage flows at the GA8, GA9, GA10, GA11, GA12 and GA13 from HEC-RAS model results. ..............................................32
Table 4.5 – Summary of drop height as applied to fish passage and ordered by severity of barrier.....................................................................................38
Table 5.1 – Frequency of substrate by class from Wolman pebble count.........................44

# 1 Project Description

The following report describes a steelhead migration barrier assessment within lower Gaviota Creek, accompanied by a geomorphic channel assessment and development of preliminary recommendations for treatment of sites. The study stream reach runs through Gaviota Canyon adjacent to Highway 101, from stream mile 0.9 (from the ocean) to mile 2.4. This reach contains 12 concrete grade control structures and two free spanning bridges.

As part of this project, fish passage conditions were also assessed at the Highway 101 culvert on Gaviota Creek (GA_20) and the Highway 101 culvert on Las Canovas Creek (GA_CA_1), a tributary to Gaviota Creek. Both of these culverts are located upstream of the Gaviota Canyon study reach and the results of the culvert assessments are provided in **Appendix A**.

## 1.1 Project Objective

This report focuses on guiding future actions aimed at improving steelhead passage on Gaviota Creek by providing a detailed description of existing conditions and development of preliminary recommendations. The report includes:

1. An assessment of existing fish passage conditions using the California Department of Fish and Game (CDFG) protocol (Part IX of California Salmonid Stream Habitat Restoration Manual, 2003),
2. An analysis and interpretation of existing channel geomorphology and channel response to realignment and modification associated with the Highway, and
3. Development of preliminary recommendations for improving fish passage and restoring proper channel function.

## 1.2 Project Background

### 1.2.1 Gaviota Creek Watershed

Gaviota Creek, a tributary to the Pacific Ocean, is located along the southern coast of Santa Barbara County (Figure 1.1). The 12,877 acres watershed rises from sea level to 2,800 feet in elevation and is the third largest coastal watershed in southern Santa Barbara County, between Jalama Creek to the west and Rincon Creek to the east. Annual precipitation values range from 17 to 21 inches within the drainage.

The lower reach of Gaviota Creek lies within Gaviota State Park, and flows through Gaviota Canyon and into a coastal lagoon. Upstream of the canyon the stream divides into four branches: main stem Gaviota Creek, West Fork Gaviota Creek, Las Canovas Creek, and Las Cruces Creek.

The stream currently supports runs of Southern Steelhead (Stoecker, 2002), a Federally listed endangered species. A large-scale assessment of steelhead migration barriers and existing habitat conditions was conducted by Stoecker et al. in 2002, and included Gaviota Creek and some of its tributaries. Excellent spawning and summer rearing habitat was identified within Las Cruces Creek, which flows into Gaviota Creek approximately 4.4 miles upstream of the ocean. Additionally, habitat suitable for supporting populations of steelhead trout was identified in several other tributaries and one adult steelhead was observed in upper Gaviota Creek, immediately below the Highway 101 culvert (GA_20).

Although the stream system has habitat suitable for sustaining endangered Southern Steelhead, several significant migration barriers located within the lower reach of Gaviota Creek block fish from reaching spawning and rearing habitats. Nearly all of these barriers are located within Gaviota State Park and associated with State Highway 101, which parallels and confines the stream as it flows through Gaviota Canyon to the ocean.

A previous barrier assessment (Stoecker 2002) identified 54 potential barriers within the watershed; 18 of which are considered natural. This earlier assessment relied on qualitative measures to assess each fish passage obstruction and recommended further analysis to develop appropriate fish passage alternatives.




**Figure 1.1** – Project location map.

### 1.2.2 Steelhead Habitat

Of the southern Santa Barbara County coastal streams, Gaviota Creek watershed has the second highest total habitat quantity (23.0 miles of stream length) that was historically accessible to steelhead. In the previous assessment (Stoecker 2002) the watershed ranked 23rd out of 24 for

average habitat quality due to extremely poor habitat conditions in the upper Las Cruces and West Fork Creek tributaries, due to high levels of natural and human-influenced erosion and low summer stream flow. However, Gaviota Creek produces relatively high summer base flows and maintains cool water temperatures in the headwaters of the mainstem, Las Canovas Creek, and the lower mainstem. The watershed also contains one of the largest lagoon systems along the southern Santa Barbara County coast, which is ideal for steelhead rearing, food production, and acclimation between fresh and saltwater. Also, the estuary mouth is open to the ocean longer than most streams in the region, providing good access for steelhead adults and smolts. These characteristics make Gaviota Creek one of the highest ranking watersheds within the southern Santa Barbara County coast in terms of steelhead recovery potential and potential productivity.

### 1.2.3 Steelhead Population Information

Adult steelhead and juvenile O. mykiss have consistently been documented in the Gaviota Creek watershed since at least the 1930's and into the present. In the 1930's California Department of Fish and Game (CDFG) personnel reported "steelhead entered the creek in winter". Long-time resident and owner of the Circle Bar B Ranch, Jim Brown, reported catching "adult steelhead in lower Gaviota Creek in the 1940's" (pers. comm Stoecker 2001). Former CDFG Biologist Ken Sasaki reported in 1986 that "steelhead have continued to run in Gaviota Creek". Former State Park biologist Ronnie Glick reported that CDFG personnel "caught someone with a 6-pound steelhead in lower Gaviota Creek." In 2001, Stoecker observed and photographed a 22-inch adult steelhead in Gaviota Creek.

In addition to historic documentation of adult steelhead sightings in Gaviota, juvenile steelhead have also continually been observed from the early 1900's until present both on the mainstem of Gaviota Creek as well as Las Canovas Creek and the uppermost reaches of Gaviota Creek and the South Fork. O. mykiss were observed inside the lower backwatered section of the Las Canovas Creek Highway 101 culvert in 2001 and 2006. No trout were observed upstream of this impassable culvert during 2001 surveys to the natural upstream limits of this tributary. The Las Cruces Creek was reportedly planted with wild southern steelhead rescued from the Santa Ynez River in 1939. Former CDFG Fisheries Biologist, John Radovich, reported catching a 12-13 inch trout in the lagoon "with a stomach full of gobies" during August 1960. See Stoecker 2002 for a table of additional historic O. mykiss occurrence.

During geomorphic and fish barrier surveys for this project O. mykiss were observed in Gaviota Creek and Las Canovas Creek. Two O. mykiss measuring 7 inches were observed in Gaviota Creek within the reach downstream of Las Canovas Creek at stations G14 and G17. One O. mykiss measuring 5 inches was observed immediately downstream of the outlet of Las Canovas Creek and a large O. mykiss measuring 11 inches was observed 500 feet upstream of Las Canovas Creek. In upper Gaviota Creek, twelve O. mykiss ranging from 5 to 7 inches were observed in the outlet pool downstream of the Highway 101 culvert. In Las Canovas Creek, three O. mykiss measuring 5 to 7 inches were observed inside the backwatered lower part of the Highway 101 culvert. No fish were observed upstream of the impassable culvert on Las Canovas Creek. A total of 7 Southwestern Pond Turtles were observed on Gaviota Creek between the pass and 500 feet upstream of Las Canovas Creek.

### 1.2.4 Steelhead Migration Barriers within the Watershed

Anthropogenic migration barriers represent one of the most limiting factors to steelhead in Gaviota Creek. Gaviota Creek contains at least 37 anthropogenic fish passage barriers that limit steelhead and other fish in varying degrees (Stoecker 2002). The highest ranking barrier along the entire southern Santa Barbara County coast was identified as the Gaviota Creek box culvert on Highway 101, with 2.45 miles of high quality habitat upstream (31.3% of the historically accessible steelhead habitat within the watershed) and observation of an adult steelhead in the downstream pool during 2001 surveys.

The 7th highest ranking barrier along the entire southern Santa Barbara County coast was identified as the Las Canovas box culvert on Highway 101, with 0.92 miles of high quality habitat upstream (11.7% of the historically accessible steelhead habitat within the watershed). During the survey steelhead were present downstream, but no fish present upstream.

In addition to these two impassable culverts, there are at 14 grade control structures on Gaviota Creek below the Las Canovas Creek tributary that present varying degrees of severity for steelhead passage. Collectively these partial barriers can hinder upstream passage, depending on stream's flow-rate and flow duration.

In addition to physical barriers, a significant low-flow barrier was produced when Gaviota Creek was realigned into an artificial channel and diverted through lower Las Cruces Creek for construction of the Highway 101 and 1 interchange. This earthen channel section of Gaviota Creek does not retain surface flows for as long of a duration as natural reaches up and downstream This drying channel reach reduces the window of opportunity for upstream and downstream steelhead migration.

### 1.2.5 Location of Assessed Migration Barriers

For this project we performed a detailed and quantitative fish passage assessment of 14 grade control structures and a confined bedrock reach located in lower Gaviota Creek adjacent to Highway 101. The 14 grade control structures consisted of 12 concrete drop-structures, a boulder weir constructed prior to the 2002 assessment to improve steelhead passage, and a large boulder jam that is partly held in-place by an adjacent retaining wall (Figure 1.2). Table 1.1 lists the identification code for each grade control structure addressed in this project. When applicable, the identification codes used in the previous assessment were used for this project.

GA_1 is a County maintained bridge crossing located approximately 1,900 feet upstream of the ocean. This crossing is planned for replacement and was not included in this study.

**Table 1.1** – Identification code and location of potential migration barriers assessed as part of this study.

| **Barrier ID Code** | **Barrier Type** | **Latitude Longitude (NAD83)** | **River Miles from Ocean** |
|---|---|---|---|
| GA_2 | Concrete Grade Control Weir | N 34° 29′ 7.89″ W 120° 13′ 45.05″ | 1.32 |
| GA_3 | Concrete Grade Control Weir | N 34° 29′ 8.79″ W 120° 13′ 43.92″ | 1.34 |
| BLDR_WEIR | Constructed Boulder Weir | N 34° 29′ 14.79″ W 120° 13′ 38.32″ | 1.49 |
| GA_4 | Concrete Grade Control Weir | N 34° 29′ 15.34″ W 120° 13′ 37.76″ | 1.51 |
| GA_5 | Concrete Grade Control Weir | N 34° 29′ 16.77″ W 120° 13′ 36.53″ | 1.54 |
| GA_6 | Concrete Grade Control Weir | N 34° 29′ 17.66″ W 120° 13′ 36.15″ | 1.56 |
| BR_CHUTE | Bedrock Chute | N 34° 29′ 27.49″ W 120° 13′ 34.89″ | 1.78 |
| BLDR_JAM | Large Boulder Jam | N 34° 29′ 29.39″ W 120° 13′ 34.54″ | 1.81 |
| GA_7 | Concrete Grade Control Weir | N 34° 29′ 31.77″ W 120° 13′ 35.01″ | 1.86 |
| GA_8 | Concrete Grade Control Weir | N 34° 29′ 39.31″ W 120° 13′ 46.71″ | 2.12 |
| GA_9 | Concrete Grade Control Weir | N 34° 29′ 39.64″ W 120° 13′ 47.50″ | 2.13 |
| GA_10 | Concrete Grade Control Weir | N 34° 29′ 40.27″ W 120° 13′ 48.56″ | 2.15 |
| GA_11 | Concrete Grade Control Weir | N 34° 29′ 40.86″ W 120° 13′ 49.25″ | 2.17 |
| GA_12 | Concrete Grade Control Weir | N 34° 29′ 41.78″ W 120° 13′ 50.05″ | 2.19 |
| GA_13 | Concrete Grade Control Weir | N 34° 29′ 43.19″ W 120° 13′ 50.75″ | 2.22 |




Michael Love & Associates
*Hydrologic Solutions*

STOECKER ECOLOGICAL™
NATURAL RESOURCE ASSESSMENT AND RESTORATION SERVICES

Gaviota Creek Fish Passage and Geomorphic Assessment

Location of Grade Control Structures

**Figure 2**

# 2 Field and Assessment Methodology

Fieldwork was conducted during the days of October 9th to October 15th 2006 by Michael Love & Associates and Stoecker Ecological. Data collection consisted of surveying, mapping, and describing the channel substrate using Wolman pebble counts along the study reach.

The site survey component of the project involved:

1. Plan mapping of pertinent channel features at identified barriers. Features included encroachment of road embankments, channel alignment, thalweg location, active channel margins, and grade controlling features such as exposed bedrock. Level of detail varied depending on distance from fish barrier, channel type and site conditions.

2. Characterizing streambed material using surface pebble counts in two locations.

3. Surveying a continuous longitudinal channel profile through the project reach (1.45 miles). Detail varied depending on channel character, location of grade controlling features, and distance from identified barriers.

4. Surveying representative channel cross sections at various locations throughout the project reach and across grade control structures.

5. Collecting detailed survey information at culverts and grade control structures following the CDFG assessment protocol.

## 2.1 Field Methods

Surveys were conducted using a Leica Total Station to collect coordinate and elevation data of the Gaviota Creek channel in the study reach. A traverse was conducted starting downstream of the southbound rest area and continuing upstream to the second bridge crossing for the southbound lanes of Highway 101 (1.45 miles). The horizontal datum for the survey was California State Plane Zone 5. The vertical datum was approximated to the NAVD88 datum.

The survey data was used for mapping, developing longitudinal profile of the channel thalweg, plotting cross sections along the top of each grade control structure and at the downstream tailwater control (contained in Appendix C).

Pebble counts were conducted following the Wolman method to randomly record the size of 100 particles. Two locations were selected for pebble counts, one downstream at the tailwater control for GA2 and a second upstream at GA7.

Plan mapping was performed using field drawings, combined with survey points to assist with scale, to create diagrammatic plans of the grade control structures and adjacent channel.

## 2.2 Fish Passage Assessment Methods

A fish passage analysis of each grade control and culvert structure was performed to determine the hydraulic environment encountered by adult steelhead, resident trout and juvenile salmonids at various migration flows. The primary hydraulic feature evaluated was the water surface drop over each grade control structure at varying fish passage flows. Since each structure is relatively short (generally 5 to 10 feet in length) and there are well-formed pools above and below each structure, water velocities and depths were not considered in the fish passage analysis.

Hydraulic analysis was performed using the hydraulic models, HEC-RAS 3.1.2 and FishXing3.0. Predicted water surface drops over each structure at fish passage flows were compared to assessment and design criteria established by the California Department of Fish and Game's (CDFG) and the National Marine Fisheries Service (NOAA Fisheries) for adult steelhead, resident rainbow trout, and juvenile salmonids.

### 2.2.1 Passage Criteria for Grade Control Structures

The fish passage assessment methods used in this study followed the California Department of Fish and Game's fish passage assessment protocol (Taylor and Love, 2003). Since the CDFG protocol was developed for "stream crossings", some modifications to the assessment process were necessary to apply them to grade control structures. Additionally, the CDFG (2002) and NOAAFisheries (2001) fish passage design criteria were also considered when assessing fish passage conditions.

#### Application First Phase Passage Filter to Grade Controls

Once the necessary field survey data is collected, the fish passage assessment involves a two steps process. The first is to use the **CDFG First Phase Filter**. This is a flow chart that is used to determine if the assessed structures is GREEN, GRAY, or RED. These categories are defined as:

**GREEN** - The structure provides suitable fish passage conditions for all life stages of salmonids at all migration flows.

**GRAY** – Passage conditions at the structure are indeterminate and a full hydraulic analysis is required. The structure is likely a partial barrier (blocks certain life stages) and/or temporal barrier (blocks a life-stage at some flows). Further hydraulic analysis will quantify the passage conditions relative to life-stage and flow.

**RED** – Structure fails to provide suitable passage conditions at all flows for all life-stages of salmonid. The stronger individual fish within the population may be able to pass through the structure at some flows. However, the crossing is considered by CDFG to provide inadequate passage.

Although the first phase filter was originally developed for culverts, the drop height criteria can be applied to grade control structures. The filter defines a RED structure as having a residual (no-flow) drop height greater than 2 feet. Drop heights greater than 2 feet are considered sufficient to hinder or block upstream passage all salmonid life stages. Although a proportion of the adult steelhead

population will likely be able to leap over a 2 feet drop at certain flow conditions, this drop height is considered to be excessive and cause undesired migration delay.

Based on current CDFG and NOAA Fisheries design criteria, we chose to defined a residual drop height of 6 inches or less as being GREEN (suitable for passage of adult and juvenile trout)

**Hydraulic Analysis of Fish Passage**

We modeled hydraulics over each grade control structure to further quantify the water surface drop throughout the range of acceptable fish passage flows. Although the assessment protocol only requires modeling fish passage for the GRAY structures, we selected to model all of the inventoried structures, including those identified as GREEN or RED. Hydraulics were modeled with HEC-RAS 3.1.2 and FishXing 3.0. The fish passage flow range for each life-stage were determined using CDFG criteria. Fish passage flow development is outlined in Chapter 3.

### 2.2.2 HEC-RAS model development

At fish passage flows the grade control structures function hydraulically as irregularly shaped broad-crested weirs. Most of the grade control structures in the study reach are clustered into distinct groups and the drop over many of the structures is directly influenced by the next downstream structure. HEC-RAS was chosen as the preferred hydraulic model for analyzing most of the structures, since it has the capability of modeling broad-crested weirs of irregular shape and can model an entire channel reach consisting of multiple weirs.

The longitudinal profile and cross sections surveyed at each structure and within the channel were used to create the model geometry. Each drop structure was modeled as a broad crested weir. Default contraction and expansion coefficients of 0.1 and 0.3, respectively, were applied. A broad crested weir coefficient of 2.6 was used for modeling all structures. Estimates of downstream channel slope below the tailwater control were used to define the downstream boundary condition. Since, in most cases, the water depth and velocity within the channel below a grade control structure was completely controlled by the next downstream structure, the impacts of channel roughness on results was negligible at fish passage flows. Estimates of Manning's roughness were most critical for the channel segment below the lowest grade control. Estimates ranged from between 0.040 and 0.050 for fish passage type flows.

### 2.2.3 FishXing model development

Grade control structure GA7 is located by itself, rather than as part of a series of grade control structures. It was modeled using the FishXing 3.0 software, which is intended for the analysis of fish passage through stream crossings. The tailwater discharge rating curve was developed from the downstream cross section, channel slope, and estimate of Manning's roughness. The grade control structure was treated as a short box culvert and the drop over the structure was analyzed at various fish migration flows.

# 3 Hydrologic Conditions

Hydrologic calculations involved the compilation of existing flow and precipitation records for estimation of fish migration flows, recurrence intervals of peak flows, and general characterization of seasonal hydrology. Estimates of peak flows associated with 2-year, 5-year, 10-year, 25-year, 50-year, and 100-year recurrence intervals where calculated using standard methods. Fish passage flows were calculated from flow duration curves following procedures outlined in the CDFG assessment protocol.

## 3.1 Watershed Characteristics

The Gaviota Creek watershed comprises over 12,877 acres and rises from sea level to 2,801 feet in elevation. It is the third largest coastal watershed in southern Santa Barbara County, between Jalama Creek to the west and Rincon Creek to the east. Within a short stream reach four primary tributaries flow together to form the mainstem of Gaviota Creek, which runs south through a narrow canyon before emptying into a relatively large coastal lagoon at the edge of the Pacific Ocean. The tributaries include Las Canovas Creek flowing from the east, upper Gaviota Creek from the northeast, Las Cruces Creek from the north, and West Fork Gaviota Creek from the northwest. Annual precipitation values range from 17 to 21 inches within the drainage.

The watershed contains an estimated 50 miles of roads and only 105 acres, or 0.8% of the watershed is classified as urban and impervious. The watershed is primarily privately owned (73%) with the public lands divided between California State Parks (15%) and the Los Padres National Forest (12%).

## 3.2 Stream Gage

A historic streamflow gage operated by the USGS and located on Gaviota Creek near grade control GA_ 5 provides twenty years of annual peak flow and daily average flow records (Table 3.1). This flow data was used to characterize hydrologic conditions throughout the project reach.

**Table 3.1 –** Summary of stream gage information for Gaviota Creek.

| **USGS Flow Gage Summary** | |
|---|---|
| Station Number | 11120550 |
| Stream Name | Gaviota Creek at Gaviota |
| Latitude | 34°29'16" |
| Longitude | 120°13'34" |
| Record Length | 20 years |
| Years in Operation | 1967 – 1986 |
| Drainage Area | 18.8 $mi^2$ |

## 3.3 Peak Flows

Two methods were used to estimate peak flows for the Gaviota Creek study reach.:

1. Flow estimates using regional regression equations developed for the South Coast Region of California by the USGS (Waananen and Crippen, 1977) were used to predict the 2, 5, 10, 25, 50, and 100-year return period flows. Mean annual precipitation was obtained from Parameter-elevation Regressions on Independent Slopes Model (PRISM).

2. Peak flows associated with the 2, 5, 10, 25, 50, and 100 year recurrence intervals were estimated using the 20 year peak flow record from USGS gaging station on Gaviota Creek. Peak flow estimates were made using a Log-Pearson Type III (LP3) distribution as described in USGS Bulletin 17B - Guidelines for Determining Flood Flow Frequency (1982).

Appendix B contains the peak flow calculations.

**Table 3.2 –** Summary of two methods to determine peak flood frequency for the Gaviota Creek study reach.

| | Return Period of Peak Flow | | | | | |
|---|---|---|---|---|---|---|
| **Method of Estimation** | **2 year (cfs)** | **5 year (cfs)** | **10 year (cfs)** | **25 year (cfs)** | **50 year (cfs)** | **100 year (cfs)** |
| Regional Regression Equations<br>Waananen & Crippen, 1977 | 148 | 605 | 1,210 | 2,681 | 4,244 | 6,033 |
| Log Pearson Type 3<br>using Gaviota Creek Annual Peak Flow Record | 1,048 | 2,843 | 4,632 | 7,291 | 9,684 | 12,348 |

## 3.4 Fish Migration Flows

Both the National Marine Fisheries Service (NOAA Fisheries) and the California Department of Fish and Game (CDFG) have design guidelines for fish passage at road-stream crossings (CDFG, 2002; NOAA Fisheries, 2001). The two sets of guidelines were developed together and are functionally equivalent. The guidelines contain recommended fish passage design flows for juvenile salmonids, resident rainbow trout, and adult anadromous steelhead trout. They consist of a lower and upper design flow that encompasses the range of flows for which upstream passage should be provided. Beyond this flow range it is not required to provide suitable passage conditions.

Fish passage design flows are defined in terms of exceedance flows obtained from flow duration curves constructed using daily average flow. Annual exceedance defines the average duration that a flow is equaled or exceeded in a year. For example, flows within a stream are greater than the 33% exceedance flow for one-third of the year, on average.

To determine suitable fish passage flows for use in assessing existing fish passage conditions, a flow duration curve was constructed from the daily average flows measured at the USGS streamflow gate (Figure 3.1).




**Figure 3.1 -** Annual Flow Duration Curve for Gaviota Creek at Gaviota (USGS Gage 11120550).

NOAA Fisheries and CDFG guidelines recommend providing suitable steelhead passage conditions between the 50% and 1% exceedance flows. If the 50% exceedance flow is less than 3 cfs, then the low fish passage flow is set at 3 cfs (Table 3.3). Based on the flow duration curve, the desired lower and upper passage flows for adult steelhead in the Gaviota Creek study reach are 3 cfs and 115 cfs, respectively (Table 3.4).

**Table 3.3 -** Fish passage design flow guidelines from NOAA Fisheries (2001) and CDFG (2002).

| Species and Lifestage | Low Passage Flow | High Passage Flow |
|---|---|---|
| Juvenile Salmonids | 95% exceedance flow or 1 cfs (whichever is greater) | 10% exceedance flow |
| Adult Resident Rainbow Trout | 90% exceedance flow or 2 cfs (whichever is greater) | 5% exceedance flow |
| Adult Anadromous Steelhead | 50% exceedance flow or 3 cfs (whichever is greater) | 1% exceedance flow |

**Table 3.4 -** Fish passage design flows for Gaviota Creek based on agency guidelines and estimated using the Gaviota Creek flow duration curve.

| Species and Lifestage | Low Passage Flows | High Passage Flows |
|---|---|---|
| Juveniles Salmonids | 1.0 cfs | 8.1 cfs |
| Resident Rainbow Trout | 2.0 cfs | 19.0 cfs |
| Adult Anadromous Steelhead | 3.0 cfs | 115.0 cfs |

# 4 Analysis of Fish Migration Barriers

Fish passage conditions for 12 concrete grade control structures, one constructed boulder weir, one boulder jam, and a bedrock chute were analyzed for this study. Table 1.1 lists the identification codes and location for each analyzed structure. As shown in the longitudinal profile (Figure 4.1), the grade control structures are located in four distinct clusters, or groups:

1. GA_2 and GA_3
2. BLDR_WEIR, GA_4 to GA_6
3. BR_CHUTE, BLDR_JAM and GA 7
4. GA_8 to GA_13

Within each group there is substantial hydraulic and geomorphic interaction between structures. Therefore, analysis of hydraulic and fish passage conditions was conducted for each group.

## 4.1 Grade Controls GA2 and GA3

Grade controls GA2 and GA3 are located approximately 500 ft upstream of the southbound Highway 101 rest area. They are constructed of concrete and anchored into sandstone bedrock on the right bank and into sacrete and rip rap along the left bank, which forms the embankment for the highway.

**GA 2** (Sta 69+50) has a length across the channel of 29 feet, and a width in the streamwise direction of 10 feet (Figure 4.2). The slab thickness is approximately 2 feet and undercut 4.4 feet. The tailwater scour pool created by GA2 is the third largest in the study reach. It is over 100 feet in length and has a residual pool depth of 9.5 feet. A snorkel survey of the pool revealed two southwestern pond turtles.

**GA 3** (Sta 70+74) is located 125 feet upstream of GA2. GA 3 is 5 feet wide and anchored to the left bank sacrete revetment. (Figure 4.3). The spillway is located on the left bank along the apron of the sacrete wall. The tailwater below GA3 is hydraulically controlled by GA2, forming a 124 feet long pool (Figure 4.5). The pool width is confined by exposed bedrock along the right bank and the road embankment lined with sacrete along the left bank. The pool has a residual depth of 3.8 feet and contains boulders and bedrock is visible in the bottom. The water is slow moving in the pool and fosters a dense growth of cattails and algae during summer months.

The upstream channel is characterized by steep drops over well-defined boulder step pools. These step pools are likely created by the channel constriction formed by the highway revetment along the left bank and bedrock outcroppings along the right bank.




**Figure 4.1 –** Longitudinal Profile of Gaviota Creek Study Reach. 1.45 miles were surveyed from river mile 0.92 (from the ocean) to river mile 2.37.

### 4.1.1 Fish Passage Hydraulics for GA2 and GA3

Assessing fish passage conditions over GA2 and GA3 involve determining the water surface drops over each structure at various fish passage flows. To accomplish this, a HEC-RAS model was developed that included grade control structures GA2 and GA3. Model input included surveyed cross sections, the channel slope below the tailwater control (0.017 ft/ft) and an estimate of hydraulic roughness. Mannings roughness (n) of 0.045 was assumed for the reach since the channel is characterized by boulder clusters with dense willow mats and cattail clusters.

Model results predict the water surface drop over each grade control weir at typical adult steelhead passage flows and at the no-flow condition (Table 4.1). From 8.1 cfs to 115 cfs GA2 creates a drop of 4.7 ft. At these same flows the drop over GA3 ranges between 2.9 and 3.3 feet. Since the drop height over GA3 is directly influenced by GA2 (Figure 4.6), rising flows reduce the drop height.

CDFG and NOAA requirements for water surface drops over grade control structures is 1 foot maximum for adult steelhead and 0.5 feet for resident trout and juvenile salmonids. Under all flow conditions, GA2 and GA3 have substantially greater drop heights. These structures are categorized as RED (impeding passage for all fish) under the CDFG assessment protocol and present a substantial impediment to migrating adult steelhead.

**Table 4.1 -** Water surface drops over GA2 and GA3 at no-flow and typical adult steelhead passage flows.

| | | Water Surface Drop | | | | |
|---|---|---|---|---|---|---|
| | | Flow (Exceedance) | | | | |
| **Station** | **Feature** | 0 cfs | 8.1 cfs (10%) | 19 cfs (5%) | 50 cfs (2%) | 115 cfs (1%) |
| 69+50 | GA 2 | 4.2 ft | 4.6 ft | 4.6 ft | 4.7 ft | 4.7 ft |
| 70+74 | GA 3 | 2.9 ft | 3.3 ft | 3.2 ft | 3.0 ft | 2.9 ft |



**Figure 4.2 –** Looking upstream at grade control GA2. The structure is anchored to the sacrete revetment wall (right side of photo) and to exposed bedrock on the other side. The tailwater pool was one of four large pools found in the study reach.




**Figure 4.3** – Looking upstream to GA3. Long shallow pool controlled by GA2 gives rise to dense growth of cattails.




**Figure 4.4** – Plan map drawing of the channel reach containing GA2 and GA3.




**Figure 4.5 –** Longitudinal profile showing location of grade controls GA2 and GA3 and the tailwater control (TWC) for GA2. *(Note: elevations shown are based on arbitrary datum)*




**Figure 4.6** – HEC-RAS results showing water surface profiles for GA2 and GA3 at 3 cfs and 115cfs (*note: elevations used in model were based on an arbitrary datum*).

## 4.2 Grade Controls BLDR WEIR, GA4 through GA6

The constructed boulder weir is located approximately 720 ft downstream of the Highway 101 bridge and tunnel and is followed upstream in sequence by grade controls GA4, GA5, and GA6. At this time we do not have information regarding the construction of the boulder weir but it is our understanding that it, and another weir further downstream, were built by California State Parks to stabilize the channel downstream of GA4 and reduce the drop over GA4 to improve fish passage. The downstream weir has subsequently failed. The remaining boulder weir is constructed of large, approximately 3 ton, rock placed in an upstream facing U shape.

Grade controls GA4 through GA6 are concrete construction, anchored on the left (east) bank into a sacrete revetment wall along the highway embankment. The right bank along this reach is a high terrace with exposed bedrock and large boulders. A hot spring enters the channel between GA5 and GA6 as evidenced by a strong sulfur smell and heavily calcified deposits around the culvert outlet.

**BLDR WEIR** (Sta 78+68) constructed by the State Parks using 3 ton boulders in an upstream "U" shape. It appears to be stable in its current condition, although it was likely taller when constructed and has subsequently lost some larger boulders. A second boulder weir constructed immediately downstream has completely failed. The remnants of this weir control the tailwater elevation for BLDR WEIR. The residual pool depth below the boulder weir is 2.7 feet.

**GA 4** (Sta 79+40) constructed from concrete and anchored on the left bank into a long sacrete revetment wall along the highway. The weir spans 27 feet across the channel and is 8 feet wide. The spillway has been retrofit with railroad ties to act as baffles. The thickness of the structure is 2 feet with 3 feet undercut. On the right bank, the structure has been formed around a large boulder/bedrock outcrop. The tailwater pool is one of the largest found in the study reach and is heavily armored on both banks with 2 to 4 ton RSP. It maintains a residual pool depth of at least 7.4 feet.

**GA 5** (Sta 81+22) constructed from concrete and anchored on the left bank into a long sacrete revetment wall along the highway and into a large boulder on the right bank. The weir spans 18 feet across the channel and is 4.5 feet wide. The tailwater pool is a long and stagnant, with algae and cattails dominant in the channel. GA4 is the hydraulic control for the pool below GA5. The pool has a residual depth of 1.2 feet. A 24-inch culvert with highway drainage and a hot spring both enter the channel upstream of GA5.

**GA 6** (Sta 82+23) constructed from concrete and anchored on the left bank into a long sacrete revetment wall and a large boulder and into an exposed bedrock outcrop on the right bank. The weir spans 18 feet across the channel and is 5 feet wide. The tailwater pool is a long and stagnant, with algae and cattails dominant in the channel. The pool has a residual depth of 1.6 feet. GA5 is the hydraulic control for GA6. There is a 3-foot wide notch cut into the upstream side of the concrete. Almost no undercut is visible on GA6.

The upstream channel is characterized by steep drops over well-defined boulder step pools. These step pools are created by the channel constriction formed by the highway revetment and bedrock

wall at the top of this reach, near the narrow Gaviota Pass. Many of the extremely large boulders appear to be colluvium from the hill slope, and not transported by the stream. The constrictions create small marshy areas upstream of each boulder step.

### 4.2.1 Fish Passage Hydraulics for Boulder Weir through GA6

Assessing fish passage conditions over the boulder weir and GA4, GA5 and GA3 involve determining the water surface drops over each structure at various fish passage flows. A HEC-RAS model was developed for this reach and model input included surveyed cross sections, the channel slope below the tailwater control (0.004 ft/ft) and an estimate of hydraulic roughness. Mannings roughness (n) of 0.05 was assumed for the reach since the channel is characterized by boulder clusters with dense willow mats and cattail clusters.

Model results predict the water surface drop over each grade control weir at typical adult steelhead passage flows and at the no-flow condition (Table 4.2). With the exception of the boulder weir, the drop heights over each of the grade control structures is controlled by the next downstream structure (Figure 4.12). From 8.1 cfs to 115 cfs the boulder weir maintains a drop of 1.3 ft, and GA4, GA5 and GA6 have average drop heights of 5.0 ft, 3.3 ft and 2.2 ft, respectively.

CDFG and NOAA requirements for water surface drops over grade control structures is 1 foot maximum for adult steelhead and 0.5 feet for resident trout and juvenile salmonids. Under all flow conditions, these four grade controls have substantially greater drop heights. These structures are categorized as RED (impeding passage for all fish) under the CDFG assessment protocol and present a substantial impediment to migrating adult steelhead.

**Table 4.2 -** Water surface drop for fish passage flows at the BLDR WR, GA4, GA5, and GA6 from HEC-RAS model results.

| | | **Water Surface Drop** | | | | |
|---|---|---|---|---|---|---|
| | | **Flow (Exceedance)** | | | | |
| **Station** | **Feature** | 0 cfs | 8.1 cfs (10%) | 19 cfs (5%) | 50 cfs (2%) | 115 cfs (1%) |
| 78+68 | BLDR WR | 1.7 | 1.3 | 1.3 | 1.3 | 1.3 |
| 79+40 | GA 4 | 5.2 | 5.1 | 5.0 | 4.9 | 4.8 |
| 81+22 | GA 5 | 3.5 | 3.4 | 3.3 | 3.2 | 3.0 |
| 82+23 | GA 6 | 2.3 | 2.3 | 2.2 | 2.1 | 2.0 |



**Figure 4.7 –** Looking upstream at GA4, which is controlled by a boulder weir constructed by CA State parks. GA4 is undercut approximately 3 ft and the banks and pool are scoured and have been reinforced by large rock placed along the highway revetment.




**Figure 4.8 –** Grade control GA5 located 80 ft upstream of GA4. Note the 36-inch highway drainage culvert and hot spring outlet located at the top of sacrete revetment wall.



**Figure 4.9 –** Grade control GA6 located 90 ft upstream of GA5.




**Figure 4.10** – Plan map drawing of the channel reach containing BOULDER WEIR, GA4, GA5, and GA6.




**Figure 4.11 –** Longitudinal profile showing location of the constructed boulder weir (BLDR_WR), grade controls GA4, GA5 and GA6, and the tailwater control (TWC) below the boulder weir. *(Note: elevations shown are based on arbitrary datum)*




**Figure 4.12 –** HEC-RAS results showing water surface profiles for the constructed boulder weir, GA4, GA5, and GA6 at 3 cfs and 115cfs. Note the drop over each grade control is influenced by the next one downstream. *(Note: elevations in model are based on arbitrary datum)*

## 4.3 BR_Chute, BLDR_JAM and GA7

**Bedrock chute (BR_CHUTE) between Sta. 91+16 and Sta. 95+38** was identified in the previous steelhead passage inventory and assessment (Stoecker, 2002) as a potential impediment to migrating steelhead. It is a 360 feet long section of channel that consist of a bedrock channel bed and left (east) bank (Figure 4.13). The right bank consists of a vertical concrete retaining wall. The bedrock channel through this section maintains an average slope of 3.7%. Within this section there are numerous bedrock steps and at the time of the survey in early October there were 6 pools that had water depths exceeding 1.5 feet.

**Boulder Jam (BLDR_JAM) at Sta. 95+55**, is formed by a cluster of about six large boulders that range in size between 5 and 10 feet in diameter, mixed with a number of smaller boulders (Figure 4.14). The boulder jam retains upstream alluvial bed material, forming the transition from a bedrock to alluvial bed channel. The streambed on the upstream side of the boulder jam is roughly 8 feet higher than the downstream bedrock channel bed. The left (east) most boulder is the largest and is partially held in place by the upstream end of a concrete retaining wall. Additionally, there is rebar doweled into the boulder that is connected to the retaining wall. Immediately upstream of the boulder is a 90 inch diameter corrugated metal culvert outlet for a tributary the drains a 0.7 $mi^2$ watershed. Flow has scoured the right bank creating a low-flow side channel with several steps and a pool.

**GA7 at Sta. 98+02** is a 4 feet wide by 2 feet thick concrete beam that spans the channel (Figure 4.15). It is 48 feet long and is skewed at roughly a 45-degree angle to the channel centerline. GA7 has an 80 ft long shallow pool and a 4 ft drop. The residual pool depth below GA7 is 2.0 feet. The grade control is undercut by more than 7 feet. It appears that this structure was originally constructed to protect a now-abandoned pipeline crossing (observed embedded in the concrete) from scour, which explains the skew to the channel alignment.

### 4.3.1 Fish Passage Conditions for Bedrock Chute, Boulder Jam, and GA7

**Bedrock chute (BR_CHUTE)** contains numerous hydraulic roughness elements, pools spaced an average of 60 feet apart, and the slope of the bedrock chute is no steeper than the downstream channel. The complexity of the channel bed makes it extremely difficult to model the fish passage hydraulics. However, because of its similarity to the adjacent channel, the bedrock chute appears to be no more of a impediment to upstream migration than the natural step pool and boulder cascade channel reaches downstream.

**Boulder Jam (BLDR_JAM)** contains a low-flow channel along the right bank. These types of side channels are frequently present in large boulder and log jams and can provide sufficient conditions to allow upstream steelhead passage under certain flow conditions. Because of the hydraulic complexity associated with these types of structures, passage assessment is typically based on professional judgment and monitoring.

The bottom end of the channel along the right side of the boulder jam contains a 2 ft to 3 ft drop onto sloping bedrock which does not contain a pool for steelhead to leap from. It is our professional judgment that steelhead are only capable of swimming through the passageway along the right (west) bank at moderate to high flows and that the jam is a barrier at both low flows (due to lack of a jump pool) and extremely high flows (due to velocity and turbulence in the side channel).

Boulder jams are transitory, and will typically break-apart and reform during large flood events. Additionally, side channels typically evolve and become larger over time, improving passage conditions. However, since it was assessed in 2001, there has been little change to the shape and condition of the boulder jam.

**GA7** was modeled using FishXing 3.0, software intended for the analysis of fish passage through stream crossings. The grade control structure was treated as a short box culvert and the drop over the structure was analyzed at various fish migration flows. The water surface drop over GA7 ranged from 4.1 feet at zero flow to 3.2 at the adult steelhead high passage flow of 115 cfs. (Table 4.3).




**Figure 4.13 –** Looking downstream at bedrock chute (BR_CHUTE), with tunnel of northbound Highway 101 in background. Note the bedrock banks on left and vertical concrete retaining wall forming right bank.



**Figure 4.14 –** Looking upstream at boulder jam (BLDR_JAM), located at upstream end of bedrock chute. The right boulder is secured to concrete retaining wall with rebar. There is a small channel around the jam on the left side of photo that adult steelhead can likely ascend during moderate to high flows. Lack of a leap pool at the base of the side channel makes it a barrier at low flows.



**Figure 4.15** – GA 7 is skewed at a 45-degree angle with the centerline of the channel. It is likely that this structure was built to protect a now- abandoned pipe that is visible in parts of the structure.




**Figure 4.16 –** Plan map drawing of the channel reach containing GA7




**Figure 4.17** – Longitudinal profile showing location of the bedrock chute, boulder jam (BLDR JAM), and grade control GA7.

**Table 4.3 -** Water surface drop for fish passage flows at the GA7 from FishXing model results.

| | | Water Surface Drop | | | | |
|---|---|---|---|---|---|---|
| | | Flow (Exceedance) | | | | |
| **Station** | **Feature** | 0 cfs | 8.1 cfs (10%) | 19 cfs (5%) | 50 cfs (2%) | 115 cfs (1%) |
| 98+02 | GA 7 | 4.1 | 3.9 | 3.7 | 3.5 | 3.2 |

## 4.4 Grade Controls GA8 through GA13

The most upstream group of grade control structures in the study reach is GA8 through GA13. Located approximately 2,500 feet upstream of the Highway 101 bridge and tunnel, they are grouped in series along a 700 feet reach of channel. Grade controls GA 8-13 are concrete construction and located in series anchored on the right bank into a sacrete revetment wall that runs along the southbound highway embankment. The left bank along this reach is an incised high terrace of native material with occasional large boulder exposures.

The channel immediately downstream of GA8 is characterized by a boulder field with cascades stepping up to the grade control. The boulder cascades appear to be a depositional feature caused by a channel constriction created by a 25ft high concrete wall on the left bank and exposed bedrock and large boulders on the right bank. Exposed bedrock is visible in the channel and along both banks.

**GA 8** (Sta 111+76) constructed from concrete and anchored into large mid channel boulder. GA8 appears to be a concrete apron poured over an existing boulder cluster. It is less than 1 ft thick, is undercut approximately 4 ft and appears to be failing. The downstream pool is controlled by boulders and has a residual depth of 1.4 feet. Fines and small gravels are stored behind GA8 and cattails are abundant in the long shallow pool between GA8 and GA9.

**GA 9** (Sta 112+50) and **GA 10** (Sta 113+71) are concrete weirs that span the channel. GA 9 is 10 feet wide and GA10 is 3 feet wide. They are both 30 feet long across the channel. A 4 ft x 4 ft concrete box culvert stamped 1931 enters the channel on the right bank between GA9 and GA10. Both of these structures do not appear to have much undercut on the downstream side. Both are anchored on the right bank to the sacrete revetment and on the left bank to native material. GA10 is failing along the left bank by flanking around the concrete structure and eroding the bank. The channel upstream is a low gradient depositional section with sand and small gravels, and abundant cattails. The residual pool depth below GA9 and GA10 are 3.8 feet and 2.5 feet, respectively.

**GA 11** (Sta 114+56) Constructed of concrete and anchored into the sacrete revetment on the right bank and a boulder cluster that is keyed into exposed bedrock on the left bank. GA11 spans 21 feet across the channel and is 3 feet wide. The pool below GA11 is relatively deep, with a residual pool depth of 4.2 feet.

**GA 12** (Sta 115+76) is anchored to the sacrete revetment on the right bank and to a large exposed boulder on the left bank. There is a well-defined tailwater pool created by the drop over GA12. The pool has a residual depth of 3.9 feet. The downstream channel between GA11 and GA12 is low gradient and populated by large boulders. The channel upstream of GA12 is a bedrock chute that completely spans the channel. It is roughly 60 feet long, and forms the tailwater control for GA13.

**GA 13** (Sta 117+46) located at the upper most end of the study reach. GA 13 is a concrete slab that is 1-2 ft thick and undercut approximately 5 ft. It is anchored to the sacrete wall and a large exposed boulder. There is ample evidence of scour from high flows. The residual drop is approximately 3

feet and plunges into a large tailwater pool that has a residual depth of 3.7 feet. The pool elevation is controlled by the bedrock chute immediately downstream.

### 4.4.1 GA 8-13 Fish Passage Hydraulics

Assessing fish passage conditions over GA8, GA9, GA10, GA11, GA12, and GA13 involve determining the water surface drops over each structure at various fish passage flows. A HEC-RAS model was developed for this reach and model input included surveyed cross sections, the channel slope below the tailwater control (0.047 ft/ft) and an estimate of hydraulic roughness. Mannings roughness (n) of 0.045 was assumed for the reach since the channel is characterized by boulders, willow mats and cattail clusters.

Model results predict the water surface drop over each grade control weir at typical adult steelhead passage flows and at the no-flow condition (Table 4.4). With the exception of the GA8 and GA13, the drop heights over each of the grade control structures are controlled by the next downstream structure (Figure 4.24 and Figure 4.25). During fish passage flows (8.1 cfs to 115 cfs) GA8, GA10, GA12 and GA13 create a drop ranging from of 2.0 ft to 4.7 ft. The notable exception is GA9, which is completely backwatered at all fish passage flows, and GA 11, which has a drop of less than 1 ft.

CDFG and NOAA requirements for water surface drops over grade control structures is 1 foot maximum for adult steelhead and 0.5 feet for resident trout and juvenile salmonids. GA8, GA10, GA12, and GA13 have drop heights greater than 1 foot at all flows. GA8 and GA13 have the largest drops and are categorized as RED (impeding passage for all fish) under the CDFG assessment protocol.

**Table 4.4 -** Water surface drop for fish passage flows at the GA8, GA9, GA10, GA11, GA12 and GA13 from HEC-RAS model results.

| | | Water Surface Drop | | | | |
|---|---|---|---|---|---|---|
| | | Flow (Exceedance) | | | | |
| **Station** | **Feature** | 0 cfs | 8.1 cfs (10%) | 19 cfs (5%) | 50 cfs (2%) | 115 cfs (1%) |
| 111+76 | GA 8 | 3.9 | 4.3 | 4.1 | 3.9 | 3.6 |
| 112+50 | GA 9 | 0.3 | 0.0 | 0.0 | 0.0 | 0.0 |
| 113+71 | GA 10 | 1.5 | 2.1 | 2.2 | 2.2 | 2.1 |
| 114+56 | GA 11 | 1.3 | 0.8 | 0.7 | 0.6 | 0.5 |
| 115+76 | GA 12 | 2.1 | 2.1 | 2.1 | 2.2 | 2.2 |
| 117+46 | GA 13 | 5.0 | 4.7 | 4.7 | 4.2 | 3.7 |



**Figure 4.18 –** GA8 appears to be a concrete apron less than 1 foot thick, poured over an existing boulder cluster. It is undercut approximately 4 ft and failing around the large mid channel boulder.



**Figure 4.19 –** GA9 has the smallest residual drop and backwatered during fish passage flows.




**Figure 4.20** –GA10 is failing along the river-left bank from flanking that has eroded the native material along the steep right bank.



**Figure 4.21** – GA11 and GA12 are keyed to sacrete and large boulders.



**Figure 4.22** - GA13 is keyed into the sacrete wall and large boulders and exposed bedrock. There is ample evidence of scour along the undercut wall and GA13 is undercut approximately 5 ft. The pool elevation is controlled by a bedrock chute the spans the entire width of the downstream channel.




**Figure 4.23** – Plan map drawing of the channel reach containing GA 8-13




**Figure 4.24** – Longitudinal profile showing location of the GA 8 through GA 13. *(Note: elevations shown are based on arbitrary datum)*




**Figure 4.25 –** HEC-RAS results showing water surface profiles for the constructed GA8, GA9, GA10, GA11, GA12 and GA13 at 3 cfs and 115cfs. *(Note: elevations in model are based on arbitrary datum)*

## 4.5 Fish Passage Summary

As discussed in Chapter 3, CDFG first phase filter categorizes a structure as RED if the drop is greater than 2 feet and GRAY if less than 2 feet. CDFG and NOAA design criteria define a drop of 6 inches or less as being suitable for both adult and juvenile salmonids. Therefore, we defined a drop of 6 inches or less as GREEN.

The residual drop is the difference between the weir crest and the tailwater control elevations, also referred to as the no-flow drop height. The residual drop over each grade control structure is presented in Table 4.5 in order of severity. Note that the largest drop is generally associated with the most downstream grade control structure within each group.

**Table 4.5** – Summary of drop height as applied to fish passage and ordered by severity of barrier.

| Grade Control | No-Flow Drop Height | CDFG Filter Category |
|---|---|---|
| GA4 | 5.2 feet | RED |
| GA13 | 5.0 feet | RED |
| GA2 | 4.2 feet | RED |
| GA7 | 4.1 feet | RED |
| GA8 | 3.9 feet | RED |
| GA5 | 3.5 feet | RED |
| GA3 | 2.9 feet | RED |
| GA6 | 2.3 feet | RED |
| GA12 | 2.1 feet | RED |
| BLDR WEIR | 1.7 feet | GRAY |
| GA10 | 1.5 feet | GRAY |
| GA11 | 1.3 feet | GRAY |
| GA9 | 0.3 feet | GREEN |

# 5 Geomorphic Assessment

Gaviota Creek flows from north to south, cutting through the Traverse Range of the Santa Ynez Mountains in southwestern Santa Barbara County. Gaviota Creek is unique, since none of the other streams draining the Santa Ynez Mountains from Point Conception to the Ventura River cuts through the Traverse Range. As the creek flows towards the ocean it enters Gaviota Canyon, which becomes increasingly narrow until reaching the "pass"; a location where the canyon is less than 30 feet wide, confined by nearly vertical bedrock cliffs (Figure 5.1). The exposed bedrock throughout the canyon is predominately sedimentary and the horizontal strata have been tilted nearly vertical. The bedrock and large colluvium within the channel is mostly composed sandstone and mudstone. There are also numerous sulfur hot springs surfacing along the canyon walls

The channel is geologically incising, apparently accelerated by alterations made to the channel's alignment, length, and streambank composition as a result of the highway. This incision process and the presence of constructed grade control structures to prevent further incision and bank erosion has lead to numerous steelhead migration barriers through Gaviota Canyon. Therefore, the focus of this geomorphic assessment is on the causes of channel incision and role of the grade control structures in maintaining the existing channel grade.

## 5.1 History of the Highway and Resulting Changes to the Channel

Even prior to the first road being constructed, bedrock and large colluvium along the stream's bed and banks constricted the channel. As described by Chesnut (1993), wagons could not go through the pass until 1854, when the cliffs were chiseled to make a wide enough roadway. The first County road through Gaviota Canyon was constructed in 1861. Construction involved the use of dynamite to widen the road at the pass and placing a wooden bridge over the creek near the location of the current bridge. The road was too narrow for wagons to pass one another in numerous locations.

The Division of State Highways took ownership of the road in 1915. In 1931 the section of highway through the canyon was reconstructed to accommodate increased traffic. Initially, it was estimated that the highway would need to cross Gaviota Creek nineteen times within the three-mile section running through the canyon. To avoid this, the channel was straightened in places and numerous concrete retaining walls were constructed.

### 5.1.1 Lower Gaviota Creek Channel Realignment

In 1934 a road straightening project between Gaviota and La Honda involved removal of a large meander in lower Gaviota Creek and rerouted the channel along the road embankment, as evident in the 1943 air photo (Figure 5.2). Subsequently, the channel alignment was further altered. In total, changes in channel alignment shortened the channel length by as much as 1,600 feet.



(a)



(b)

**Figure 5.1** – Looking upstream at the "pass" in Gaviota Canyon, **(a)** illustrated during an early expedition prior to the first road (from Chesnut, 1993) and **(b)** under present conditions, with the southbound 101 bridge crossing the creek. Note the overhanging bedrock formation in the upper left in both images.




**Figure 5.2** – Aerial photograph from 1943 showing current and historic alignment of Gaviota Creek between the ocean and the first set of grade control structures (GA2 and GA3). Current alignment is roughly 1,600 feet shorter than the historic alignment.

Shortening the channel length would initially result in a steepening of the overall grade. An expected channel response within this previously unconfined reach would be headward incision of the channel bed, decreasing the slope back to its historic grade within the realigned reach. Although the realigned reach was not surveyed as part of this project, we estimate it has an average channel slope of roughly 0.5%. This was based on:

1. Current channel length from the upstream end of the realignment to the estuary,

2. The surveyed elevation at the upstream end of the realigned channel (where this projects survey began), and

3. Assuming the channel bed is near mean sea level at the upstream end of the estuary.

Based on a loss of 1,600 feet of channel length and a channel slope of 0.5%, the upstream channel may have experienced up to 8 feet of incision. Incision of the upstream channel bed appears to be partially controlled by exposed bedrock in two distinct locations (Figure 5.5) and possibly by the lower two grade control structures (GA2 and GA3).

## 5.2 Channel Morphology

The surveyed channel reach begins 2,200 feet downstream of the first grade control structure (GA2) and extends through the confined sections of Gaviota Canyon to the second southbound 101 bridge crossing, for a total distance of 7,700 feet (Figure 5.3). From GA2 to the second bridge, the channel maintains a steep grade and the channel bed and banks are controlled by a combination of large colluvium, boulder jams, bedrock outcroppings, concrete grade control structures, hardened road embankments, and concrete retaining walls. To assist in defining the existing geomorphic channel characteristics and describing the channel interactions associated with the existing grade control structures, we have categorized the surveyed channel into three reaches: Lower, Middle, and Upper.

### 5.2.1 Lower Channel Reach

The lower surveyed channel reach begins at the upstream end of the realigned channel (Sta. 48+50) and continues to the base of the boulder weir (BLDR_WEIR) just downstream of grade control structure GA_4 (Sta. 78+00). The reach is 2,950 feet in length and has an average channel slope of 1.3%. A Wolman pebble count was conducted within the reach, just downstream of GA_2, to help classify the surface substrate (Figure 5.4). The substrate is alluvial and the predominate material is gravel (54%), followed by cobble (27%). The reach also contains some large boulders (>3 feet diameter) and sand (Table 5.1).

This lower channel reach lacks rhythmic bedforms and is characterized by long stretches of relatively featureless bed. Using the Montgomery and Buffington classification system (1997), the morphology of the lower reach can best be described as a plane-bed alluvial channel.

Throughout the entire reach the right bank of the stream is confined by the hill slope to the west. In several distinct locations bedrock outcroppings protrude into the channel, controlling the grade and forcing pools to form immediately downstream.




**Figure 5.3 –** Longitudinal Profile of Gaviota Creek Study Reach. 1.45 miles were surveyed from river mile 0.92 (from the ocean) to river mile 2.37.




**Figure 5.4 –** Size distribution of substrate within Gaviota Creek, measured using a Wolman style pebble count (n = 100). The sample locations were approximately 100 feet downstream of GA2 (Lower Reach) and immediately upstream of the boulder jam (Upper Reach)

**Table 5.1** – Frequency of substrate by class from Wolman pebble count.

| Size Class | Max Size (mm) | Frequency Lower Reach | Frequency Upper Reach |
|---|---|---|---|
| Sand, Silt, Clay | 2 | 10 | 11 |
| Gravel | 64 | 54 | 30 |
| Cobble | 256 | 27 | 42 |
| Boulder | 4056 | 9 | 17 |




**Figure 5.5** – The lower reach is predominately a plane-bed stream (left) with bedrock outcroppings (right) along the right bank forcing the formation of pools.

Within the lower 2,000 feet of the reach the left (east) bank is relatively unconfined with a large active point bar separating the channel from the highway. The bar consists of large cobbles and contains a high-flow scour channel. Beginning at the first grade control the channel becomes highly confined by the valley wall along the right bank and hardened highway embankment along the left bank. Likely the historic stream alignment was to the east, where the highway is currently located.

#### Influence of Grade Control Structures within Reach

The downstream end of the lower channel reach was undoubtedly affected by the channel realignment that occurred in the 1930's. The shortening of the downstream channel by as much as 1,600 feet may have resulted in up to 8 feet of channel incision. Bedrock outcrops within the reach likely help to control the grade and reduced the upstream extend of incision. However, it is likely that the drop over the first two grade control structures (GA2 and GA3) is partially a result of channel incision occurring due to the downstream realignment combined with constriction of the channel from the road embankment.

The residual drop over GA2 is 4.2 feet, created by a combination of headward incision and localized scour from plunging flow over the weir. The scour pool is more than 100 feet long and is over 10 feet deep. The length of the scour pool, which consists of a flat rather than sloping water surface, is responsible for as much as 1.3 feet of the drop height over GA2.

### 5.2.2 Middle Channel Reach

The middle reach begins below the constructed boulder weir (BLD_WEIR) at Sta. 78+00 and ends immediately downstream of the boulder jam (BLDR_JAM) at Sta. 95+25. The average channel slope through this reach is 4.0% and the channel is highly constricted by both the canyon walls and the highway embankments. The channel reach includes boulder cascades, boulder step-pools, and a bedrock chute (Figure 5.6).

#### Lower Section (from Boulder Weir to GA6)

At the beginning of the middle reach there is a series of four grade controls: the boulder weir, GA4, GA5 and GA6. Throughout this section of channel the left bank is composed of sacrete along the sloping road embankment. From the boulder weir upstream to GA5 the right bank is composed of a nearly vertical 10 to 15 feet tall bank along a large alluvial that appears to be highly erosive. From GA5 to upstream of GA6 the right bank is composed of bedrock. The active channel width through this section is relatively consistent, at 35 feet. Within this roughly 550 feet section of channel the bed is completely controlled by the grade control structures, with long pools formed between each one. The bed composition within the pools range from sand and silt to boulder size substrate.

#### Mid Section (from GA6 to 101 bridge at Gaviota Pass)

Upstream of GA6, from Sta. 82+60 to Sta. 85+60, the channel morphology becomes dominated by large colluvial boulders (up to 18 feet diameter) within the channel. The right bank is vertical bedrock and the left bank is a combination of colluvial large boulders and sacrete armoring the road embankment. The stream consists of boulder steps and two large pools. This 300 feet long section maintains an average slope of 3.0% and an active channel width of 35 feet. From historic photographs of the Gaviota Pass, it appears this reach has not changed significantly since the construction of the highway.




**Figure 5.6** – Middle reach, from downstream to upstream, consists of (a) four grade controls with long pools in-between, followed by sections of large boulder step-pools and cascades (b and c), and a constricted bedrock channel (d).

**Upper Section (101 bridge at Gaviota Pass to Bedrock Chute)**

Immediately downstream of the southbound Highway 101 bridge at the Gaviota Pass the channel morphology is a steep boulder cascade with an average active channel width of about 40 feet. Throughout this 535 feet long section (Sta. 85+60 to 90+95) the average channel slope is 4.6%. The bridge does not appear to further constrict the channel width, which is naturally constricted by the bedrock and boulders. Once upstream of the bridge the left and right banks are constricted by vertical concrete retaining walls that rest on bedrock. Channel width average 40 feet and the bed morphology is a combination of cascades and boulder forced step pools.

**Bedrock Chute to Boulder Jam**

From Sta. 90+95 to Sta. 95+40 the bed of the channel consists of relatively flat bedrock. Although the right bank continues to be defined by a vertical concrete retaining wall, the left bank becomes bedrock and the channel width narrows slightly. The average slope through this bedrock section is 3.8%. The end of this section is distinguished by a large boulder jam and change in the morphology of the channel bed and banks.

**Influence of Grade Control Structures within Middle Reach**

As evidenced by the thickness and undercutting of the grade controls, GA4 through GA6 were likely originally constructed at, or slightly above the grade of the streambed. As with the other groups of grade control structures, all of the drop in grade through this channel section occurs at the grade controls. Although grade is controlled by boulder cascades and steps within the channel immediately upstream of GA4 through GA6, the grade control structures have scoured the channel below each drop, preventing the formation of boulder steps or cascades between the grade controls. Within the shallow pools between each grade control there are numerous boulders that could help maintain the channel grade if the grade control structures were removed. However, removal of these grade controls may result in localized failure of the sacrete armored highway embankment if action was not taken to stabilize them.

### 5.2.3 Upper Channel Reach

The upper reach begins at the boulder jam (BLDR_JAM) at Sta. 95+25 and ends at the bridge crossing on southbound Highway 101, at Sta. 122+85 near the end of the surveyed longitudinal profile. The reach length is 2,760 feet and the average channel slope is 2.4%. Northbound Highway 101 lane is adjacent to the left (east) bank and southbound traffic travels adjacent to the right bank. In addition to the boulder jam, there are 7 concrete grade control structures within the reach.

The reach has two distinct sections: from the boulder jam to GA8 and from GA8 to the Highway 101 bridge. Throughout the entire reach the channel is highly incised and constricted by bedrock outcrops, hardened highway embankments, and vertical retaining walls. The channel includes boulder cascades, bedrock dominated step-pools, and long glides. (Figure 5.7).

**Lower Section (from Boulder Jam to GA8)**

The transition from the middle to upper reach is distinguished by a change from a bedrock to an alluvial channel bed, which occurs at a large boulder jam at Sta. 95+25. The boulder jam retains alluvial material, creating a 6 feet rise in the channel bed. From the boulder jam to GA8 at Sta. 111+60 the channel morphology consists of an alluvial bed with a repeating sequence of boulder steps and cascades followed by long glides, or shallow pools. This 1,635 feet section of channel maintains an average slope of 2.7% and an average active channel width of 30 feet.

This section of channel is straight and the banks are confined by the highway embankments. For roughly 800 feet, from the boulder jam to Sta. 103+30, the left (east) bank consists of the highway embankment. The embankment slopes at approximately 1H:1V and is armored with sacrete and rip rap. Between Sta. 104+50 and 110+00 the right (west) bank consist of a 540 feet long by 25 feet tall vertical concrete retaining wall. The remaining 160 feet of the channel section has rip rap armoring the right bank.




**Figure 5.7 -** Upper reach, from downstream to upstream, consists of (a) boulder steps and boulder cascades followed by long glides, highly confined banks due to the proximity of the highway (b and c), followed by a section of channel bed controlled by bedrock (d) and concrete grade control structures.

To help characterize substrate within this lower section of the Upper Reach, a Wolman pebble count was conducted upstream of the bolder jam. Sampled substrate was 42% cobble, followed by gravel and then boulders (Table 5.1).

**Upper Section (from GA8 to Highway 101 Bridge)**

The upper section begins at grade control GA8 at Sta. 111+60 and continues to the Highway 101 bridge crossing at Sta. 122+85. This 1,125 feet section of channel maintains an average slope of 1.9% and is distinguished by six concrete grade control structures and several bedrock exposures. With the exception of one short section a bedrock, the right (west) bank consists completely of a

1H:1V sloping sacrete armored road embankment. The left bank is primarily exposed bedrock from GA8 through GA13. At Sta. 118+60 to the Highway 101 bridge the left bank consist of a straight 400 feet long section of sloping sacrete embankment.

For GA9 through GA12 the drop height is controlled by the next downstream grade control. The result is long pools between each grade control. Within the pools are some large boulders mixed with smaller substrate.

## Influence of Grade Control Structures within Reach

*Boulder Jam*
The boulder jam, which is partially held in place by the concrete retaining wall along the left bank and rebar dowelled into the left boulder, is the most substantial grade control feature surveyed as part of this study. It may possibly prevent the upstream channel from scouring to bedrock, as is the case downstream of the boulder jam. If the jam breaks apart, there is potential for substantial incision of the upstream channel bed. There is a well-defined channel around the side of the jam that appears suitable for adult steelhead passage at moderate to high flows. Modification should be considered to improve low-flow passage conditions by creating a pool at the base of the side channel.

*Grade Control GA7*
GA7 has an 80 ft long pool and a 4 ft drop. When accounting for the overall slope within this section of channel, the length of the pool accounts for roughly 2 feet of the total drop height. If this grade control was removed there appears to be ample boulders within the channel immediately upstream that would prevent upstream channel incision. Furthermore, it appears that this structure was originally constructed to protect a now abandoned pipeline crossing, and was not intended as a grade control structure.

*Grade Control GA8*
GA8 consists of concrete poured around an existing boulder step, and bedrock was found to be spanning the channel 40 feet upstream. Although some localized problems with the stability of the sacrete embankment may occur if GA8 was returned to a natural boulder step, headward erosion and incision does not appear to be a concern.

*Grade Controls GA9 through GA12*
At the bottom of the pool below GA12 there is bedrock spanning the channel bed, as well as being just downstream of GA9. There is also a bedrock chute between GA12 and GA13. Due to the presence of bedrock throughout much of the reach, removal of GA9 through GA12 would likely only result in relatively minor changes in the channel bed elevation. Removal of GA12 would result in the channel incising down to bedrock between Sta. 115+67 and 116+35. This would likely increase the length of the bedrock reach from about 50 feet to 120 feet and cause some localized stability problems with the sacrete along the right bank.

*Grade Control GA13*
GA13 is located at a bedrock constriction in the channel and appears to be maintaining the upstream channel grade, which is less steep than downstream. Removal of this grade control would

likely cause substantial upstream incision and threaten the stability of the sacrete embankments located along both sides of the creek.

## 5.3 General Observations

This section gives a larger scale perspective of the entire 6,700 feet of surveyed channel and the geomorphic processes that are occurring.

### 5.3.1 Rate of Colluvial Inputs within Canyon

From the first grade control GA2 to the end of the survey the vast majority of the channel banks are hardened with retaining walls, sacrete, or rip rap. As a result of this bank hardening, there is no signs of bank erosion or recent inputs of colluvial material from the adjacent canyon walls, terraces, or tributaries. Additionally, one of the only sizable tributary to Gaviota Canyon, upstream of the pass, enters the channel through a 90 inch culvert just upstream of the boulder jam. Recently a large "trash rack" above the culvert inlet was added that now traps all large alluvial material. The other large tributary is at the Northbound rest area. It plugged with sediment and debris during recent floods, preventing the larger bedload from routing into Gaviota Creek. Additionally large colluvium that comes down the hillsides from landslides is frequently removed and transported offsite by CalTrans, preventing it from entering the main channel. Upstream of the survey, as the channel leaves the canyon, the hill slopes become more gentle sloping and there is little in the way of large colluvium in the channel.

Since recent colluvial inputs are minimal, it is likely that the vast majority of colluvium within the channel entered the channel prior to the construction of the highway and the rate of colluvial input has declines substantially (although upstream sediment supply of fine grain material is high). The possible decrease in rate of colluvial inputs combined with factors, such as channel constriction and realignment, has likely accelerated the incision rate within the canyon and may be partially responsible for the bedrock chute below the boulder jam. Over time the loss of colluvial inputs may cause more of the channel to incise to bedrock, potentially threatening the stability of the existing highway embankments and retaining walls and further impact upstream steelhead passage.

### 5.3.2 Channel Realignment

Channel degradation within the lower reach, from just upstream of GA3 to GA6 appears to be the result of relocating and straightening of the channel. Given the width of the canyon it is possible that the channel was historically located further to the east and was not as straight. Maps and documents showing the historic location of the channel prior to the construction of the highway would be useful in determining the channel reaches that have been relocated and the length of channel that has been lost due to channel straightening and relocation.

# 6 Recommendations

## 6.1 Potential Solutions for Improving Fish Passage

The six most challenging grade control structures for upstream passage of adult steelhead are:

| Grade Control Structure | No-Flow Drop Height |
|---|---|
| GA4 | 5.2 feet |
| GA13 | 5.0 feet |
| GA2 | 4.2 feet |
| GA7 | 4.1 feet |
| GA8 | 3.9 feet |
| GA5 | 3.5 feet |

The remaining six concrete grade control structures have drops ranging between 2.9 feet and less than 0.5 feet. Improving passage conditions at these six structures is key to improving fish passage through Gaviota Canyon. However, since the structures are located in groups (except for GA7) it is most practical to develop recommendations that address passage for each group.

Development of preliminary recommendations for improving passage was approached by considering each of the grade control groups.

### 6.1.1 GA2 and GA3

As described in Chapter 5, a large proportion of the drop over each of these grade controls is related to the length of the downstream scour pool. The length of the pools below GA2 and GA3 are 100 feet and 124 feet, respectively. The remaining grade maintained by these structures is likely attributed to the channel incision as a result of large scale channel realignment that shortened the channel length by as much as 1,600 feet.

**Site Scale Approach**

**(1) *Leaving Grade Controls In-Place***
A series of boulder grade control weirs could be used to buildup the downstream channel below GA2 and from GA2 to GA3. To ensure the structural integrity of the boulder weirs, a roughened channel approach (Bates 2003) should be used that armors the bed and banks in between each weir with a mix of imported rock. Drops between weirs should be kept to roughly 6 inches to provide passage for juvenile and resident trout and to effectively dissipate energy. Since the upstream channel maintains an average slope of 4%, it would be reasonable that the weirs be spaced such that the constructed slope is approximately 4%. This would make the reach similar geomorphically and hydraulically to the upstream natural channel. The length of the roughened channels would not need to be any longer than the existing downstream scour pools.

**(2) *Replace Existing Grade Controls with Constructed Boulder Step-Pool Reach***
An alternative approach would be to remove the existing grade controls, GA2 and GA3, and construct new grade control in the form of boulder step-pools. The regraded channel section could begin at the existing downstream end of GA2's scour pool and end near Sta. 71+50 (Figure 6.1), where the channel beings to move away from the highway embankment. Similar to the previous option, the boulder steps should have drops of 6 inches or less and the design should follow typical roughened channel construction techniques. This reach would have an average channel slope of only 2.2%, which would provide an average spacing of 22 feet between boulder steps. Since the slope would only be 2.2%, the stability and fish passage through the regrade channel could be better than the previous option that would require a 4% slope. The stability of the sacrete revetment along the highway embankment could likely be maintained since the channel thalweg (flow-line) would be close to its current elevation.




**Figure 6.1** – A potential fish passage solution is removal of GA2 and GA3 combined with regrading the channel and constructing stable boulder step-pool morphology between 68+50 and 71+50.

**Large Scale Approach**
Adding length to the downstream channel, where the historic meander was eliminated is a large scale alternative (Figure 5.2). This lower reach of channel has been placed in a ditch along the toe of the highway embankment. To increase the channel length, habitat complexity and riparian canopy, Gaviota Creek could be moved to the west, where a large low alluvial terrace exists. This location would allow for increasing the channel sinuosity and length and would move the channel away from the highway embankment.

### 6.1.2 GA4 through GA6

Improving steelhead passage at this group of grade control structures may be the most challenging of all. The two boulder weirs that were constructed downstream of GA4 to improve fish passage (one weir failed shortly after construction) appear to have decreased the drop by roughly 2 feet. However, GA4 still maintains the largest drop (5.2 feet) of all 13 grade control structures. The nearly 15 feet tall vertical alluvial right (west) bank appears highly erosive, making it difficult to add additional grade control downstream of GA4 without pulling back the bank to a more gradual slope.

The channel was undoubtedly straightened to some degree between GA3 and GA6. This loss of channel length, and possibly moving the channel into smaller and less consolidated material, may explain the large grade difference from below GA4 to GA6.

## Site Scale Approach

### *ReplaceGA4 and GA5 with boulder step-pools and Modify GA6*

Given the difficulty in attempting to steepen the channel grade downstream of GA4, as evident by the previous attempt to install two boulder weirs, an alternative approach would be to remove GA4 and GA5 and regrade the 250 feet long section at roughly a 3.6% slope. For grade control, a roughened rock channel shaped as a step-pool morphology could be constructed. Although this type of grade control requires a large volume of rock of varying sizes, it tends to be much more stable than individual boulder weirs. Since regrading the channel would lower the thalweg (flow-line) in some locations (Figure 6.2), the structural integrity of the existing sacrete revetment along the highway embankment would need to be evaluated and structural modifications would likely be required.

GA6 appears to be a natural constriction point in the channel, with bedrock along the right bank and either bedrock or a very large boulder along the left bank (Figure 4.9). Fish passage could be improved by removing and reshaping the concrete in GA6 to make for a more natural type of step. Making the drop more complex would help eliminate the sheeting flow over the weir and make it hydraulically resemble the numerous boulder and bedrock steps that are immediately upstream.




**Figure 6.2 -** A potential fish passage solution is removal of GA4 and GA5 combined with regrading the channel and constructing stable boulder step-pool morphology between 79+00 and 81+50. This would also require modification of GA6 along with possible structural reinforcement and scour protection for highway embankment.

**Large Scale Approach**

The channel was undoubtedly straightened through this reach. Increasing the length of the channel through this reach would provide more distance to make-up grade. Between about Sta. 76+00 and 81+00, just downstream of GA5, there is a relatively flat alluvial terrace to the west of the existing channel (Figure 6.3). One alternative to explore is moving the channel to the west and away from the highway. This option could add over 100 feet of length to the channel and provide effective fish passage while eliminating problems associated with the stability of the sacrete revetment and confinement of the channel. Within the constructed channel more natural-type grade controlling features could be included. It would also provide an opportunity to enhance the aquatic and riparian habitat of the stream. The new channel would need to reconnect to the existing channel downstream of GA5 due to a bedrock outcropping and end of the terrace. The grade of the new channel could be sufficiently raised to eliminate the barrier at GA5, and possibly at GA6.



**Figure 6.3** – The channel could be relocated away from the highway into the alluvial terrace to the west of GA4.

### 6.1.3 Bedrock Chute and Boulder Jam

As described in the fish passage section of Chapter 4, no modification to the bedrock chute is recommended at this time. However, modification to the boulder jam should be explored to improve passage through the side channel along the right (west) bank. This modification should focus on creating pools of sufficient depth for steelhead to be able to leap over the drops that occur in the side channel at low and moderate flows. Additionally, annual monitoring of the boulder jam should occur to track its conditions. If the boulder jam becomes mobile, the upstream channel may

become unstable, threatening the highway embankment, and possibly fish passage. If this occurs, any repair projects should consider fish passage.

### 6.1.4 GA7

GA7 appears originally constructed as scour protection for a pipeline crossing that is now abandoned. Based on the longitudinal profile, GA7 appears to be influencing the upstream channel grade for only 100 feet or less. In this 100 feet section the road embankment along the left (east) bank is armored with rip rap (RSP). It is our recommendation that GA7 be removed and the upstream channel allowed to regrade itself. Prior to removal, an engineering investigation should be conducted to see what modifications, if any, to the RSP would be required to ensure protection of the highway embankment.

### 6.1.5 GA8 through GA13

Between GA8 and GA13 the highway embankment for the southbound lanes forms the streams right bank. Throughout this section the right bank, sloping at 1H:1V or steeper, consists of sacrete revetment. The left bank is mostly bedrock. GA8 consists of concrete poured around an existing boulder step, and bedrock was found to be spanning the channel 40 feet upstream. At the bottom of the pool below GA12 there is bedrock spanning the channel bed. Also, a 40 feet long bedrock chute spans the channel between GA12 and GA13.

**Site Scale Approaches**

***Construct Concrete Fishway through Bedrock Section***

Given the confinement of this reach by numerous bedrock exposures and outcropping along the left bank and channel bottom and the highway embankment along the right bank, one potential approach is to remove the existing grade controls and construct a pool-and-weir type fishway. This would be a series of concrete weirs strategically placed to utilize the bedrock where possible. They would span the channel, similar to the existing grade control structures, and be keyed into the bedrock bank on left and the sacrete revetment on right. Following typical fishway design standards, the weir shape would be designed for fish passage and would be sufficient in height to form pools that are at least two feet deep. Drop from weir to weir should not exceed 6 inches and pools would be sized sufficiently large to avoid a turbulence barrier.

***Removal of GA8 through GA13***

An alternative approach would be to remove the existing grade controls GA8 through GA13, which would provide the best fish passage conditions. Due to the presence of bedrock throughout much of the reach, the resulting channel incision would likely be relatively minor in most locations. This approach would require extensive field mapping of bedrock and a structural assessment of the existing sacrete revetment along the highway embankment. It may also include strengthening or reconstructing some of the existing revetments.

## 6.2 Develop an Action Plan

We recommend that an action plan be developed to address each group of barriers. Barriers should be addressed from downstream to upstream, where feasible. Generally, groups of grade controls should be addressed together rather than one grade control at a time.

Developing any of the recommended options will require CalTrans to conduct an investigation of the structural integrity of the sacrete revetments adjacent to each grade control structure. Therefore, the appropriate next step in addressing these barriers may be to conduct a structural investigation of these sacrete revetments throughout the entire Gaviota Canyon. If there is a maintenance plan already in existence for performing repairs on any of these sections, this may also serve as an opportunity to include features that improve fish passage.

Many of the potential solutions for improving fish passage can also serve as an opportunity to improve the condition and safety of the highway and its drainage features.

# 7 References


California Dept. of Fish and Game (CDFG). 2002. *Culvert criteria for fish passage.*

Chesnut, Merlyn. 1993.The Gaviota Land, A Glimpse into California History from a Bend on El Camino Real. Fithian Press Santa Barbara CA. 253 pages.

Montgomery, D. R., and Buffington, J. M. (1997). Channel-reach morphology in mountain drainage basins. Geological Society of America Bulletin, 109(5), 596-611.

NOAA Fisheries. 2001. *Guidelines for salmonid passage at stream crossings.* NMFS SW Region. 14 pages

Taylor, Ross and Michael Love. 2003. Part IX – Fish passage evaluation at stream crossings. In California Salmonid Stream Habitat Restoration Manual. CA Dept of Fish and Game. 64 pages.

USGS. 1982. Guidelines for determining flood flow frequency. Bulletin #17B of the Hydrology Subcommittee. Interagency Advisory Committee on Water Data, US Dept. of Interior, Geological Survey, Virginia.

Stoecker, Matt. 2002. Steelhead Assessment and Recovery Opportunities in Southern Santa Barbara County. Conception Coast Project. Santa Barbara, CA. 439 pages.

Wannanan A. O. and J. R. Crippen, 1977. Magnitude and frequency of floods in California. U. S. Geological Survey, Water resources Investigation 77-21, Menlo Park, CA .96 p.

# APPENDIX A

## Fish passage assessment of two Highway 101 Culverts

Upper Gaviota Creek (GA_20)
Las Canovas Creek (GA_CA_1)

# Steelhead Passage Assessment of Highway 101 Stream Crossings on Upper Gaviota and Las Canovas Creek



**Prepared by:**
***Michael Love & Associates***

**and**

***Stoecker Ecological***

March 15, 2007

Michael Love & Associates
Hydrologic Solutions
PO Box 4477 • Arcata, CA 95518 • (707) 476-8938

STOECKER ECOLOGICAL™
NATURAL RESOURCE ASSESSMENT AND RESTORATION SERVICES

March 15, 2007

# Fish Passage Assessment of Highway 101 Culverts on Upper Gaviota Creek and Las Canovas Creek

**Table of Contents:**

**1) Overview** ... 1
**2) Activities** ... 2
**4) Hydrology and Fish Passage Flows** ... 3
**5) Fish Passage Assessment Criteria** ... 5
**6) Findings** ... 6
**7) Summary** ... 11
**8) Recommendations** ... 11
**9) Conclusions** ... 12
**9) References** ... 12

## *1) Overview*

This report summarizes the assessment of existing fish passage conditions for two CalTrans maintained stream crossing on Highway 101 within the Gaviota Creek watershed of Southern Santa Barbara County. The crossings are Highway 101 at Upper Gaviota Creek (Barrier ID: GA_20) and Highway 101 at Las Canovas Creek (Barrier ID GA_CA_1). **Figure 1** shows the location of the two stream crossings. These road-stream crossings were identified as impassable in a recent steelhead habitat and passage assessment report (Stoecker, 2002). The earlier assessment was for the entire southern Santa Barbara County and passage was assessed based primarily on professional judgment.

The intent of the current assessment is to quantify the passage conditions at the two culverts by following the Assessment Protocol (Taylor and Love, 2003). This work was funded through California Department of Fish and Game's California Coastal Salmon Recovery Program. It was performed in conjunction with a fish passage and geomorphic assessment for 12 grade control structures in Lower Gaviota Creek, in Santa Barbara County along Highway 101.

In the previous assessment by Stoecker, these two crossings were identified as complete barriers (Severity = 1). The Highway 101 culvert on Upper Gaviota Creek was given the highest priority within the watershed, and if passage was reestablished at this crossing steelhead would regain access to over 1.9 miles of "high" quality salmonid habitat. The Highway 101 culvert on Las Canovas Creek was given the second highest priority within the watershed, and if passage was reestablished at this crossing steelhead would regain access to as much as 0.46 miles of "high" to "moderate-high" quality salmonid habitat.




**Figure 1** – Location of the two assessed Highway 101 stream crossings (GA_20 and GA_CA_1) shown on the USGS 7.5 minute Solvang quadrangle.

## *2) Activities*

The Upper Gaviota Stream Crossing and the Las Canovas Creek stream crossing was surveyed on October 15th 2006. Both are owned and maintained by CalTrans, however the land owner upstream and downstream of the Upper Gaviota Creek crossing was not contacted for access, preventing a quantitative assessment of the adjacent stream channel. However, from survey data collected within the CalTrans Right-of-Way we were able to assess the hydraulic conditions in the culvert as relating to fish passage.

The survey followed the California Department of Fish and Game (CDFG) fish passage assessment protocol (Taylor and Love, 2003). Tasks included taking standard measurements of the culvert, surveying a longitudinal profile through each culvert, surveying a channel cross section at the tailwater control below each crossing, and measuring active channel widths upstream of each crossing within accessible areas. Since the tailwater control for the outlet pool at the Upper Gaviota crossing was beyond the CalTrans right-of-way, the tailwater cross section was surveyed using the prismless feature of the survey equipment.

The data from the field survey of the two sites was entered into spreadsheets for analysis. Culvert slopes and outlet drops were calculated and plots were made of the longitudinal profiles. Using the CDFG protocol for analyzing passage conditions, we calculated the fish migration flow range for adult steelhead, adult rainbow trout, and juvenile trout. Then, using

CDFG prescribed swimming and leaping abilities and minimum water depth requirements, we analyzed fish passage conditions through each culvert using FishXing 3.0.

## *4) Hydrology and Fish Passage Flows*

### Peak Flow Estimates

As part of the CDFG fish passage inventory protocol, the capacity of the crossing is assessed to determine its ability to accommodate peak flood flows. Magnitudes of peak flows associated with varying recurrence intervals were estimated using a probabilistic analysis of 20 years of annual peak flow records from Gaviota Creek at Gaviota (USGS Gage No. 11120550). The peak flows were then scaled by contributing drainage area for each of the stream crossings. **Table 1** shows the estimated flows associated with the 2 to 100 year recurrence intervals.

**Table 1** - Peak flow estimates for stream crossings on Gaviota and Las Canovas Creek at Highway 101 for various recurrence intervals.

| | | Highway 101 at Las Canovas Creek | Highway 101 at Upper Gaviota Creek |
|---|---|---|---|
| Drainage Area | = | 1.39 $mi^2$ | 3.32 $mi^2$ |
| 2-year Flow | = | 77 cfs | 185 cfs |
| 5-year Flow | = | 210 cfs | 502 cfs |
| 10-year Flow | = | 342 cfs | 818 cfs |
| 25-year Flow | = | 539 cfs | 1,288 cfs |
| 50-year Flow | = | 716 cfs | 1,710 cfs |
| 100-year Flow | = | 913 cfs | 2,181 cfs |

*Calculated using probabilistic analysis of peak flow record from USGS Gaviota Creek at Gaviota, adjusted by drainage area. Analysis followed USGS Bulletin 17B procedures (USGS 1982).*

### Fish Passage Flows

Analyzing fish passage conditions requires defining a range of flows for which passage should be provided. Generally, passage is not required at extremely low or high flows, when fish are not expected to be moving. Methods for determining the lower and upper passage flows are defined by NOAA Fisheries (2001) and CDFG (2002) for adult steelhead, adult resident rainbow trout, and juvenile trout. Between the lower and upper passage flows hydraulic conditions at the stream crossing should be adequate for the target species and lifestage. A stream crossing that provides adequate passage conditions at all flows between the lower and upper fish passage flow is considered to be "100% passable" for that species and lifestage. The majority of culverts are not 100% passable, but fall into the partial or complete barrier categories. Many block adult steelhead at some flows and juvenile salmonids at all flows.




**Figure 2** - Flow duration curve for the assessed stream crossings on Upper Gaviota and Las Canovas Creek, constructed from Gaviota Creek at Gaviota daily average streamflow records.

**Table 2** - Fish Passage Flow Criteria as defined by NOAA Fisheries and CDFG.

| Species and Lifestage | Lower Passage Flow | Upper Passage Flow |
|---|---|---|
| Adult Steelhead | 50% exceedance flow or<br>3 cfs (whichever is greater) | 1% exceedance flow |
| Adult Rainbow Trout | 90% exceedance flow or<br>2 cfs (whichever is greater) | 5% exceedance flow |
| Juvenile Trout | 95% exceedance flow or<br>1 cfs (whichever is greater) | 10% exceedance flow |

**Table 3** - Fish passage flows for Highway 101 culverts on Upper Gaviota and Las Canovas Creeks.

| | Fish Passage Flows | | | | | |
|---|---|---|---|---|---|---|
| | Adult Steelhead | | Adult Resident Rainbow Trout | | Juvenile Salmonids | |
| Location | Lower | Upper | Lower | Upper | Lower | Upper |
| Highway 101 at Las Canovas Creek(GA_CA_1) | 3 cfs | 8.5 cfs | 2 cfs | 2 cfs | 1 cfs | 1 cfs |
| Highway 101 at Upper Gaviota Creek(GA_20) | 3 cfs | 20.3 cfs | 2 | 3.4 cfs | 1 cfs | 1.4 cfs |

The lower and upper passage flows are defined in terms of exceedance flows (**Table 2**). Exceedance flows, which are obtained from flow duration curves (FDC's), express the average amount of time within a year that flows are above a certain threshold. For example, flows within the stream are greater than the 25% exceedance flow on average one quarter of the time during the course of a year.

Since no stream flow gage is maintained at the culverts, exceedance flows were obtained from the USGS stream gage Gaviota Creek at Gaviota and then adjusted to the drainage area of the two assessed stream crossings (**Figure 2**). Using the FDC and the fish passage design flow criteria from NOAA and CDFG (**Table 2**), we estimated lower and upper fish passage flows for steelhead, adult resident rainbow trout, and juvenile trout (**Table 3**).

However, it is important to note that using the 1% exceedance flow to estimate a reasonable high passage flow for adult steelhead was based largely on the hydrology of Northern California. Many have argued that steelhead in Southern California streams migrate at substantially higher flows, and causing migrational delay at a culvert has far larger consequences for Southern Steelhead in regards to successful migration, spawning, and offspring viability due to the infrequent nature of suitable migration flows. Although this assessment uses the fish passage flows listed in **Table 3**, design of a fish passage facility at these sites should include reexamining the fish passage design flows in context to the hydrology of Gaviota Creek and its tributaries and the biological implications of a selected design flow.

## *5) Fish Passage Assessment Criteria*

The CDFG fish passage assessment protocol prescribes minimum required water depths and maximum swimming and leaping speeds for assessing fish passage (**Table 4**). Swimming speeds are divided into two categories; prolonged speeds, which can be maintained for long periods of time, and burst speeds, which are equivalent to sprinting and can only be maintained for a few seconds. Leap speed is the speed a fish can leap out of the water as it leaps towards a perched culvert outlet. To meet fish passage criteria (1) the fish must be able leap or swim into the culvert, (2) water depths must be adequate throughout the culvert, and (3) the fish must be able to swim through the entire culvert without becoming exhausted by the water velocities.

**Table 4** - CDFG prescribed water depth and swimming criteria for assessing fish passage at stream crossings using the FishXing software.

| Fish Species and Lifestage | Minimum Water Depth | Prolonged Swimming | | Burst Swimming | | Maximum Leap Speed |
|---|---|---|---|---|---|---|
| | | Maximum Swim Speed | Time to Exhaustion | Maximum Swim Speed | Time to Exhaustion | |
| Adult Steelhead | 0.8 ft | 6.0 ft/sec | 30 min | 10.0 ft/sec | 5.0 sec | 15.0 ft/sec |
| Adult Rainbow Trout | 0.5 ft | 4.0 ft/sec | 30 min | 5.0 ft/sec | 5.0 sec | 6.0 ft/sec |
| Juvenile Trout | 0.3 ft | 1.5 ft/sec | 30 min | 3.0 ft/sec | 5.0 sec | 4.0 ft/sec |

The swim speeds and minimum water depths prescribed by CDFG are relatively conservative, and meant to represent the needs and abilities of the weaker swimming individual fish. Many individual fish are able to swim faster and swim through shallower flows than indicated in Table 4. Therefore, it is not uncommon for some fish to pass through stream crossings that fail to meet these passage criteria.

For the two crossings, fish passage for all three life stages of steelhead/rainbow trout were assessed between the lower and upper fish passage flows using the CDFG criteria.

## *6) Findings*

**Las Canovas Creek at Highway 101 (GA_CA_1)**

The Las Canovas crossing is a 325 foot long, 10 feet wide x 10 feet tall reinforced concrete box (RCB) culvert with multiple slopes and 3 horizontal turns. The slope and lengths starting from the culvert outlet to the inlet are:

| Culvert Section | Length | Slope |
|---|---|---|
| 1 | 158 ft | 2.3% |
| 2 | 44 ft | 9.8% |
| 3 | 62 ft | 6.0% |
| 4 | 61 ft | 2.1% |

**Outlet and Tailwater Conditions**

The outlet is located at the confluence of Las Canovas Creek with Gaviota Creek (**Figure 3**). The outlet is perched 2.2 ft above the channel bed control in Gaviota Creek, forcing fish to leap into the culvert outlet at lower flows.. There is an accumulation of boulders and gravels inside the lower 75 feet of the culvert, suggesting significant backwatering from Gaviota Creek during high flows. A living alter tree and associated root mass on the culvert apron appears to help retain the deposited sediment in the culvert.

The tailwater control below the culvert outlet is a riffle crest located in Gaviota Creek approximately 60 ft downstream of the outlet. To predict backwater conditions in the culvert a tailwater cross section and channel profile was surveyed in Gaviota Creek below the outlet. For assessment purposes, the flow in Gaviota Creek was assumed to correspond proportionally (by drainage area) to the flow in Las Canovas Creek. For example, we assumed that Gaviota Creek at the culvert outlet would flow at the 1% exceedance flow at the same time as Las Canovas Creek.

During the survey one 11 inch rainbow trout and four pond turtles were observed in Gaviota Creek about 300 feet upstream of the culvert outlet. Three rainbow trout, 5 to 7 inches in length, were observed in the lower portion of the culvert

**Inlet Conditions**

During the field visit, we found a large diameter Sycamore tree had fallen across the inlet of the culvert (**Figure 4**). There was a substantial amount of large bedload aggraded at the culvert inlet, which is often associated with backwater effects resulting from undersized or debris plugged culverts. The upstream channel is steep and characterized by boulder steps. The average actively scoured channel width is 21.8 feet while the width of the culvert opening is 10 feet, constricting the active channel by 45%.

**Assessment Results**

Using the CDFG coarse screen, the culvert is categorized as RED, because its slope is much greater than 2% and the residual outlet drop is greater than 2 feet. Further hydraulic assessment of the crossing using FishXing 3.0 found that it did not satisfy passage criteria for all species and lifestages at any flow (**Table 5)**. While acceptable velocities were found for adult steelhead below 7 cfs, the water depth in the culvert is insufficient, at less than 0.1 feet. Detailed results of the fish passage analysis and a water surface profile through the culvert are provided at the end of this report.

Using standard Federal Highways Chart 8, the capacity of the crossing is estimated to be 930 cfs when the headwater (water at the inlet) is at the top of the culvert, this corresponds to the estimated 100-year peak flow.

**Table 5** – Fish passage conditions at Las Canovas stream crossing. Results are for Section 2 of the culvert, which has the steepest slope and is most limiting to passage conditions.

| **Fish Species and Age Class** | **Fish Passage Design Flows** | **Insufficient Depth below** | **Excessive Velocity above** | **Percent Passable** between lower and upper passage design flows |
|---|---|---|---|---|
| Adult Steelhead | 3 cfs – 8.5 cfs | 78.4 cfs | 7.07 cfs | **0%** |
| Adult Rainbow Trout | 2 cfs – 2 cfs | 37.11 cfs | 2.42 cfs | **0%** |
| Juvenile Trout | 1 cfs – 1 cfs | 16.23 cfs | 0.54 cfs | **0%** |



**Figure 3** – Outlet of Las Canovas Creek culvert, at the confluence with Gaviota Creek. Looking downstream towards tailwater control in Gaviota Creek.



**Figure 4** - Looking upstream through the inlet of the Highway 101 Las Canovas Creek culvert. The crossing is a 10 ft x 10 ft box culvert, with 3 turns and four distinct breaks in slope. There is substantial aggradation of boulders and cobbles at the inlet.

**<u>Upper Gaviota Creek at Highway 101</u>**

The Upper Gaviota Creek crossing is a 194 feet long, 10 feet wide x 10 feet tall reinforced concrete box (RCB) culvert with two slopes and one horizontal turns. The slope and lengths starting from the culvert outlet to the inlet are:

| Culvert Section | Length | Slope |
|---|---|---|
| 1 | 112 ft | 9.2% |
| 2 | 82 ft | 3.3% |

### Outlet and Tailwater Conditions

The outlet flows directly into a large tailwater pool (**Figure 5**). There is a 1.24 feet residual drop at the outlet and the tailwater control consists of small boulders accumulated across the channel (**Figure 6**). During the field visit, numerous rainbow trout were observed in the outlet pool, some as large as 5 to 7 inch in length.

Due to a restricted access by the landowner, the tailwater control cross section was determined from site sketches and reflective survey methods.

### Assessment Results

Using the CDFG coarse screen, the culvert is categorized as RED, because its slope is much greater than 2%. Further hydraulic assessment of the crossing using FishXing 3.0 found that it did not satisfy passage criteria for all species and lifestages at all flows (**Table 6**). While acceptable velocities were found for adult steelhead and resident trout below 7.0 and 3.0 cfs respectively, the resulting depth was insufficient throughout the culvert. Detailed results of the fish passage analysis and a water surface profile through the culvert are provided at the end of this report.

Using standard Federal Highways Chart 8, the capacity of the crossing was estimated to be 930 cfs when the headwater (water at the inlet) is at the top of the culvert, this corresponds to just above the estimated 10-year return flow of 818 cfs. During the estimated 100-year return flow of 2,181 cfs the ratio of headwater depth to the height of the culvert (HW/D) is 2.4. The height of the road prism was not measured as part of this survey, so it is unknown if this headwater depth would result in overtopping of the road. However, it is certain that it would inundate a portion of a private ranch road that runs along the creek upstream of the culvert.

**Table 6** – Fish passage conditions at Upper Gaviota stream crossing. Results are for the most downstream section, which is steepest, and most limiting to passage conditions.

| Fish Species and Age Class | Fish Passage Design Flows | Insufficient Depth below | Excessive Velocity above | **Percent Passable** between lower and upper passage design flows |
|---|---|---|---|---|
| Adult Steelhead | 3 cfs – 20.3cfs | 151.0 cfs | 7.0 cfs | **0%** |
| Adult Rainbow Trout | 2 cfs – 3.4 cfs | 74.0 cfs | 3.0 cfs | **0%** |
| Juvenile Trout | 1 cfs – 1.4 cfs | 33.0 cfs | 0.0 cfs | **0%** |




**Figure 5** – Outlet of Upper Gaviota Creek culvert.




**Figure 6** – Site sketches for Upper Gaviota Creek showing tailwater control cross section and plan map of crossing. Survey data was limited to the highway right-of-way.

## *7) Summary*

**Both Upper Gaviota Creek at Highway 101 and Las Canovas Creek at Highway 101 are placed into the RED category according the CDFG assessment protocols.** Additional fish passage analysis using the FishXing Version 3 software and CDFG recommended fish swimming and leaping speeds identified the crossing as failing to provide adequate passage conditions for all life stages of salmonids, including adult steelhead, at all flows. Passage conditions are poor due to excessive water velocities and insufficient depth caused by steep slopes and a flat smooth bottom. Based on experience with previous fish passage assessments, it is unlikely that any fish are able to pass through either of these culverts under any conditions.

## *8) Recommendations*

Both culverts have a large amount of fill material and multiple lanes of traffic over them. Replacement of either crossing would be a multi-million dollar investment and require many years of planning, making replacement not a viable short-term alternative. Any future large-scale modifications to the culverts or adjacent highway should consider removal of these culvers and installation of a "stream simulation" type crossing.

The extremely steep slopes within both of these culverts makes retrofitting them to provide steelhead passage difficult. Baffles are frequently added to culverts to slow water velocities, increase water depths and improve fish passage. However, baffles fail to work effectively at slopes greater than 3.5% (Bates 2003). The slopes in these two culverts are far too steep for baffles, with each having a culvert section that has a slope exceeding 9%.

### Pool-and-Weir Fishway Alternative

The most viable alternative is to construct a pool-and-weir type fishway within the culvert barrel. This could consist of a series of weirs, with 6-inch drops between weirs to provide passage for all age classes of trout. The pools formed by the weirs would require a minimum depth of 2 feet and would need to be sufficient in size to dissipate the energy associated with each drop. Otherwise, excessive turbulence may become a barrier.

Both of these culverts are currently inlet controlled due to their slope, meaning that the inlet shape and size controls its capacity rather than the hydraulics within the culvert barrel. As with other culvert retrofit projects, it may be possible to maintain inlet control conditions during peak flows at both of these culverts while providing a pool-and-weir fishway within them. To avoid further reduction in culvert capacity, the floor of the culvert near the inlet may need to be cut and reformed at a lower elevation. Additionally, the upper most weir can be placed well downstream of the culvert inlet, to avoid reducing the cross-sectional area of the inlet.

CalTrans District 1 recently completed a similar type culvert retrofit on Luffenholz Creek on Highway 101 in Humboldt County. This retrofit involved constructing concrete weirs within an existing concrete box culvert to improve salmon and steelhead passage (Sebastian Cohen, Per. Communication).

### *9) Conclusions*

There are currently various age classes of rainbow trout at the outlets of both of these culverts. Additionally Stoecker observed an adult steelhead within the pool below the Upper Gaviota Creek culvert. Eliminating the migration barrier at the Highway 101 culvert at Upper Gaviota Creek and Las Canovas Creek would immediately provide anadromous steelhead and resident rainbow trout thousands of feet of high quality habitat and should be considered a high priority within the efforts to restore and maintain a viable steelhead population within the Gaviota Creek Watershed.

### *10) References*

Bates. 2003. *Design of Road Culverts for Fish Passage.* (http://wdfw.wa.gov/hab/engineer/habeng.htm#upstrm).

California Dept. of Fish and Game (CDFG). 2002. *Culvert criteria for fish passage...*

Cohen, Sebastian. 2005. Personal Communication. Engineering, CalTrans District 1, Eureka CA.

NOAA Fisheries. 2001. *Guidelines for salmonid passage at stream crossings.* NMFS SW Region. 14 pages

Taylor, Ross and Michael Love. 2003. Part IX – Fish passage evaluation at stream crossings. In California Salmonid Stream Habitat Restoration Manual. CA Dept of Fish and Game. 64 pages.

USGS. 1982. Guidelines for determining flood flow frequency. Bulletin #17B of the Hydrology Subcommittee. Interagency Advisory Committee on Water Data, US Dept. of Interior, Geological Survey, Virginia.

Stoecker, Matt. 2002. Steelhead Assessment and Recovery Opportunities in Southern Santa Barbara County. Conception Coast Project. Santa Barbara, CA. 439 pages.